

**3981 Boston Rd Bronx, NY 10466**
Phone: (718) 231-2626

RECEIPT

| CUSTOMER | |
|---|---|
| ELFE, GLENN C<br>400 KING STREET<br>WESTBURY, NY 11590 | |

| RECEIPT # |
|---|
| 10000123 |
| DATE |
| 08/25/21  113618 |
| AMOUNT |
| 15000.00 |

```
Payment Received:                                                        15000.00
        CHECK    515948
                                            Total Received:              15000.00

Payment Applied To: 18 PORCHE PANAMERA--ELFE, GLEN
     M1100 : M103036 : M103036                                           15000.00
                                            Total Applied:               15000.00
```

EXHIBIT
1

© 2018 DEALERTRACK TECHNOLOGIES - Dealership Application Group