*RouteOne®*

## ASSIGNMENT AND ASSUMPTION AGREEMENT

| Name and Address of Dealer/Creditor ("Dealer/Creditor") | Name and Address of Assignee ("Assignee") |
|---|---|
| L J MARCHESE CHEVROLET INC<br>1018 ROUTE 9 WEST<br>FORT MONTGOMERY, NY 10922 | Wells Fargo Auto<br>PO Box 997517<br>Sacramento, CA 95899-7517 |

| Name and Address of Customer(s) ("Customer(s)") | Date of Contract ("Contract Date") |
|---|---|
| GLENN C ELFE<br>400 KING ST<br>Westbury, NY 11590 NASSAU | 08/24/2021 |

| Vehicle Year | Make | Model | VIN | (the "Vehicle") |
|---|---|---|---|---|
| 2018 | Porsche | Panamera | WP0AA2A77JL103036 | |

This Assignment and Assumption Agreement (the "Assignment Agreement") is made by the Dealer/Creditor in favor of Assignee, each as identified above, in connection with the retail installment contract ("Retail Installment Contract") or lease agreement ("Lease Agreement") entered into by and between Dealer/Creditor and Customer(s) identified above, and dated as of the Contract Date (such Retail Installment Contract or Lease Agreement, the "Contract"). For value received, the Dealer/Creditor hereby sells, assigns, transfers and conveys to Assignee, and its successors and assigns, all of Dealer/Creditor's right, title and interest in, to and under the Contract and, as applicable (i) all liens and security interests in and to the Vehicle securing the Retail Contract or (ii) all right, title and interest in and to the Vehicle that is the subject of the Lease Agreement.

This Assignment Agreement is made pursuant to, and is subject in all respects, to the applicable dealer agreement between Dealer/Creditor and Assignee (the "Dealer Agreement"). Dealer/Creditor expressly reaffirms all of its representations, warranties, covenants and other obligations under the Dealer Agreement, including all of those relating to the Contract. This Assignment Agreement shall not in any way relieve Dealer/Creditor from any liability for the breach of any representations, warranties, covenants, or obligations contained in the Contract or the Dealer Agreement. Assignee may rely that the signatory of the Dealer/Creditor has authority on behalf of Dealer/Creditor to execute this Assignment Agreement. Assignee shall be presumed to have accepted the terms of this Assignment Agreement by purchasing or otherwise accepting the Contract tendered by the Dealer/Creditor in the manner agreed to by the parties.

**IN WITNESS WHEREOF,** Dealer/Creditor hereby executes and delivers this Assignment Agreement to and for the benefit of Assignee as of the date set forth below.

L J MARCHESE CHEVROLET INC                         Date: 08/24/2021

By: A *[signature]*

Printed Name: Michelle Bailey                       Title: FINANCE

US-AA01-EN V1

