# MOTOR VEHICLE
# DEALERS & TRANSPORTERS
# REGULATIONS



NEW YORK
STATE OF
OPPORTUNITY.

Department of
Motor Vehicles



EXHIBIT

6

# PART 78

# MOTOR VEHICLE

# DEALERS & TRANSPORTERS REGULATIONS

Published By

OFFICE OF VEHICLE SAFETY & CLEAN AIR
NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES
6 Empire State Plaza
Albany,  New York 12228

# CONTENTS

## Part 78 Regulations of the Commissioner of Motor Vehicles

**PAGE**

INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   vi

TELEPHONE DIRECTORY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   vii - xi

REGULATIONS SECTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   1 - 34

SAMPLE FORMS (APPENDIX A) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   A-1 - A-40

**REGISTRATION PROCEDURE** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   2 - 7

78.1    Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   2

78.2    Definitions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   2 - 3

78.3    Application for Dealer's Registration (ammended 6/22/2016) . . . . . . . . . .   3

78.4    New Motor Vehicle Dealer Provisional Registration (added 6/19/2013) . . .   3 - 5

78.5    Display of Business Certificate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   5

78.6    Amendments to Registration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   5

78.7    Assumed Names . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   5 - 6

78.8    Sales Away From Premises . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   6 - 7


**SALES OF VEHICLES** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   7 - 24

78.9    Elecronic Record Keeping and Transmission of Information (added 6/22/2016)   7 -8

78.10   Form of Certificate of Sale (MV-50), Obtaining Certificates of Sale and Use   9-10

78.11   Procedures to be Used for Certificates of Sale . . . . . . . . . . . . . . . . . . . . .   10 - 14

78.12   Forms of Proofs of Ownership . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   14

78.13   Additional Documents Required on the Sale of a Vehicle . . . . . . . . . . . . . .   14 - 21

78.14   Guarantees or Warranties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   21 - 22

78.15   Inspection Certificates and Requirements . . . . . . . . . . . . . . . . . . . . . . . . .   22

78.16   Restrictions Pertaining to Sales . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   22

78.17   Registration Sticker . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   22

78.18   Cancellation of Sale . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   23

78.19   Dealers Who Aid in Securing Registrations, Titles, or
        Special or Distinctive Plates . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   23 - 24

# CONTENTS

**TEMPORARY CERTIFICATES AND DEALER PLATES** . . . . . . . . . . . . . . . . . . .   24 - 29

78.20   Issuance of Temporary Certificates of Registration
Vehicle and Traffic Law Section 420 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   24 - 25

78.21   Dealer Plates (Amended 10/15/14) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   25 - 26

78.22   Repossession of Vehicles. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   26

78.23   Dealer-issued Temporary Registration-Vehicle and Traffic Law Section 420-a
(Amended 6/25/14). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   27 - 29

**RECORDS AND ADVERTISING** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   29 - 32

78.25   Record Requirements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   29 - 31

78.26   Advertising and Signs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   31 - 32

78.27   Dealers Failing to Renew or Retiring from Business . . . . . . . . . . . . . . . . . . . .   32

**TRANSPORTERS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   33

78.30   Transporters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   33

**PENALTIES** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   33 - 34

78.32   Penalties (Amended 6/23/10 and 1/8/14) . . . . . . . . . . . . . . . . . . . . . . . . . . . .   33 - 34

**VEHICLES ON CONSIGNMENT** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   34

78.40   Vehicles on Consignment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   34

**JUNK VEHICLES** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   34 - 35

78.45   Retail Dealers Selling Motor Vehicles as Junk . . . . . . . . . . . . . . . . . . . . . . . . .   34 - 35

78.46   Paper Accompanying Junk Vehicles . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   35

78.50   Vehicles Repurchased Pursuant to the Lemon Law. . . . . . . . . . . . . . . . . . . . . .   35 - 36

# APPENDICES

PAGE

INDEX OF SAMPLE FORMS COMMONLY USED OR SEEN BY
DEALERS AND TRANSPORTERS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-1 & A-2

SAMPLE FORMS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-3 - A-40

FS-20        New York State Insurance Identification Card . . . . . . . . . . . . . . . . . . . A-3
             **Note:** Forms FS-21, 75, 79, 80, 83, 84,
             FH-1, 1B, and 3 are also acceptable proof of insurance coverage

MV-17D       Vehicle/Boat Registration Rejection Notice . . . . . . . . . . . . . . . . . . . . . A-4 & A-5

MV-50        Retail Certificate of Sale . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-6
             *MV-50 Completion Instruction*s . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-7

MV-50        Temporary Certificate of Registration. . . . . . . . . . . . . . . . . . . . . . . . . . A-8 & A-9

MV-61P       Official Business Certificate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-10

MV-82        Vehicle Registration/Title Application . . . . . . . . . . . . . . . . . . . . . . . . . A-11 & A-12

MV-83SAL     Salvage Examination/Title Application. . . . . . . . . . . . . . . . . . . . . . . . . A-13 & A-14

MV-103       Odometer and Damage Disclosure Statement. . . . . . . . . . . . . . . . . . . . A-15

MV-463       Application for Dealer Plate Issuance Program . . . . . . . . . . . . . . . . . . A-16
             Instructions - How to Fill out the Application. . . . . . . . . . . . . . . . . . . . A-17

MV-464L      Order Form for Registration Plates/In-Transit Permits. . . . . . . . . . . . . A-18

MV-465       Registration/In-Transit Permit Transmittal Form . . . . . . . . . . . . . . . . . A-19

MV-639TR     Registration Sticker/Registration Receipt . . . . . . . . . . . . . . . . . . . . . . . A-20

MV-900       Notice of Lien . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-21

MV-901       Notice of Recorded Lien . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-22

MV-902       Application for Duplicate Title . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-23 & A-24

MV-907A      Salvage Certificate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-25 & A-26
             **Note:** The Form MV-907 (Proof of Ownership for Junked Vehicles)
             is technically obsolete, but may still be accepted as proof of ownership
             for a 1973 or newer vehicle if dated prior to 9/1/81

MV-999       Certificate of Title. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-27 & A-28

VS-1DRI      Original Facility Application. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-29– A-35

VS-2         Facility Renewal Application . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-36

**SAMPLE FORMS COMMONLY USED OR SEEN BY
DEALERS AND TRANSPORTERS
(CONTINUED)**

Manufacturers Certificate of Origin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-37 & A-38

> **Note:** An MSO (Manufacturers Statement of Origin) is **not** acceptable for 1983 or newer titled vehicles. However, it is acceptable for 1982 or older titled vehicles and non-titled vehicles such as limited use motorcycles and light trailers.

Authorization for Dealer to Receive Certificate of Title on Behalf of Owner . . . . . . A-39

Lemon Law Notification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-40

---

**Note:** The last two samples are included to provide content and format. Reproduction should be on dealer or manufacturer letterhead.

---

**For more information on how to open a motor vehicle dealership and obtain the proper forms, please visit:**

**dmv.ny.gov/org/dealers/open-dealership**

## INTRODUCTION

This book has been prepared to provide registered dealers and transporters with an operating guide for buying, selling or dealing in motor vehicles or trailers (other than mobile homes), at retail or wholesale. It will also be helpful in completing forms and submitting records to the Department of Motor Vehicles.

A complete, up-to-date version of this book can be found at the DMV website at: dmv.ny.gov/forms/cr78.pdf .

### OFFICE OF VEHICLE SAFETY & CLEAN AIR TELEPHONE DIRECTORY

Please use these telephone numbers when contacting the Office of Vehicle Safety & Clean Air:

Consumer Complaints . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   (518) 474-8943

Dealer & Transporter Business Applications. . . . . . . . . . . . . . . . . . . . . . .   (518) 474-0919

Hearings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   (518) 474-1510

Information About Dealer & Transporter Procedures and Regulations. . .   (518) 474-5282

MV-50 Orders . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   (518) 474-2398

Supplies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   (518) 474-3375

# DEPARTMENT OF MOTOR VEHICLES
# VEHICLE SAFETY FIELD SERVICES & CLEAN AIR
# REGIONAL OFFICES

REGION 1-VEHICLE SAFETY
1800 OLD WALT WHITMAN ROAD, SUITE 150
MELVILLE, NEW YORK 11747
(631) 770-3003


REGION 2 - VEHICLE SAFETY
1 LARKIN PLAZA
YONKERS, NEW YORK 10701
(914) 965-7766


REGION 3 - VEHICLE SAFETY
175 SPARROWBUSH ROAD
LATHAM, NEW YORK 12110
(518) 783-7062


REGION 4 - VEHICLE SAFETY
5801 E TAFT ROAD
NO SYRACUSE, NEW YORK 13212-3293
(315) 458-6683


REGION 5 - VEHICLE SAFETY
334 DINGENS STREET
BUFFALO, NEW YORK 14206
(716) 826-3187


REGION 6 - VEHICLE SAFETY
92-11 179th PLACE
JAMAICA, NEW YORK 11433
(718) 526-8546

## Motor Vehicle District Offices Directory

Please use these telephone numbers when contacting District Offices:

| GENERAL DMV ASSISTANCE | SPECIALIZED ASSISTANCE |
|---|---|
| **In the New York City metropolitan area:**<br><br>From area codes:  212, 347, 646, 718, 917, 929<br>**1-212-645-5550 or 1-718-966-6155**<br>*Weekdays except state holidays: 8:00 a.m.-4:00 p.m.* | **For Custom Plates & Registration Renewal:**<br>**1-518-402-4838**<br>*Weekdays except state holidays: 8:00 a.m.-4:00 p.m.* |
| From area codes: 516, 631, 845, 914<br>**1-718-477-4820**<br>*Weekdays except state holidays: 8:00 a.m.-4:00 p.m.* | **Questions about Enhanced Driver Licenses (EDLs) and Enhanced Non-Driver Photo ID cards:**<br>**1-518-474-9981**<br>*Weekdays except state holidays: 8:00 a.m.-4:00 p.m.* |
| From area codes: 315, 518, 585, 607, 716<br>**1-518-486-9786**<br>*Weekdays except state holidays: 8:00 a.m.-4:00 p.m.* | **Schedule a Road Test:**<br>**1-518-402-2100**<br>*24 hours a day, 7 days a week* |
| **Telecommunications Device for the Deaf (TDD):**<br>**1-800-368-1186**<br>*Weekdays except state holidays: 8:00 a.m.-4:00 p.m.* | **Title Services Bureau:**<br>**1-518-486-4714**<br>*Weekdays except **Wednesdays** and state holidays: 9:00 a.m.-4:00 p.m.* |
| From locations **outside the State of New York**:<br>**1-518-473-5595**<br>*Weekdays except state holidays: 8:00 a.m.-4:00 p.m.* | **Insurance Services Bureau:**<br>**1-518-474-0700**<br>*Weekdays except state holidays: 8:30 a.m.-4:15 p.m.* |
|  | **Questions about Emissions Inspections:**<br>*(see "General Assistance")* |
|  | **Questions about Clean Pass Vehicles: or Questions about Social Security Number Verification:**<br>**1-518-486-9786**<br>*Weekdays except state holidays: 8:00 a.m.-4:00 p.m.* |

# MOTOR VEHICLE DISTRICT OFFICES

Albany District Office
224-260 South Pearl Street
Albany, NY  12202

Bethpage District Office
4031 Hempstead Turnpike
Bethpage, NY  11714

Bronx District Office
696 East Fordham Road
Bronx, NY  10458

Brooklyn (Atlantic Center) District Office
625 Atlantic Avenue, 2nd Floor
Brooklyn, NY  11217

Brooklyn (Coney Island) District Office
2875 West 8th Street
Brooklyn, NY  11224

College Point District Office
30-56 Whitestone Expressway
Flushing, NY  11354

Garden City District Office
801 Axinn Avenue
Garden City, NY  11530

Harlem District Office
159 East 125th Street, 3rd Floor
New York, NY  10035

Hauppauge District Office
250 Veterans Memorial Highway
Hauppauge, NY  11788

Huntington District Office
813 New York Avenue
Huntington, NY  11743

Jamaica District Office
168-46 91st Avenue, 2nd Floor
Jamaica, NY  11432

Lower Manhattan District Office
11 Greenwich Street
New York, NY 10004

Massapequa District Office
927 Carmans Road
Massapequa, NY  11758

Medford District Office
2799 Route 112, Suite 1
Medford, NY  11763

Midtown Manhattan District Office
366 West 31st Street
New York, NY 10001

Riverhead District Office
200 Old Country Road (Route 58)
Riverhead, NY 11901

North Syracuse District Office
5801 East Taft Road
North Syracuse, NY 13212

Springfield Gardens District Office
168-35 Rockaway Boulevard
Jamaica, NY 11434

Peekskill District Office
1045 Park Street
Peekskill, NY 10566

Syracuse District Office
4671 Onondaga Boulevard
Syracuse, NY 13219

Port Jefferson District Office
1055 Route 112
Port Jefferson, NY 11776

West Haverstraw District Office
50 Samsondale Plaza
West Haverstraw, NY 10993

Richmond District Office
1775 South Avenue
Staten Island, NY 10314

White Plains District Office
200 Hamilton Avenue
White Plains, NY 10601

Yonkers District Office
1 Larkin Plaza
Yonkers, NY 10701

# PART 78
# DEALERS AND TRANSPORTERS

**Section**

**Registration Procedure**

78.1   Introduction
78.2   Definitions
78.3   Application for dealer's registration
        (Amended 6/22/16)
78.4   New motor vehicle dealer provisional
        registration (Added 6/19/13)
78.5   Display of business certificate
78.6   Amendments to registration
78.7   Assumed names
78.8   Sales away from premises (Amended 8/05/15)

**Sales of Vehicles**

78.9   Electronic Recordkeeping and Transmission
        of Information Related to the Sale of Vehicles
        (Added 6/22/16)
78.10  Form of certificate of sale (form MV-50),
        obtaining certificates of sale and use
78.11  Procedures to be used for certificates of
        sale
78.12  Forms of proofs of ownership
78.13  Additional documents required on the sale
        of a vehicle
78.14  Guarantees or warranties
78.15  Inspection certificates and requirements
78.16  Restrictions pertaining to sales
78.17  Registration sticker
78.18  Cancellation of sale
78.19  Dealers who aid in securing registrations,
        titles, or special or distinctive plates

**Section**

**Temporary Certificates and Dealer Plates**

78.20  Issuance of temporary certificates of
        registration—Vehicle and Traffic Law
        Section 420
78.21  Dealer plates (Amended 10/15/14)
78.22  Repossession of vehicles
78.23  Dealer-issued temporary registration -
        Vehicle and Traffic Law Section 420-a
        (Amended 6/25/14)

**Records and Advertising**

78.25  Record requirements
78.26  Advertising and signs (Amended 5/06/15)
78.27  Dealers failing to renew or retiring from
        business

**Transporters**

78.30  Transporters

**Penalties**

78.32  Penalties (Amended 6/23/10 and 1/8/14)

**Vehicles on Consignment**

78.40  Vehicles on consignment

**Junk Vehicles**

78.45  Retail dealers selling motor vehicles as junk
78.46  Paper accompanying junk vehicles
78.47 - 49      RESERVED
78.50  Vehicles repurchased pursuant to the
        lemon law

**Registration Procedure**

**Section 78.1 Introduction.**

(a) Section 415 of the Vehicle and Traffic Law, as amended effective January 1, 1963, provides that no person shall engage in business as a dealer, or represent or advertise that he is engaged or intends to engage in such business in New York State unless there shall have been issued to him a certificate of registration as provided in subdivision 7 of section 415 of the Vehicle and Traffic Law.  Therefore, any individual, firm, corporation, co-partnership or association engaged in the business of buying, selling or dealing in motor vehicles, motorcycles or trailers, other than mobile home trailers, at retail or wholesale, shall be required to make application for registration with the Commissioner of Motor Vehicles and shall not be permitted to engage in the business unless the application is approved and a certificate of registration issued.  Any person who sells, or offers for sale more than five motor vehicles, motorcycles or trailers, other than mobile home trailers, in any calendar year or who displays or permits the display of three or more motor vehicles, motorcycles or trailers, other than mobile home trailers, for sale at any one time or within any one calendar month upon premises owned or controlled by him, if such vehicles were purchased, acquired or otherwise obtained by such person for the purpose of resale, will be regarded as a dealer.

(b) A dealer engaged in business consisting in whole or in part of buying, selling or dealing in motor vehicles, motorcycles or trailers at retail shall be required to register as a retail dealer.

(c) A dealer engaged in business consisting exclusively of buying, selling or dealing in motor vehicles, motorcycles or trailers at wholesale is required to register as a wholesale dealer.

(d) A person engaged in the business of buying motor vehicles, motorcycles, or trailers for the purpose of dismantling the same for parts, or re-selling such vehicles as scrap is not considered to be a dealer, and is not required to register as a dealer solely by reason of such business.  In any month, a dealer who classifies twenty-five percent or more of vehicles sold as salvage on the certificates of sale, form MV-50, must register as a vehicle dismantler.

**78.2 Definitions.**

The following words and phrases when used in this Part shall have the meanings ascribed to them in this section.

(a) New vehicle.  A vehicle sold or transferred by a manufacturer, distributor, or dealer, and which has not been placed in consumer use, titled, transferred to someone other than a manufacturer, distributor, or dealer, or used as a demonstrator.

(b) Demonstrator.  A vehicle which has not been placed in consumer use but which has been used primarily for the purpose of demonstration by a manufacturer, distributor or dealer.

(c) Used vehicle.  Any vehicle not included in the definitions of a new vehicle or demonstrator.

(d) Junk vehicle.  A vehicle sold for use other than on the public highways.

(e) Wholesale vehicle.  A vehicle sold by a registered dealer to another registered dealer or to a person engaged in wholesale buying and selling of vehicles.

(f) The term "dealer" includes both a retail dealer and a wholesale dealer, unless otherwise specifically noted.

(g) The term "registered dealer" includes both a registered retail dealer and a registered wholesale dealer, unless otherwise specifically noted.

(h) Mobile home trailer.  A transportable structure designed to be used for permanent residential occupancy and which is not ordinarily registered as a trailer nor ordinarily towed along a highway.

(i) Sale.  A sale occurs when a customer and a dealer sign a binding agreement to purchase and sell a vehicle, or when a customer signs an agreement to purchase a vehicle and a dealer acts upon the agreement, or when a customer delivers to the dealer money or other valuable property as a deposit or as payment in full for a vehicle.

## 78.3 Application for dealer's registration.

(a) An application for dealer's registration must be filled out in the exact name of the corporation, firm or individual transacting the business.  If the registrant is a corporation, the name, residence address and title of each officer is to be entered under the appropriate item on the application, which must be signed by an officer of the corporation or a duly authorized agent who has been delegated the power of attorney.  If the registrant is a partnership, the signature of each partner is required under the appropriate item, and the application must be signed by one of the partners.

(b)  The completed application, necessary enclosures and check or money order should be sent to the Department of Motor Vehicles at the address shown on the form.

(c)  Proof of insurance.  Before dealer or transporter plates will be issued, the applicant for such plates must present to the commissioner an insurance I.D. card as prescribed by regulations of the commissioner covering any motor vehicle owned or controlled by the dealer and operated under a dealer plate issued to such dealer.

(d)  Place of business in New York.  An applicant for a dealer registration must have and continuously maintain a place of business in this state.  Only a New York registered retail dealer may engage in the buying and selling of vehicles at retail as a business in New York. An application for registration shall be denied or, if one has been approved, such registration shall be subject to suspension, revocation and/or a civil penalty as provided for in section 78.32 of this Part, where the Commissioner has reasonable grounds to believe that such application has been or will be used for the purpose of circumventing the restrictions set forth in section 78.8 of this Part regarding sales away from premises.

## 78.4 New motor vehicle dealer provisional registration.

(a) A new motor vehicle dealer may apply for a new motor dealer provisional registration (hereinafter referred to as provisional registration). The application for a provisional registration shall be filed in such form and detail as the Commissioner shall prescribe, and shall be filed

concurrently with the original application for a new motor vehicle dealer registration. If an application for a provisional registration is denied, the applicant shall not be entitled to an appeal or hearing regarding the denial.

  (b) The holder of a provisional registration shall be granted the same rights and privileges as are granted to the holder of a new motor vehicle dealer registration, except that the Commissioner may suspend a provisional registration for the same reasons that a dealer registration is subject to suspension for a violation or violations of this Part or of section 415 of the Vehicle and Traffic Law. If the provisional registration is suspended pursuant to the provisions of this subdivision, the Commissioner shall provide the provisional registrant with actual notice of the suspension at least seven calendar days prior to the effective date. The holder of the provisional registration shall not be entitled to an appeal or hearing if such provisional registration is suspended. The holder of a provisional registration shall be subject to the same rules and regulations that apply to the holder of a new motor vehicle dealer registration, except if such rules and regulations are inconsistent with the provisions of this section.

  (c) The holder of a provisional registration who has purchased or acquired, or who plans to purchase or acquire, the place of business from a registered new motor vehicle dealer:

  (1) shall not sell or transfer a vehicle unless it has in its possession a proof of ownership or transfer document in its name;

  (2) shall not engage in business in the name of the selling or transferring new motor vehicle dealer registration;

  (3) shall not use any dealer plate, dealer issued plate, or unused certificate of sale that had been issued to the selling or transferring registered new motor vehicle dealer by the Department;

  (4) shall display the provisional registration in a conspicuous manner.

  (d) If a new motor vehicle dealer with a provisional registration purchases or acquires a place of business from a registered new motor vehicle dealer, then within thirty business days of the issuance of the provisional registration, the dealer must ensure that (1) a certificate of sale is issued transferring ownership of all vehicles included in the sale or transfer and (2) the new motor vehicle dealer registration, all dealer plates, dealer issued plates, and unused certificates of sale that had been issued to the selling or transferring dealer are surrendered to the Department or are accounted for.

  (e) If the Commissioner has suspended a provisional registration, or if a provisional registration has expired, and the dealer that held such provisional registration has not obtained a valid new motor vehicle dealer registration, then all dealer business operations at that location shall immediately cease, and the dealer shall surrender the provisional registration, all dealer plates, and all certificates of sale to the Department.

  (f) The holder of a provisional dealer registration must provide to the Department within thirty days of the issuance of the provisional registration all information necessary for review of the dealer registration application and all required documentation relative to the sale and transfer of the business.

(g) The provisional dealer registration shall expire sixty days from the date of issuance of such registration or when the Department completes its investigation related to the application for a new motor vehicle registration, whichever is later.

(h) The holder of a provisional dealer registration must notify the Department immediately if the opening of the dealership is cancelled and such holder must return all supplies within ten days.

## 78.5 Display of business certificate.

The official business certificate of registration (form MV-61U) must be displayed conspicuously in the dealer's place of business.  This certificate is issued in addition to the regular registration stubs which accompany the dealer or transporter plates.

## 78.6 Amendments to registration.

(a)  Change in members of a partnership or officers of a corporation.

(1)  The Department of Motor Vehicles must be notified immediately, in writing, if there is a change in either the members of a partnership, or the officers of a corporation, registered as a dealer.  Notification must contain the name and residence address of the new member or officer and the member or officer who has been succeeded. Notification must be sent to the Department of Motor Vehicles at the address shown on the amendment form.

(2)  The registration of a dealer in the names of two or more persons as partners or otherwise shall not expire on change in ownership as long as one person named as a partner remains the owner or part owner.  This policy applies also where two or more partners increase the number of partners but does not apply where an individual forms a partnership nor where a corporation is involved.

(3)  In effecting a change it is necessary for the dealer to submit an amendment form, MV-82, with the required number of certificate stubs, the certificate of registration and the stubs in the old name.

(4)  In those cases where a partnership is dissolved the partner leaving the firm is required to affix his signature to the amendment form in addition to the signatures of the remaining partners.

(5)  REPEALED 1/17/85.

(b)  Change of address, name or status.  The Department of Motor Vehicles must be notified on the amendment form:

(1) within 30 days of any change of address; and

(2) immediately if the name of the dealership or the name of the individual owner, a partner, or a stockholder of more than ten percent of the share changes.

## 78.7 Assumed names.

(a)  Whenever a dealer files a certificate of doing business under an assumed name with the county clerk, the dealer shall also file a copy of the certificate with the Commissioner.

Thereafter, the dealer may do business in either his real name or his assumed name.  A dealer may have any number of assumed names without needing additional dealer registrations if every assumed name begins with the same word or name. However, if the assumed names begin with different words or names, then a separate dealer registration is required for each name.

EXAMPLE:  John B. Smith Motor Cars, Inc., may have the assumed names John B. Smith Ford, John Boy Chevrolet and John and Jill Toyota under a single dealer registration.  The assumed names Johnny's Dodge, Honest John Buick and JBS Volkswagon would require three dealer registrations.

   (b)  When a dealer sells a vehicle for which the proof of ownership is in an assumed name, the certificate of sale (form MV-50) shall be written in the dealer's actual name d/b/a the assumed name.

EXAMPLE:  Triple Q Ford, Inc., a registered dealer is permitted to do business under the assumed name Triple Q Jaguar.  When the dealer receives a Manufacturer's Certificate of Origin from Jaguar Manufacturing Corporation, it is made out to Triple Q Jaguar.  When the car is sold, the name of the dealer must appear on the MV-50 as Triple Q Ford, Inc. d/b/a Triple Q Jaguar.

   (c)  A dealer will be responsible for all transactions conducted by it, whether in real name or assumed name.  Any suspension or revocation action, or imposition of a civil penalty, will apply to all dealer registrations at one location.

**78.8 Sales away from premises.**

   (a) Except as otherwise provided in subdivisions (b) and (c) of this section, a dealer shall make all sales at the registered place of business.

   (b)  A dealer may make a sale at the home or place of business of a customer.

   (c)  A dealer may conduct a maximum of two sales per calendar year at additional locations if:

   (1) written authorization is issued by the regional director of the Division of Vehicle Safety Services in the region in which the dealership is located, and such written authorization is kept at the booth or desk of the dealer in the away-from-premises location.   Such authorization is not required to sell one or more vehicles at an auction to which only wholesale purchasers are admitted;

   (2) the dealer staffs, for the entire duration of the sale, a booth or desk at the away-from-premises location which has the dealer's name, registered street address, registration number and telephone number displayed proportionate to the size of the sign or in letters at least four inches high with a stroke of three-fourths of one inch on a sign at least 18 square feet in size. All sales must take place at the booth or desk;

   (3) the dealer keeps all security items (e.g., forms MV-50 and MV-TCR) in a secure safe or locked drawer at the booth or desk, if they are brought to the away-from-premises location.

   (d)  The appropriate regional director of the Division of Vehicle Safety Services shall authorize away-from-premises sales for a dealer if:

   (1) a written request from a dealer, on a form prescribed by the commissioner, is received at least twenty days before the sale is to begin;

6

(2) the sale location is within twenty miles of the dealer's registered location, provided, however, in the counties of Westchester, Rockland, Bronx, New York, Kings, Queens, Richmond, Nassau and Suffolk, the sale location is within six miles of the dealer's registered location; and

(3) the sale is to be of ten consecutive days duration or less;

(4) neither the dealer nor the away-from-premises location has a history of violations; and

(5) all third party participants in such sale are identified at the time of the request, and, in the case of banks and/or credit lenders, are certified by the New York State Department of Financial Services to operate in New York State;

(6) the sale location complies with all applicable local zoning requirements and, if required, all necessary permits have been acquired and are maintained at the dealer's registered location.

(e) The provision of subdivision (c) of this section regarding the maximum number of sales per calendar year and the provision of paragraph (d)(2) of this section regarding the location of sales shall not apply to sales of recreational vehicles. For the purpose of this section, the term "*recreational vehicle*" shall have the same meaning as "*house coach*" as such term is defined in section 119 of the Vehicle and Traffic Law.

(f) All advertising for sales away from the dealer's registered location shall include the dealer's name, registered street address, facility registration number and telephone number.

(g) A display of a vehicle at which the dealer has no sales personnel or employee present shall be considered a display and not a sale and is permitted without compliance with this section.  A display of a vehicle at which the dealer has a sales person or employee present requires the dealer to comply with this section; provided, however, that a display of vehicles at an event, such as an auto show, in which numerous manufacturers participate and which is for the purpose of display is permitted without compliance with this section.

**Sales of Vehicles**

**78.9 Electronic Recordkeeping and Transmission of Information Related to the Sale of Vehicles.**

(a) Vehicle Electronic Reassignment and Integrated Facility Inventory system. Except as provided in subdivision (c) of this section, dealers are required to use the Vehicle Electronic Reassignment and Integrated Facility Inventory (VERIFI) system to transfer ownership of all vehicles and record vehicle sales. Dealers are required to:

(1) Sign a facility participation agreement with a vendor selected by the commissioner;

(2) Use the VERIFI system, as prescribed in the vendor's facility participation agreement;

(3) Electronically transmit the information set forth in the book of registry, records of paper MV-50 forms, and records of paper temporary certificates of registration;

(4)  When an electronic MV-50 cannot be issued due to the nature of the sales transaction, such as a sale to a party in another state, use a paper MV-50 pursuant to the terms in the facility participation agreement, and record required data in the

7

VERIFI system via the methods prescribed by the VERIFI facility participation agreement. Data recorded on any paper MV-50 must be entered into the VERIFI system no later than the time of issuance of the paper MV-50 to the buyer;

(5) Maintain an active and valid account with the VERIFI vendor, per the terms of the facility participation agreement, in order to issue electronic MV-50s and to receive and issue paper MV-50s. Failure to maintain an active and valid account with the VERIFI vendor and follow the procedures set forth in the facility participation agreement shall be a violation of this subdivision.

(b) Fees: The fee for each electronic Retail or Wholesale Certificate of Sale (MV-50 or MV-50W) shall be the same as the fee for the paper version of the form, as set forth in Vehicle and Traffic Law section 415(6). Dealers must pay a per transaction fee to the vendor, as set forth in the facility participation agreement.

(c) Exemptions:

(1) The Commissioner may, upon written request, in a form prescribed by the Commissioner, exempt a dealer from the requirement to use the VERIFI system as required by subdivision (a) of this section, provided the dealer:

(i)  sells fewer than ten vehicles per year, and

(ii)  has two or fewer dealer demonstration and/or transporter plates, and

(iii) is not enrolled in Dealer Partnering Program or a participant in the Dealer Plate Issuance Program, and

(iv) has not had a dealer registration suspended or revoked since the effective date of this section.

(2)  Dealers granted an exemption under this section must sign a facility participation agreement with the vendor and pay the appropriate transaction fee for each sale of a vehicle. Within five (5) days of the date of sale of the vehicle, dealers must report required data recorded on an MV-50 or MV-50W to the vendor via paper or by telephone, as specified in the VERIFI facility participation agreement. Failure to maintain an active and valid account with the VERIFI vendor and follow the procedures set forth in the facility participation agreement shall be a violation of this subdivision and shall result in the withdrawal of any exemption previously granted to such dealer.

(3) If a dealer registration is suspended or revoked on or after the effective date of this section, any exemption granted to such dealer under this section shall be deemed void and of no effect.

(d) Exemption from Recordkeeping Regulations: Notwithstanding any other provision of this Part, a dealer who has not been granted an exemption under subdivision (c) of this section, and who complies with the provisions of this section regarding the filing of records via the VERIFI system, shall be exempt from retaining and filing the paper record of the MV-50 form and the temporary certificate of registration for transactions conducted in the VERIFI system as set forth in this Part.

**78.10 Form of certificate of sale (Form MV-50), obtaining certificates of sale and use.**

(a)  Form.  The commissioner shall design and distribute certificates of sale (form MV-50).

(b)  Obtaining and returning certificates of sale.

(1) The requisition form for certificates of sale should be submitted by mail to the address shown on the requisition form.  When reordering books of MV-50's, the requisition form must be submitted with all completed books of form MV-50.  The requisition form must be signed by an officer, partner, individual owner, or any person authorized by the dealer.

(2)  Old supplies of certificates of sale (form MV-50) should be used up before new certificates of sale are used.  However, by March 1, 1993, only certificates of sale with a print date of "2/92" or later may be used.

(3)  Within five business days from receipt of a book of certificates, the dealer must notify the Division of Vehicle Safety Services of the department of any discrepancy between the certificates actually received and the certificates purportedly sent.  At the expiration of such five day period, in the absence of notification to the contrary, it is presumed that any book of certificates mailed or delivered to a dealer was received by the dealer intact, and the dealer will be required to account for all certificates so mailed or delivered to him.

(4)  Books of form MV-50 must be kept in a safe place where they will not be accessible to persons not directly connected with the dealer's business.  No dealer shall lend a book of certificates of sale or any certificate of sale.  A dealer shall be in violation if unable to satisfactorily account for every MV-50.

(5)  REPEALED 9/1/91

(c)  Use.

(1)  Certificates of Sale.  Form MV-50 shall be issued only if the vehicle is owned or controlled by the dealer or the dealer is making a courtesy delivery as described in paragraph (3) of this subdivision.  Form MV-50 must be used to transfer ownership of all vehicles owned or controlled by the dealer, in addition to any other forms, such as a certificate of title, required by these regulations.

(2)  It is the responsibility of the retail dealer to classify each vehicle as retail or wholesale. If the vehicle is sold at retail, the dealer must further classify the vehicle as "New", "Used", "Demonstrator" or "Salvage" by checking the appropriate box or boxes at the top of the form.

(3)  A retail dealer selling a vehicle as "Wholesale" or "Salvage" shall write "VOID" on the MV-TCR for that vehicle and leave the MV-TCR attached to the MV-50.

(4)  A wholesale dealer must use Wholesale MV-50 (without MV-TCR attached) and classify each vehicle as wholesale by checking the appropriate box at the top of the form.

(5)  The dealer must use a certificate of sale in transferring the ownership of all vehicles, including dealer-to-dealer and out-of-state sales.

9

(6)  A form MV-50 marked "wholesale" will be valid only as proof of ownership.  It will not be acceptable for registration purposes.

(d)  No dealer shall transfer a certificate of sale (form MV-50) which is not completely filled out including signature to another dealer or any person, except that unused certificates of sale must be returned to the Department of Motor Vehicles, with the MV-TCRs attached.

(e)  Courtesy delivery.  A courtesy delivery occurs when a dealer is responsible for delivering a vehicle sold by another dealer, obtaining title and registration for the vehicle and collecting any sales tax which may be due.  A dealer may choose to treat a courtesy delivery as a vehicle owned or controlled by that dealer.

**78.11 Procedures to be used for certificates of sale.**

(a) Procedure for 1972 or older model year vehicles and other vehicles not subject to Certificate of Title Law.  Whenever a vehicle which is not subject to the Certificate of Title Law is sold, the following procedure will be used by the dealer:

(1)  Certificates of sale must be issued in consecutive order.

(2)  Certificates of sale must be prepared by typewriter, ink or indelible pencil; signatures must be written in ink or indelible pencil.

(3)  Certificates of sale must contain a complete and correct description of the vehicle, the full name and address of the previous owner, the last registration plate number, the number of the dealer's plate loaned, the number of the temporary certificate of registration issued, the number of any registration plate issued by the dealer, the dates of purchase and sale, and the plate number of the applicant.  The box entitled "Purchaser Information:" must contain the name and address of the purchaser or a designee of the purchaser. The Certificate of Title will show this name as the owner.  The certificate of sale must be signed in ink by the person named in the box entitled "Purchaser Information."

(4)  Dealers are required to enter on the certificate of sale the weight of the vehicle fully equipped and ready for use on the highway.

(5)  Dealers shall sign certificates only at the time of issuing them to purchasers.  The signing of certificates in advance of their use is forbidden.  A person signing as a partner, corporate officer, or agent, must so indicate below his signature.

(6)  The applicable portions of certificates of sale will be completely executed by the dealer and will contain the correct year of manufacture and the same motor, serial or identification number as appears on the vehicle which is to be sold.  The dealer must place an entry in each block of the certificate of sale except those portions which are to be completed by the purchaser. In the event the information requested does not apply to the sale, the dealer will place the letters "NA" (not applicable) in that block.

(7)  The certificate of sale must set forth the actual residence address of the purchaser.  Use of a New York mailing address where the purchaser does not reside in the State at such an address is not permitted.  When the purchaser is in military service and has only a military residence address, such address must be used.

10

(8)  Certificates of sale issued for used house trailers need not contain inspection information if the trailers will not be registered.  The dealer will mark, "Vehicle not to be registered" across the face of all copies of the certificate of sale.

(9)  REPEALED 9/1/87.

(10)  When a certificate of sale is voided, all copies must be sent to the department.

(11)  When a purchaser of a vehicle reports the loss, theft or destruction of a certificate of sale, the dealer is required to issue a replacement.  The notation "To replace lost, stolen or destroyed (whichever is appropriate) MV-50 _____" must be placed on the top of the new MV-50.  The dealer must immediately report the loss or theft of an MV-50 to the appropriate district office of the Department Motor Vehicles on a form prescribed by the commissioner (MV-550).

(12)  Upon transfer of ownership of a motor vehicle, the mileage shown on that vehicle's odometer must be placed on the certificate of sale in the space provided.  If the dealer knows that the mileage indicated on the odometer is less than the mileage actually traveled by the motor vehicle because the odometer is or was broken, repaired, replaced or deliberately reset to a false number, the notation "NOT THE ACTUAL MILEAGE" must be checked.  If the dealer knows that the mileage traveled by the vehicle is in excess of the mechanical limits of that odometer, the notation "EXCEEDS MECHANICAL LIMITS" must be checked.

(13)  The original of the certificate of sale must be appropriately completed and signed by the retail purchaser after it has been completed by the dealer, except upon the sale of a vehicle included in a fleet sale of five or more vehicles, provided the notation "Fleet Sale" is placed upon each part of the certificate of sale by the dealer.  The use of form MV-50.1 on and after June 1, 1991, is prohibited.

(14)  This paragraph shall apply if a dealer acquires a motor vehicle by receiving a New York title with a print date earlier than August 1989 or if a dealer acquires a motor vehicle by receiving an out of state title which does not contain full odometer disclosure information.

(i) An odometer disclosure statement (sample form MV-103) must be prepared by the selling dealer for any transfer of ownership transaction for a motor vehicle, whether wholesale or retail.  After the seller has completed and signed his portion of the statement, the buyer shall complete any applicable information and shall sign the odometer disclosure statement.

(ii) A dealer shall not acquire a motor vehicle unless a completed odometer disclosure statement (sample form MV-103) accompanies the transfer of ownership.

(iii) This paragraph shall not apply to a transfer of a motor vehicle manufactured in or before model year 2010 or a motor vehicle manufactured in or after the 2011 model year that is twenty or more model years old, but shall apply to every sale of a motor vehicle manufactured in or after the 2011 model year that is nineteen or less model years old.

(iv) The Department of Motor Vehicles shall provide each dealer with a sample of the odometer disclosure statement (sample form MV-103).  This sample is Appendix A of these regulations. It is the dealer's responsibility to print,

11

photocopy or purchase the form.  The size of the odometer disclosure statement should not exceed 7 3/8 inches in width or 9 3/4 inches in height.  The New York State seal and the Department of Motor Vehicles logo are optional.  Other seals and logos may be substituted.

(v) On a retail transaction, if the dealer submits the application for title or registration or both, the dealer shall submit one copy of the odometer disclosure statement (sample form MV-103) to the Department of Motor Vehicles, give one copy to the purchaser to keep and retain one copy in its records. On a retail transaction, if the ownership papers are given to the purchaser, the dealer shall give two copies of the odometer disclosure statement (sample form MV-103) to the purchaser and retain one copy in its records. On a wholesale transaction, the selling dealer shall give the purchaser one copy of the odometer disclosure statement (sample form MV-103) and retain one copy for its records.

(vi) Dealers shall retain a copy of all odometer disclosure statements (sample form MV-103) for five years and such records shall be available for inspection.

(15)  If the odometer disclosure information is on the certificate of sale (form MV-50), then one or two copies of the certificate of sale must be given to the purchaser as follows:

(i)  On a retail transaction, if the dealer submits the application for title or registration or both, the dealer shall give the customer copy of the certificate of sale to the purchaser to keep.

(ii)  On a retail transaction, if the ownership papers are given to the purchaser, the dealer shall give the purchaser the original certificate of sale to submit with the application for title or registration or both and the customer copy of the certificate of sale to keep;

(iii)  On a wholesale transaction, the selling dealer shall give the purchaser the original certificate of sale to be attached to the certificate of sale which the purchaser writes and the customer copy of the certificate of sale to keep.

(iv) The certificate of sale must be signed by both the dealer and the purchaser even if the purchaser does not take possession of the vehicle at the dealer's place of business.  The dealer delivering the vehicle to the customer should bring the top three copies of a wholesale or retail certificate of sale to the purchaser for signature. The dealer shall write on the remaining copy of the certificate of sale: "original signed by purchaser."

(b)  Procedure for 1973 and later model year vehicles and other vehicles subject to the Certificate of Title Law. Whenever a 1973 and later model year vehicle and any other vehicle which is subject to the Certificate of Title Law is sold, the same procedure in subdivision (a) of this section shall be followed by the dealer with the following additions:

(1) In addition to the other material required to be placed on the MV-50, the number of lienholders, if any, must be placed on the lower left hand corner of both copies of the MV-50. The following code should be used: "L0" if there are no liens; "L1" if there is one lienholder; "L2" if there are two lienholders; and so forth.  Both copies of the MV-50 must be signed.

However, if a dealer has completed and filed with the Department of Motor Vehicles an application for registration or title of a vehicle and, within 10 days thereafter, the dealer receives the appropriate filing fees and notification of the desire of the lender to have his lien recorded, the dealer shall, within 24 hours of such receipt, prepare and submit a notice of lien (Form MV-900) properly completed, to the Title Bureau, Department of Motor Vehicles, Empire State Plaza, Albany, New York, 12228, together with the appropriate recording fees and the dealer shall sign his name on behalf of the lienholder in the space provided in the notice of lien (Form MV-900) for the lienholder's signature and shall state on such form, the date when the application for registration or title was filed with the Department of Motor Vehicles.

(2)  If a vehicle is eight model years old or newer on the date of loss, the dealer must receive from a retail owner a completed salvage disclosure statement.  This statement must be either on the certificate of title or on form MV-103.  If form MV-103 is used, it shall be stapled to the certificate of title.  The Commissioner will not register or title a vehicle which lacks a necessary salvage disclosure statement.

(c)  Exceptions--sale of a wholesale vehicle.  When a vehicle is sold as a wholesale vehicle, the selling dealer need not deliver the certificate of sale, assigned title, or any other proofs of ownership required by regulations of the commissioner upon the transfer of a vehicle to the wholesale purchaser, unless payment is made by cash, certified check, or money order, until payment to the selling dealer has been cleared.  In lieu of issuing such documents, the selling dealer shall give to the wholesale purchaser a receipt on the letterhead of the selling dealer indicating the wholesale purchaser's right to possession of the vehicle until payment is cleared.  Immediately upon clearance of payment, the necessary transfer documents must be delivered or mailed to the wholesale purchaser.  If payment does not clear, the selling dealer is entitled to recover the vehicle and the receipt.

(d)  Dealers who are also distributors, importers and manufacturers.  A dealer who is also a distributor, importer or manufacturer of a motor vehicle, and who is named as manufacturer or first assignee on the manufacturer's statement of origin, shall not be required to use a certificate of sale (form MV-50) in transferring the ownership of a vehicle described on such manufacturer's statement of origin to another registered dealer.  The transfer of ownership may be made on the next assignment on the manufacturer's statement of origin.  A vehicle so transferred shall not be required to be entered in the dealer's book of registry, but a record of acquisition and transfer must be maintained.

(e)  Dealer-issued temporary registration.  The provisions of this section shall be applicable to the sale or transfer of a vehicle for which a dealer-issued temporary registration has been issued pursuant to Section 420-a of the Vehicle and Traffic Law and section 78.23 of this Part except that they shall be modified as may be provided in section 78.23 of this Part.

(f)  Submission of certificate of sale and proofs of ownership.

(1)  Upon the sale of a vehicle not subject to the Certificate of Title Law, a dealer must give the customer the choice of taking possession of the certificate of sale and ownership document or letting the dealer submit the paperwork for him.  If the dealer is to submit the paperwork, he shall submit it within five calendar days after delivery of the vehicle.

(2)  Upon the sale of a vehicle subject to the Certificate of Title Law, which vehicle does not have a lien to be recorded against it, a dealer must give the customer the choice of taking

possession of the certificate of sale and ownership document or letting the dealer submit the paperwork for him.  If the dealer is to submit the paperwork, he shall submit it within five calendar days after delivery of the vehicle.

(3)  Vehicle and Traffic Law section 2105(b) requires a dealer to submit the application for title if there is a lien to be recorded on the title.  Therefore, upon the sale of a vehicle subject to the Certificate of Title Law, which vehicle has a lien to be recorded against it, the dealer shall submit all necessary and appropriate paperwork for the issuance of a certificate of title within five calendar days after delivery of the vehicle to the purchaser.  The dealer may not appoint the customer as his agent for the filing of the required paperwork.

(4)  If an application for registration or registration and title is being submitted by a dealer, it may be submitted at any motor vehicles issuing office.  If an application for title only (title but no registration) is submitted by a dealer, it must be mailed to Title Bureau, Department of Motor Vehicles, Empire State Plaza, Albany, New York 12228.

(5)  This subdivision shall not apply to a vehicle for which a dealer issues number plates and a temporary registration (see Section 78.23 of this Part) or to a vehicle classified as "junk" (see Section 78.45 of this Part).

## 78.12 Forms of proofs of ownership.

Whenever a dealer transfers a vehicle, in addition to other documents required by this Part, the dealer must submit all proofs of ownership for such vehicle showing a complete chain of ownership going back to the last registration of the vehicle, if the vehicle is not subject to the Certificate of Title Law, or to the last certificate of title for vehicles subject to the Certificate of Title Law.  The manufacturer's certificate of origin must be submitted upon the sale of any new vehicle.  If a dealer has reason to believe a new motor vehicle will be titled in another state or country, he shall endorse the manufacturer's certificate of origin.  If a dealer has reason to believe that a new motor vehicle will be titled in New York, or has no reason to believe otherwise, then the manufacturer's certificate of origin need not be endorsed.

## 78.13 Additional documents required on the sale of a vehicle.

(a)  Invoices or bills of sale.

(1)  On the sale of every vehicle, the retail dealer must issue to the purchaser, in addition to the certificate of sale (form MV-50), a bill of sale or an invoice which contains the dealer's name, the dealer's address, the dealer's facility identification number and the date the document is completed.  On the bill of sale or invoice, the retail dealer must also classify the vehicle as a "new vehicle," "demonstrator," "used vehicle," "wholesale vehicle" or "junk vehicle."  The classification must be stamped, printed or written on the bill of sale or invoice in a conspicuous manner and apart from other printing or information on the document.

(2)  On the sale of a vehicle, the wholesale dealer must issue to the purchaser, in addition to the certificate of sale (MV-50), a bill of sale or an invoice which contains the dealer's name, the dealer's address, the dealer's facility identification number and the date the document is completed.  If more than one vehicle is sold to the same purchaser by a wholesale dealer, a blanket invoice may be issued covering all vehicles involved in the one transaction.  An invoice

14

or bill of sale issued by a wholesale dealer must be conspicuously marked with the classification "WHOLESALE".

(3) In addition to any other information required on a bill of sale or invoice, every dealer must place on the face of each bill of sale or invoice, except a bill of sale or invoice issued upon the sale of a new vehicle, the mileage said motor vehicle purports to have been operated as appears upon the odometer of such motor vehicle, preceded by the word mileage. If the dealer knows that the mileage indicated on the odometer is less than the mileage the motor vehicle has been driven, the notation "true mileage unknown" shall be placed on the face of the bill of sale or invoice in addition to the mileage shown on the odometer.

(b)  Used vehicle certification. (Required by section 417 of the Vehicle and Traffic Law).

(1)  A retail dealer who sells a secondhand motor vehicle to be used on the public highways of this State must deliver to the purchaser a statement as follows:  "If this motor vehicle is classified as a used motor vehicle, the dealer named above certifies that the entire vehicle is in condition and repair to render, under normal use, satisfactory and adequate service upon the public highway at the time of delivery."

(2)  This statement shall be printed in at least 10 point type on the face of the dealer's standard bill of sale which is provided to the retail purchaser upon delivery or acceptance of the vehicle.

(3)  The willful or repeated failure to deliver such statement as herein required shall be considered a violation of this regulation.

(4)  When vehicles are sold to another dealer, or for use other than on the public highways, the dealer must check the "wholesale" box or the "retail" and "salvage" boxes at the top of the certificate of sale (form MV-50). The classification wholesale may be checked on the certificate of sale only if the vehicle falls within the definition of wholesale vehicle contained in subdivision (e) of section 78.2 of this Part.

(c)  Motor vehicles, except motorcycles. All motor vehicles, except motorcycles, must be inspected for the following items of equipment and such equipment must meet the standards set forth herein before the certification set forth in subdivision (b) of this section may be issued:

(1)  Headlamps. Such vehicles must have at least two, except on dual headlamp system, which shall require four units having light sources of equal power. All units must be of an approved type and show a reading of at least 5,000 candlepower on high beam as shown by an output meter (testing may be done with engine running) and must be properly aimed.

(2)  Tail lamp or lamps and reflectors. All 1952 and earlier model vehicles must have at least one lamp on the rear which shall display a red light. All 1953 and later models must have at least two lamps, one on each side, which shall display a red light. All vehicles must have at least one red reflector on the rear.

(3)  Stop lamps (rear). All 1952 and earlier model vehicles must have at least one stop lamp and all 1953 and later model vehicles must be equipped with at least two stop lamps, one on each side. Each shall display a red to amber light visible from the rear when the brake is applied.

(4)  Number plate light.  Must have at least one white light which shall illuminate the numerals of the plate.  If vehicle is equipped for more than one such white light, all such lights must be operative.

(5)  Directional signals--front and rear.  All 1953 and later model vehicles must have directional signal lights.  All units must be of an approved type and all operating units, including direction indicator light, must be operating properly.

Note:  Lighting devices and reflectors required in paragraphs (2) through (5) of this subdivision may consist of combination lamps and reflectors, if such devices are approved for each such use by the commissioner.

(6)  Hazard warning switch.  All 1966 and later models must be equipped with an approved type hazard warning switch in proper working order.

(7)  Glass.  All vehicles must be equipped with approved type safety glass.  Windshield glass must be AS-1. Glass in other windows must be AS-1 or AS-2 except that the rear window of convertibles may also be AS-5, AS-6 or AS-7. Glass must not be broken, nor fractured or discolored so as to impair vision.

Note:  A camper body attached to a truck is part of the vehicle, and all glass in the camper body must be AS-1, AS-2 or AS-3.

(8)  Windshield wipers.  Must be in proper working order to provide reasonable driving vision.

(9)  Defrosters.  All 1964 and later model vehicles must be equipped with a front windshield defrosting device in good working order.  All 1974 and later model year passenger type motor vehicles except convertibles, suburbans and omnibuses or other vehicles that have roll-down rear windows or rear windows located in a movable closure (door like member) must be equipped with a rear window defroster or defogger in good working order.  All 1986 and later model year passenger type motor vehicle except a multipurpose passenger vehicle (designed to carry ten persons or less and constructed either on a truck chassis or with special features for occasional off-road operation) must be equipped with a rear window defroster or defogger in good working order.

(10)  Horn.  All motor vehicles must be equipped with a horn in good working order, but such horn shall not be unnecessarily loud or harsh.

(11)  Rear view mirror or mirrors.  Every motor vehicle must be equipped with a rear view mirror.  All 1968 and later model vehicles must be equipped with an adjustable side view mirror mounted on left outside of vehicle. Every 1970 and later model vehicle shall be equipped with an inside rear view mirror of a type approved by the commissioner.

(12)  Crank-case ventilating system.  All 1964 and later model vehicles assembled after June 30, 1963 must have a PCV system in proper working order.

(13)  Emission control system.  All 1968 and later model vehicles must be equipped with an emission control system in good working order.

16

(14)  Muffler or mufflers.  Every motor vehicle must be equipped with a muffler or mufflers to prevent excessive or unusual noise.  If the vehicle is equipped with a replacement muffler, such muffler must have noise repressant qualities at least equivalent to the original equipment muffler.

(15)  Brakes

   (i)  Foot.  Dealers must remove at least one wheel for the inspection of linings, drums, wheel cylinders, other brake mechanisms or disc components. Linings must have at least 1/32 inch thickness over the rivet head; or if bonded or molded linings, they must be at least 1/16 inch in thickness.  Disc brake pads must not be broken, loose, and must be free of any contamination.  Drums must not be scored to such an extent so as to impair the braking system.  Brakes must be tested for equalization.  Fluid in master cylinder must be up to full mark.  Foot pedal must hold its position for at least one minute without fading.  Hydraulic, vacuum or air line must not have visible leakage or audible seepage, or cracked, chafed, worn or weakened hoses or lines.  All 1968 and later model passenger and station wagon type motor vehicles must be equipped with dual master cylinders.

   (ii)  Parking.  Brake must hold the vehicle stationary with engine running at a slightly accelerated speed with shift lever in drive position for automatic, or lever in low position for standard transmission.  Ratchet or pawl or other locking device must hold in applied position and must have lever reserve when brake is fully applied.  Cables must not be frayed or frozen or must not have any other worn parts or malfunction of the system.

(16)  Steering, front suspension and wheel alignment (toe-in or out).

   (i)  There must not be excessive looseness and/or wear in the following parts: wheel bearing, kingpins and bushings, upper and lower cross shaft and bushings, ball joints, upper and lower outer pins and bushings, idler arm, center control arm, tie rod ends, drag link ends, steering and pitman arms, gear box mounting, steering column mounting or steering wheel shaft mounting.  The coupler or universal between gear box and steering column may not be frayed or cracked. There can be no excessive roughness or chips or cracked worm and sector gears.

   (ii)  With front wheels in straight ahead position, the steering wheel must not have more than two inches of free play for steering wheels up to 18 inches, and not more than three inches of free play for steering wheels more than 18 inches in diameter.  There cannot be any tightness or binding when steering wheel is turned to the extreme right or left.

   (iii)  When checked visually, the front wheels cannot be out of line, axle or front end assembly cannot be bent or twisted, bolts or nuts or rivets cannot be loose or missing or in a deteriorated condition due to rust, the chassis frame cannot be in a deteriorated condition due to rust.

   (iv)  Power steering system must not show visible leaks, and the power system fan belt must not be loose or worn.

(v)  Toe-in or toe-out of front wheels when checked by a toe-in bar must be within manufacturer's specifications; or when checked with front alignment indicator equipment, reading may not be in excess of 30 feet per mile in or out.

(17)  Tires.  All tires must have at least 2/32 of an inch of tread depth measured in a major tread groove of the tire nearest the center at two points of the circumference not closer than 15 inches, except that the front tires on buses, trucks with a maximum gross weight in excess of 10,000 pounds and truck-tractors must have at least 4/32 of an inch of tread.  Tread depth reading must be taken by a depth gauge, calibrated in 32 seconds of an inch.  Tires must not have:

(i)  any fabric break;

(ii)  any cut in excess of one inch which is deep enough to reach body cords;

(iii)  blow-out patches or boots;

(iv)  any bump, bulge or knot related to separation or partial failure of tire structure;

(v)  any portion of the ply or cord structure exposed;

(vi)  any portion of the tread design completely worn which is of sufficient size to affect the traction or stopping ability of the tire.

(18)  Safety belts.  All 1963 and later model used vehicles when sold or leased by a dealer or leasing company must be equipped with at least two sets of seat belts for the front seat of the vehicle.  All 1967 and later models must also have at least one set of seat belts for the rear seat for each passenger for which the vehicle was designed.  All 1968 and later model vehicles must be equipped with one set of seat belts for each passenger for which the vehicle was designed.  This paragraph shall not apply to those motor vehicles equipped with passive restraint systems (air bags) which conform to Federal motor vehicle safety standard 208 in all respects.  Also, subdivision (d) of this section notwithstanding, this paragraph shall not apply to commercial vehicles.

(d)  Commercial motor vehicles.  In addition to the requirements set forth in subdivision (c) of this section, all commercial motor vehicles must also be inspected with respect to additional lights and reflectors, and must meet the requirements of sections 43.1 through 43.8 of this Chapter with respect to lighting and reflectors before the certification set forth in subdivision (b) of this section may be issued.

(e)  Motorcycles.  All motorcycles must be inspected for the following items of equipment and must meet the standards set forth herein before the certification set forth in subdivision (b) of this section may be issued.

(1)  Headlamps, tail lamps, stop lamp (rear), number plate light and reflector.  All such lights and reflectors must meet the requirements set forth in paragraphs (c)(1-4) of this section, except that only one headlamp is required (unless motorcycle is equipped with a sidecar) and only one tail lamp and one stop lamp is required.  All lighting devices, other than the headlamp may consist of combination lamps and reflectors, if such devices are approved for each such use by the commissioner.

(2)  Horn, rear view mirror and muffler.  All motorcycles must be equipped with a horn, a rear view mirror and a muffler which must meet the requirements set forth in paragraphs (c)(10),(11) and (14) of this section, except that only one rear view mirror is required and such mirror must be affixed to the handlebars and so mounted as to prevent swinging and excess vibration.

(3)  Brakes.

   (i)  Motorcycles shall be road tested to test the brakes.  When road tested at 20 miles per hour on a dry, hard, level surface, free from loose materials, the brakes must stop the motorcycle within 25 feet.

   (ii)  Rods must not be bent.  Cotter keys or lock units must not be missing. Parts must not be misaligned.  There must not be excessive friction in pedal arrangement, worn pins, broken or missing springs, misaligned anchor pins, or frozen, rusted or inoperative connections.

   (iii)  Foot levers must have at least one inch of free play before brakes are applied and at least one-third of their travel as reserve after the brakes are fully applied, and hand levers must have at least one-half inch of free play before brakes are applied and at least one-third of their travel as reserve after the brakes are fully applied.

   (iv)  If a motorcycle is equipped with a hydraulic brake system, the fluid in the master cylinder must be up to the full mark and there must not be any leaks in the master or wheel cylinders, or in any brakehose or line.  Hydraulic lines or hoses must not be crimped, abraded, broken or restricted. Such lines or hoses must not be installed in a manner which would permit damage or abrasion by contact with the frame or other components.  The master cylinder rod must be properly adjusted.  The brake pedal must not have a tendency to move slowly toward applied position while foot pressure is maintained on it for one minute.

(4)  Steering.

   (i)  Frame must not be bent or damaged so as to constitute a hazard in proper operation of machine.

   (ii)  Wheels must not be out of line to degree steering and control is affected and there must not be loose or bent spokes or bent wheels.

   (iii)  Steering-head bearing must not be loose, broken, defective, out of adjustment or modified beyond manufacturer's specifications.

   (iv)  Wheel bearings must not be loose, broken, defective or out of adjustment.

   (v)  Handlebars must not be loose, bent, broken or damaged in such a manner as to affect proper steering.

   (vi)  Motorcycle must not be equipped with a bicycle handlebar.

   (vii)  Handlebar or grips must not exceed to a height in excess of 15 inches above the saddle level (measured from the lowest point of the operator's seat or saddle).

(viii)  Shock absorbers, front or rear, must not be broken or defective, and they must function properly.

(5)  Tires.  Tires must meet the requirements set forth in paragraph (17) of subdivision (c) of this section.

(f)  Upon the sale of a new motor vehicle, the manufacturer's statement of origin must also be given to the purchaser with a proper endorsement to the purchaser.  Such endorsement shall be notarized, or in lieu of notarization, the following may be typed or stamped in red upon the statement of origin: "False written statements herein punishable under N.Y. Penal Law".

(g)  Prior use certificates.  (Required by Section 417-a of the Vehicle and Traffic Law)

(1)  Upon the sale of any secondhand passenger motor vehicle, the selling dealer shall execute and deliver to the purchaser a statement on the contract of sale if he knows or has reason to know that the principal prior use of the motor vehicle was as a taxicab, rental vehicle, police vehicle or driver education vehicle.

The statement shall read as follows:  "Prior Use Certification (required by Vehicle and Traffic Law 417-a if the principal prior use of the vehicle were as a police vehicle, taxicab, rental vehicle or driver education vehicle).  The principal prior use of this vehicle was as:  a police vehicle _____, a taxicab _____, a rental vehicle____ or a driver education vehicle _____."

This statement shall be conspicuously printed, typed or stamped on a dealer's contract of sale, and the appropriate line checked, and given to the purchaser before the purchaser signs it.  Failure to check a line shall mean that the dealer does not know or has no reason to believe that the principal prior use of the vehicle was as a police vehicle, taxicab, rental vehicle, or driver education vehicle.  If a dealer uses an oral contract for the purchase of a secondhand passenger motor vehicle, he shall deliver to the purchaser a written statement concerning the prior use of the motor vehicle before accepting payment of a deposit from the purchaser.

(2)  Principal prior use means that more than 50 percent of the total miles the motor vehicle has travelled has been as a taxicab, police vehicle or driver education vehicle.

(3) REPEALED 9/1/87.

(4)  This subdivision shall apply to wholesale and retail dealers, to sales of vehicles classified as used or junk and to all transfers except when a vehicle is sold to a certified scrap processor.

(h)  Lemon Law requirements.

(1) If a dealer knows that a vehicle was repurchased by a manufacturer or dealer pursuant to Section 198-a or 198-b of the General Business Law, a similar statute of another state, or an arbitration or alternative dispute procedure, then the dealer shall give a prospective purchaser, whether wholesale or retail, a statement on a piece of paper as follows:

"This vehicle has been repurchased pursuant to Section 198-a (new car lemon law)_____or Section 198-b (used car lemon law)_____of the General Business Law, a similar statute of another state_____,or an arbitration or alternative dispute procedure_____. IMPORTANT: THIS VEHICLE WAS RETURNED TO THE MANUFACTURER OR DEALER BECAUSE IT DID NOT CONFORM TO ITS WARRANTY AND THE DEFECT OR CONDITION WAS NOT FIXED WITHIN A REASONABLE TIME AS PROVIDED BY NEW YORK LAW."

(2)  The statement shall be given to the prospective purchaser to read and keep prior to his signing a contract or making a deposit for the vehicle.

(3)  The first sentence of the statement shall be in any size type.  The second sentence shall be in exactly 10 point, all capital type.

(4)  This subdivision shall apply to all sales of the motor vehicle, regardless of the number of intervening sales, except that it shall not apply to the sale of the motor vehicle to a certified scrap processor.

(5)  Any repurchase of a vehicle by a dealer after a purchaser has filed, had accepted and paid all fees required for arbitration shall be regarded as a repurchase pursuant to the Lemon Law for purposes of this section.

    (i)  Upon the showing and before the sale of a vehicle to a prospective purchaser, whether wholesale or retail, the dealer shall inform the purchaser in writing if the title for the vehicle states that the vehicle is "RECONSTRUCTED" OR "NON-USA-STD."  The information may be on a paper handed the customer, written prominently on a vehicle window or body or supplied in any other written manner which gives the customer actual notice.

(j)  Any dealer who sells a used 1993 or newer vehicle which does not have a tamper resistant odometer as described in Part 60 of these regulations, shall give the buyer a written statement in 10 point, all capital, type stating:

"IMPORTANT:  THIS VEHICLE IS NOT EQUIPPED WITH A TAMPER-RESISTANT ODOMETER."  The dealer shall staple a copy of the written statement to the MV-50 for the vehicle.  Upon the receipt of the written statement, the commissioner shall print the written statement on the certificate of title for the vehicle.

(k)  Upon the showing and before the sale of a vehicle to a prospective purchaser, whether wholesale or retail, the dealer shall inform the purchaser if the vehicle was damaged prior to the first sale to the extent set forth in this subdivision, if the title for the vehicle states that the vehicle is "REBUILT SALVAGE", was damaged prior to sale to the extent set forth in this subdivision or the prior retail owner provided a salvage disclosure statement which states that the vehicle has been wrecked, destroyed or damaged to the extent that the total estimated or actual cost of parts and labor to rebuild or reconstruct the vehicle to its pre-accident condition, and for legal operation on the road or highways, exceeds 75% of the retail value of the vehicle at the time of loss, as set forth in a current edition of a nationally recognized compilation of retail values, including an automated data base.  Upon the first sale of a salvage vehicle, the dealer must affirm in writing on the bill of sale that the purchaser was notified that the vehicle was previously damaged to extent indicated in this subdivision.

**78.14 Guarantees or warranties.**

Any guarantee or warranty given by a dealer with respect to any vehicle must be in writing and a copy delivered to the purchaser thereof.  Such guarantee or warranty must contain the scope of guarantee or warranty, the limitations as to date or mileage, and the specific terms and items covered thereby.  The guarantee or warranty must be signed by the dealer or authorized representative.  Warranties issued by corporations, companies or individuals, other than factory

warranties or those issued directly by a dealer, shall not be sold or given to the purchaser of a motor vehicle by the dealer, either directly or indirectly, unless such corporation, company or individual is duly authorized to issue such warranties pursuant to section 41 of the Insurance Law of the State of New York.  A dealer, before selling a new car that has less than the full new car warranty, must inform the purchaser in writing how many months are left on the new car warranty.  Such remaining warranty period shall be typed, printed or written on the bill of sale or invoice in a conspicuous manner and apart from other printing or information on the document.

**78.15 Inspection certificates and requirements.**

(a)  Removal of inspection stickers.  A dealer selling a motor vehicle or trailer must remove from the motor vehicle or trailer any inspection stamps, except on a vehicle purchased from another dealer, immediately upon taking possession of the vehicle.  Such removal of the sticker under the circumstances described above shall not be a violation of the provisions of subdivision (e) of section 306 of the Vehicle and Traffic Law.

(b)  When a motor vehicle owned or controlled by a dealer has been inspected and approved by a licensed inspection station, the dealer shall not take or retain possession or control of such vehicle unless and until the inspection certificate has been properly affixed to the vehicle by the inspection station.

(c)  A motor vehicle (including a trailer, other than a mobile home trailer) which is sold or transferred for use on the public highways of this State by a dealer must be inspected within 30 days of the date of sale, as such date is indicated on the MV-50, and bear a certificate of inspection prior to delivery.  This requirement is not applicable to a motor vehicle sold to another dealer, to a motor vehicle sold as a junk vehicle or to a motor vehicle transferred to a lessee who has had possession of the vehicle for a period of 90 days or more under the lease.  When the sale is to such a lessee, the inspection information box on the form MV-50 must be marked:  "long term lessee."

**78.16 Restrictions pertaining to sales.**

(a)  A dealer selling a new vehicle to a person residing outside of his own territory must not permit the purchaser to give a residence address in the territory of the dealer making the sale. The use of a business address by the purchaser as a residence address is also forbidden.

(b)  If a retail dealer desires a car which he has in stock for his individual use, he may obtain a registration in his name, but the practice of continually registering or re-registering vehicles in the dealer's name and subsequently selling them by effecting a statement of transfer is not permitted.

(c)  A dealer shall not display or permit the display of a vehicle unless he owns the vehicle or has it on consignment.

**78.17 Registration sticker.**

Upon the purchase of a motor vehicle displaying a windshield validation sticker, a dealer should immediately remove such windshield validation sticker.

**78.18 Cancellation of sale.**

If before taking possession of a vehicle, for which the dealer has already applied for registration and/or title, the customer cancels the sale, the dealer must retrieve his or her proofs of ownership. He or she must do this (a) by contacting the local office immediately and reporting such cancellation and requesting the return of his or her proofs of ownership, or (b) if the registration transaction has already been processed, by telephoning the title bureau and reporting such cancellation, giving the year, make and vehicle identification number and the name of the former customer. This notification must be confirmed in writing and be accompanied by the search fee provided for in section 202(2)(a) of the Vehicle and Traffic Law for retrieval of the ownership documents. If a lien was recorded for a lending institution other than a lending institution established to finance the sale of vehicles of a franchised dealer, the dealer should submit, with his or her written confirmation, written notice from the lending institution of cancellation of the lien before the transaction is cancelled on department records and the proofs of ownership returned.

**78.19 Dealers who aid in securing registrations, titles, or special or distinctive plates.**

(NOTE: This section duplicates section 77.8 of this Subchapter.)

  (a)  A registered dealer is not required to obtain a license as a private service bureau in order to engage in the business of assisting for hire in securing registrations or titles of motor vehicles for customers who have purchased vehicles from that dealer but a license as a private service bureau is required if a dealer engages in the business of assisting in securing registrations or titles for the general public.

  (b)  The provisions of sections 77.1 through 77.6 of Part 77 of this Subchapter shall not be applicable to such a dealer engaging in private service bureau activities for customers who have purchased vehicles from that dealer.  Section 77.7 shall apply to such a dealer.

  (c)(1)  Special or distinctive plates.  Such a dealer may charge a person who purchases a vehicle from such dealer a fee for assisting in obtaining or ordering a special number or distinctive license plate from the Department of Motor Vehicles provided the dealer actually performs the service of filing the application for the plate with the Commissioner of Motor Vehicles.  The fee charged by the dealer may not exceed $5 dollars.

  (2)  Such a dealer may charge a person who purchases a vehicle from such dealer a fee for assisting in securing a registration and/or certificate of title for such vehicle, provided the dealer actually performs the service of filing the application for title and/or registration with the Commissioner of Motor Vehicles or his issuing agent.  The fee charged by the dealer may not exceed $175.  Such fee does not include the fee required to be paid to the Department of Motor Vehicles for issuance of the registration or for issuance of a certificate of title, nor shall such fee include the fee charged for the motor vehicle inspection of the vehicle.

  (d)  If a fee is charged by the dealer for assisting in securing a registration and/or title or securing special or distinctive plates, the dealer shall print the following statement and asterisked statement on all copies of the invoice or bill of sale in a type size not smaller than the type size used for other charges on such document:

"Dealer's optional fee for processing application for registration and/or certificate of title, and for securing special or distinctive plates (if applicable). **_THIS IS NOT A DMV FEE_**. *$_____"

The asterisk and the following language shall be printed below the above statement:

*The optional dealer registration or title application processing fee ($175.00 maximum) and special plate processing fee ($5.00 maximum) are not New York State or Department of Motor Vehicles fees.  Unless a lien is being recorded or the dealer issued number plates, you may submit your own application for registration and/or certificate of title or for a special or distinctive plate to any motor vehicle issuing office.

In addition to disclosing the application fee, the dealer shall disclose to the purchaser of the vehicle the annual fees to be assessed by the Department for the cost of the plate.

It shall be a violation of this section for any dealer to represent in any manner that the optional dealer registration or title processing fee is a fee required or imposed by the Department of Motor Vehicles.  This shall include, but not be limited to, representations made in dealer documents, paperwork, signs, or advertising, or by any employee or representative of the dealer.

   (e)  The commissioner or his representative may examine records of the dealer with respect to any private service bureau activities conducted by the dealer.

### Temporary Certificates and Dealer Plates

### 78.20 Issuance of temporary certificates of registration --Vehicle and Traffic Law Section 420.

   (a)  A retail dealer must issue a temporary certificate of registration, form MV-TCR, to a customer who has another vehicle registered or who had another vehicle previously registered, who purchases a vehicle from the dealer, provided that the registration of such vehicle is eligible for transfer to the purchased vehicle and the number plates are appropriate.  Form MV-TCR is valid for a period of 45 days from date of issuance, or until the last day on which the registration may be used, whichever occurs first.  A wholesale dealer may not issue or obtain from the Department a temporary certificate of registration.

   (b)  A retail dealer must enter on the temporary certificate the registration number of the plate to be transferred, a description of the newly acquired vehicle, and the certificate must be appropriately completed by the dealer and purchaser.  The original certificate shall be affixed to the windshield in the position designated for the windshield sticker if the motor vehicle has a windshield; if not, the certificate shall be delivered to the registrant who must carry it while operating the vehicle.  Such temporary certificate must be issued at the time of the delivery of the vehicle.

   (c)  Under no circumstances may dealers issue temporary certificates:

     (1)  when lending a dealer plate to a customer;

     (2) where the customer has plates of another state;

     (3) when a vehicle is required to be inspected before it can be operated on the public highway and the vehicle does not bear a valid inspection sticker;

(4)  if a bona fide sale has not been made; or

(5)  where the certificate of sale has been checked "salvage".

(d)  A dealer may not issue more than one temporary certificate of registration (form MV-TCR) to the same person for the same vehicle.  If it becomes necessary to issue a duplicate MV-50, a new MV-TCR may be issued with the same expiration date as the original.

(e)  No dealer shall transfer a temporary certificate of registration (form MV-TCR) to another dealer or in blank to any person, except that unused certificates still attached to their MV-50 forms must be returned to the Department of Motor Vehicles.

**78.21 Dealer plates.**

(a)  Dealer plates may be used for all purposes for which transporter plates may be used and, in addition, they may be used for the operation of any vehicle owned or controlled by the dealer and held for sale or demonstration, except:

(1)  a vehicle maintained primarily for towing or for transporting property;

(2)  a vehicle rented to another; or

(3)  a vehicle used to transport passengers for hire.

(b)  It is unlawful, among other things, to use dealer plates on vehicles owned by members of the dealer's family or employees, and on service cars.

(c)  Loan of a dealer plate to a purchaser.

(1)  A dealer's plate may be loaned to a purchaser for a period of five days. The dealer will enter the number of the dealer's plate loaned in the block provided on the MV-50 (certificate of sale).

(2)  Loan of a dealer or transporter plate to a purchaser or lessee of a vehicle which is to be registered in a state other than New York State.  A dealer or transporter plate may be loaned to a purchaser or lessee for a period of five days for use on a vehicle which is to be registered in a jurisdiction other than New York State.  The loan of the dealer and transporter plate will be recorded on the MV-50 in the block provided.  The registration requirements do not apply to these loans.

(3)  No dealer or transporter shall lend dealer or transporter plates to the purchaser or lessee of a motor vehicle, pursuant to the provisions of section 416 of the Vehicle and Traffic Law and these regulations, where the vehicle is to be registered in this State, unless the purchaser or lessee first exhibits to the dealer or transporter an insurance I.D. card as prescribed by the regulations of the commissioner or is exempt from insurance identification card requirements.

(d)  Loan of a dealer plate and vehicle.

(1)  A registered dealer may loan his dealer plate with a vehicle owned or controlled by him for a period of not more than five days.  A renewal of the loan covering the same vehicle and a dealer plate to the same person or firm is prohibited.

(2)  REPEALED 9/1/91.

(3)  The use of a vehicle and plate by a prospective purchaser for demonstration purposes for a period not to exceed 24 hours shall not be regarded as a loan of a dealer's vehicle and plate for the purpose of the regulation.

(e)  Motorcycle dealer plates are issued to a person, firm, association or corporation engaged in the business of buying and selling motorcycles.  These plates are also issued to motorcycle transporters.

(f)  Dealer plates on commercial vehicles.  A dealer may lend his dealer plates and truck, trailer or tractor to a purchaser or prospective purchaser in accordance with subdivisions (c) and (d) of this section.  The purchaser or prospective purchaser may transport cargo and may engage in point-to-point operation for profit using the dealer plates.

(g)  No dealer shall transfer, lend or permit the use of its dealer plates by another dealer or any other person except as specifically permitted by this section.

(h)  No dealer shall use or permit the use of its dealer plates if the dealer registration is revoked, suspended or expired.

(i)  As of January 1, 1994, all dealer and transporter plates shall expire on the same day as the dealer or transporter registration to which they are issued.  If necessary, the Commissioner shall prorate any fees for dealer or transporter plates issued for less than two years

(j) If a dealer has not sold at least five vehicles during the previous 12 months of operation, then the Commissioner may, upon written demand require such dealer to return one or more such dealer and/or transporter plates to the Commissioner or his authorized representative within 10 days of such demand.  It shall be a violation of this subdivision for a dealer to fail to surrender such dealer or transporter plates to the Commissioner or his authorized representative within the 10 day period.

(k)  A set of dealer or transporter plates shall consist of one plate, starting July 1, 1993.  Between that date and July 31, 1993, a dealer or transporter must mail to the Department one plate from each two plate set in the dealer's or transporter's possession.  The Department will not renew any dealer or transporter plate registration with two plates outstanding on and after August 1, 1993.

**78.22 Repossession of vehicles.**

Where a vehicle is repossessed, a dealer or finance company repossessing the vehicle must, within 24 hours after repossession:

(a) give notice either personally or by registered mail to the owner of the vehicle;

(b) notify the law enforcement agency in the locality where the repossession occurs; and

(c) deliver the number plates of vehicle to the nearest district office of the department.

**78.23 Dealer-issued temporary registration -- Vehicle and Traffic Law Section 420-a.**

(a)  Eligibility of dealers.  Any dealer who has been a registered retail dealer in New York State or any other state for at least one year may make application to the Commissioner, on a form provided by the Commissioner for authorization to issue temporary registrations pursuant to Section 420-a of the Vehicle and Traffic Law.   The Commissioner may waive the one year waiting period for a dealer adding another dealership if the person or persons operating the business have a history of satisfactory participation in the dealer issued plate program within the last five years or for a newly licensed dealer who sells new vehicles.

(b)  Distribution of registration number plates to authorized dealers.

(1)  Upon approval of an application submitted pursuant to subdivision (a) of this section, a dealer may request a supply of registration number plates on a form provided by the Commissioner.  Such requests must be addressed to the Commissioner at the location designated on the request form, and each such request must be accompanied by a fee of $2.00[1] for each set of registration number plates requested.

(2)  The Commissioner will prescribe the minimum and maximum number of registration number plates which can be requested by a dealer at any one time and the time at which a dealer may submit a request for additional supplies of registration number plates.  The number of registration number plates which will be issued to a dealer will be based upon the number of such plates which can reasonably be anticipated to be issued by the dealer during a specified period of time.  Number plates will only be issued to a dealer by boxes of plates.

(3)  Registration number plates will be delivered by the department to the place of business of the dealer.  Upon delivery, the dealer must immediately forward to the Commissioner a receipt for the plates delivered.

(4)  Boxes of registration number plates should not be opened until the box is to be used.  At that time the dealer must examine all registration number plates in the box being opened.  The dealer must immediately notify the Commissioner of any missing or mutilated plates or sets of plates in that box.  Notification should be on the letterhead of the dealer and should be sent to the Commissioner at the location given on the request form for such plates.  Mutilated plates and the remaining plate of an incomplete set must be returned to the Commissioner with the letter.

(c)  Temporary certificates of registration.

(1)  A retail dealer shall issue a form MV-TCR as the temporary certificate of registration issued pursuant to Section 420-a of the Vehicle and Traffic Law and this section.

(2)  The MV-TCR shall be completed in the same manner as it would be for issuance pursuant to Section 420 of the Vehicle and Traffic Law and Section 78.20 of this Part.

(d)  Issuance of temporary registrations by dealers.

(1)  A dealer may only issue a temporary registration pursuant to this section:

---

[1] The current cost is $5.00 for each set of plates.

(i) to a retail customer to whom a properly inspected new or certified used vehicle has been sold or transferred by such dealer; and

(ii) for a vehicle which is eligible for registration with a standard series plate (passenger vehicle), a motorcycle plate, a commercial series plate or a trailer plate (tractor plates and special purpose commercial plates are not included); and

(iii) when a certificate of sale (form MV-50) with a matching serial number has been completed.

(2)  Before issuing such a registration, the dealer must have physical possession of all documents which are necessary in order to have a registration and certificate of title issued by the department for the vehicle.

(3)  The dealer shall exhaust the supply of plates in a series previously issued to him before issuing plates from a supply of plates in that series delivered later. He shall also issue plates within a series within any one delivery made to him in alphanumeric order.

(4)  The dealer shall place the appropriate registration number plates on the vehicle in accordance with Section 402 or Section 411 of the Vehicle and Traffic Law.  He shall place the temporary certificate of registration on the inside of the windshield in the lower left-hand corner with the front of the certificate facing out if the motor vehicle has a windshield; and if it does not have a windshield, he shall deliver it to the registrant so that it may be produced to a police officer upon request.

(e)  Submission of registration and title application.  .

(1)  Within 5 calendar days of the date of issuance of the temporary registration, the issuing dealer must submit the completed application for registration and title (including the number of the registration plate issued by the dealer), together with all necessary documents and fees to an issuing office of the department or to a county clerk acting as agent of the Commissioner.  If submitted to a department issuing office, the completed application must be sent by mail.

(2)  The application (form MV-82) and the certificate of sale (form MV-50) shall be completed in the normal manner except that on the MV-50 the dealer shall put the notation "D.T." and the number of the registration plate he has issued in the space titled "plate number of purchaser" and on the application for registration (form MV-82) the dealer shall enter all information called for in section entitled "Only To Be Completed by a Licensed New York State Dealer or DMV Staff" and sign the certification.

(3)  If there are any errors in the application for registration, documents or fees submitted, the submitting dealer will be notified and the dealer shall submit corrected material without unnecessary delay.

(f)  Issuance of registration.  Upon receipt of proper application documentation and fee, the department issuing office will mail, or the county clerk will mail or deliver the registration certificate to the registrant.

(g)  Records.

(1)  A dealer who issues a temporary registration pursuant to this section must keep, at the dealer's place of business, a record of all such registrations issued by him, both by plate number and by name of registrant.  Such record must contain all of the information with respect to the registrant and the vehicle which is contained on the application for registration, as well as the date the temporary registration was issued.  Such records must be recorded on a daily basis and such information must be available to police enforcement agencies at all times, and to agents of the Commissioner during normal business hours.

(2)  The dealer shall also keep a record of the date the application for registration was submitted to the Commissioner.  Such record must be entered by the close of the succeeding business day and must be available to police enforcement agencies and to agents of the Commissioner during reasonable business hours.

(3)  If any registration number plates are stolen or lost by the dealer, the dealer shall notify the local police agency and the Commissioner of such theft or loss.  Notification to the Commissioner shall be on the letterhead of the dealer and shall be sent to the location on the request form for such plates.

(h)  Miscellaneous.

(1)  A dealer may not make any charge for the issuance of a temporary registration pursuant to this section in addition to the charge permitted by subdivision (c) of Section 78.19 of this Part.

(2)  A dealer may not issue a temporary registration pursuant to this section for any vehicle which is eligible for issuance of a temporary certificate of registration pursuant to Section 420 of the Vehicle and Traffic Law and Section 78.20 of this Part.

(3)  Registration number plates issued to a dealer must be kept in a secure location with limited access, which when not being used, must be locked up.

(4)  Any violation of Section 420-a of the Vehicle and Traffic Law and of this section may result in a denial of approval to issue temporary registrations pursuant to such section and may also result in action being taken against the dealer registration.

(5)  No dealer shall transfer, lend or permit the use of registration number plates issued under this section to another dealer or any other person except as specifically permitted by this section.


**Records and Advertising**

**78.25 Record requirements.**

(a)  Record of vehicles bought and sold.

(1)  Dealers are required to maintain a permanently bound book of registry in which shall be recorded a complete description of all vehicles acquired for purpose of sale, traded or sold, and shall also have recorded a record of the name and address of the person from whom the vehicle was purchased, the last registration plate number displayed on the vehicle and, the odometer reading when the vehicle was purchased.  This book shall also contain the name and address of the purchaser of the vehicle, the date of sale, the number of the MV-50 (certificate of sale)

issued, the number of the MV-53 or MV-TCR (temporary certificate of registration) issued, and a record of the loan of a dealer's plate to include the date upon which the plate was returned. Where the vehicle is required to be inspected prior to sale, there will be entered in the book of registry the sticker number and date of inspection and the odometer reading when the vehicle is sold.  If the vehicle is a vehicle which requires a certificate of title, the number of liens listed on the application must also be listed in such book.  If a temporary certificate of registration is issued, the name of the purchaser's insurance company, policy number and date shall be entered in the book of registry.

(2)  When a purchaser trades in a vehicle not subject to the certificate of title law to a dealer, the registration renewal stub must be completely filled out, showing the transfer of the vehicle to the dealer and must be signed at the time of trade-in.  If the vehicle is a titled vehicle, the certificate of title assigned to the dealer at the time of trade-in must be obtained by the dealer.

(b)  Record of ownership of vehicles.  The dealer must maintain proof of ownership of all vehicles transferred to him so long as they remain the property of the dealer.  A dealer may make copies of all proofs of ownership for his own records if he so desires, but the entries required to be made in the book of registry will constitute the official records of the dealer and must be kept for a period of three years from the date of sale of the vehicle.

(c)  Retaining books of forms MV-50 and MV-53.  The use of certificate of sale books (MV-50) and temporary certificate of registration books (MV-53) will be continued from year to year. Unused books should be retained when registration is renewed.  However, on and after April 1, 1993, form MV-53 may not be used and form MV-TCR must be issued.  A dealer must destroy any remaining, unused MV-53 forms on that date.  Dealer copies of issued MV-50 forms must be retained for at least five years from the date of issuance, after which they may be destroyed.

(d)  Inspection of records.  Records required by the commissioner shall be open for inspection during reasonable business hours.

(e)  Computerized book of registry.  A dealer may use a computer and approved software to keep a record of vehicles bought and sold, instead of the permanently bound book required by subdivision (a) of this section, if all of the following conditions are met:

(1)  The software is approved in accordance with subdivision (f) of this section.

(2)  All information required by subdivision (a) of this section for a book of registry is recorded.

(3)  Not later than the fifth day each month, or more often, the recorded information for each vehicle acquired or transferred during the previous month must be printed out and stored in chronological order for at least three years.

(4)  The print-outs, including one for the period from the last print-out to the current day, must be made available to an agent of the Commissioner upon request.

(5)  The dealership notifies the Commissioner which software it has bought at least seven days before using the software.  A notice should be sent to the Department of Motor Vehicles, Division of Vehicle Safety Services, Empire State Plaza, Albany, NY  12228.

(f)  Approval requirements for computerized books of registry.

(1)  A manufacturer of software may apply for its software for a computerized book of registry to be approved for use by dealerships by submitting a sample of the software with accompanying written explanation to the Department of Motor Vehicles, Division of Vehicle Safety Services, Empire State Plaza, Albany, N.Y. 12228.  The Commissioner may request a demonstration of the program.  The software will be approved if it meets all the following conditions:

(i) all information required by subdivision (a) of this section may be recorded;

(ii) once a record is entered into a file, it cannot be modified in any way unless both the original and the revision(s) are printable and are cross-referenced to each other;

(iii) security features to insure that the program (software) and its components cannot be duplicated are present;

(iv)  the program allows for creation of a back-up copy of the record;

(v) the system will automatically reject entry of an odometer reading entered in sales record that is lower than that entered in the purchase record;

(vi) the system must assign sequentially ascending stock numbers on each "add" entry for at least three years; and

(vii) the manufacturer agrees to notify the Commissioner by letter at the above address of each sale, lease or installation of the approved software.

(2)  An approval may be suspended or revoked if it is later found out that the software does not meet the requirements for approval or if the manufacturer does not notify the Commissioner of each sale of the approved software.

**78.26 Advertising and signs.**

(a)  A dealer must include either the dealer's name or facility identification number on advertising of any kind concerning the sale, purchase or transfer of motor vehicles, motorcycles or trailers.  When a dealer has an assumed name on file with the Commissioner, pursuant to Section 78.7 of this Part, the advertising may be in the assumed name.

(b)  Dealers are required to display signs and/or window lettering which are of a permanent nature on the front of the premises occupied by their places of business.  Such signs and/or window lettering must contain the actual name under which the business is conducted.  The words and/or letters of the signs and/or window lettering must be of a size sufficiently large so that the public may quickly and easily discern said signs and/or window lettering and readily establish the identity of the dealer.  The sign and/or lettering must be displayed in a conspicuous place on the front of the premises.  When a dealer does business under two or more names, a sign or window lettering in each name is required.

(c)  The maintenance or erection of signs which would tend to indicate that the premises occupied by a dealer's place of business are being used or occupied by a dealer franchised to sell

new motor vehicles, when in fact the dealer is not so franchised, will be considered misleading advertising and the dealer must remove such signs when requested to do so by the commissioner.

(d)  Official dealer sign.

(1)  Every retail dealer shall display either an official dealer sign or a sign of a permanent nature, at least three feet by two feet in size, visible at all times from the nearest street or highway, which sign clearly and unequivocally indicates to the general public that the business is one which sells motor vehicles. If it is impracticable for a retail dealer to display such sign so that it is visible from the nearest street or highway, then the commissioner may grant approval for such sign to be posted in an alternate location, if the alternate location provides notice to the general public in a manner that meets or exceeds the notice provided if such sign were visible from the nearest street or highway.

(2)  An official dealer sign must be three feet wide and two feet high.  It must be made of a durable material which will withstand the outdoor elements.  It may be either single or double faced.  It must be displayed so as to be visible to the public.

(3)  The background of the sign shall be bright red and the lettering on the sign shall be white.

(4)  The word "REGISTERED" shall appear near the top in an arc which shall have a radius of two feet nine inches.  Each letter shall be four inches high with a stroke of three-fourths of an inch.

(5)  The facility number shall be placed in a straight line on the official dealer sign in the area directly below "REGISTERED."  Such numbers shall be two inch block numbers with a stroke of approximately one-half inch.

(6)  Under the facility number shall appear "STATE OF NEW YORK" in letters two inches high with a stroke of one-half inch, in a straight line.

(7)  Below "STATE OF NEW YORK" shall appear "MOTOR VEHICLE RETAIL DEALER" on two straight lines, in letters four inches high with a stroke of three-fourths of one inch.

**78.27 Dealers failing to renew or retiring from business.**

(a) Dealers who fail to renew their dealer registrations for the ensuing two year period by midnight of the expiration date on their current business certificates are required to surrender their unused books of certificates of sale, temporary certificates of registration and registration number plates issued to them pursuant to Section 420-a of the Vehicle and Traffic Law at once.

(b)  Dealers who retire from business must send dealer plates, registration number plates issued pursuant to Section 420-a of the Vehicle and Traffic Law and certificates of registration, certificates of sale and temporary certificates of registration to the Department of Motor Vehicles for safekeeping.  If retirement from business is temporary, plates and certificates of sale will be returned to the dealer when the department has been notified that business has been resumed.

**Transporters**

**78.30 Transporters.**

(a)  Transporter plates are issued to a registered dealer and to any person, firm, association or corporation engaged in a business requiring the limited operation of motor vehicles in order to facilitate the delivery, repair or improvement thereof or the installation of something thereon.  In addition to the uses stated above, transporters plates may be used on vehicles owned by a manufacturer for demonstration purposes.  Included in this classification are credit and finance companies, brokers, manufacturers, weighmasters, testers, automobile repair shops, automobile painters, automobile body builders, automobile radio installers and installers of other equipment in or on motor vehicles.  Transporters of vehicles from automobile factories or assembling plants are also included in this classification. Transporters must submit proof that they have need for such plates.  A retail dealer is not required to have transporter plates if the vehicle is used for any of the above purposes.

(b)  Proof of insurance.  Before transporter plates will be issued, the applicant for such plates must present to the commissioner an insurance I.D. card prescribed by the regulations of the commissioner covering any motor vehicle owned or controlled by the transporter and operated under a transporter plate issued to such transporter.

(c)  Use of transporter plates.  Transporter number plates issued under this section shall be used only for the limited operation of vehicles owned or controlled by the registrant for the purpose of weighing, testing, dismantling, transporting or delivering the same, or for the purpose of moving such vehicles in connection with making installations thereon or improvements thereto, or the repossession or foreclosure thereof.  Transporter plates may be loaned for a period of five days to move a vehicle which has been sold or leased.

**Penalties**

**78.32 Penalties.**

(a) Violation of any of the provisions of Section 415 of the Vehicle and Traffic Law or of any of the regulations herein or the submission of false or misleading information to the Commissioner pursuant to section 20.17 of this Title may result in a hearing which may lead to the suspension or revocation of the dealer's registration and any or all of the number plates.

(b)  In addition to, or in lieu of, such suspension or revocation, the violation of any of the provisions of section 415 of the Vehicle and Traffic Law or of any of the regulations herein may result in the imposition of a civil penalty not to exceed $1,000 for a first violation and for a second or subsequent violation not arising out of the same incident both of which were committed within a period of 30 months, a civil penalty of not more than $1,500 for each violation found to have been committed; provided, however, the penalty for each and any violation of paragraph (c) of subdivision 9 of section 415 of the Vehicle and Traffic Law found to have been committed shall be no less than $350 and no more than $1,500.

(c)  No registration as a dealer shall be issued for a period of one year from the date of compliance with an order of revocation as a dealer if the applicant was the former holder of a certificate of registration as a dealer, or a partner of the applicant was the former holder of a certificate of registration as a dealer, or any officer, director, or ten percent stockholder of the

33

applicant was an owner, partner, officer, director or ten percent stockholder of a dealer whose certificate of registration was revoked.  After the one year period, issuance of a certificate of registration is in the discretion of the Commissioner.

**Vehicles on Consignment**

**78.40 Vehicles on consignment.**

   (a)  A vehicle is on consignment when a dealer agrees to buy or accept transfer of ownership of that vehicle from its owner only if he first succeeds in finding a purchaser for that vehicle.

   (b)  Upon accepting a vehicle on consignment, a dealer shall promptly enter the acquisition in the book of registry required by Section 78.25 of this Part.  A dealer shall not accept a vehicle on consignment unless the owner provides a letter of consignment and proof of ownership.

   (c)  A letter of consignment shall identify the vehicle by year, make, model and vehicle identification number, shall indicate the price the vehicle owner will accept for the vehicle and shall state that the dealer has authority to sell the vehicle.

   (d)  A consignment ends when the vehicle is sold or the owner removes the vehicle from the dealer's control.

   (e)  An owner shall promptly sign his title or transferrable registration to the dealer when the dealer tenders the contract price to the owner.  A dealer may request a hearing if an owner refuses to sign over a title or transferrable registration.

   (f)  A vehicle sold on consignment is a vehicle sold by a dealer.  Vehicle and Traffic Law Section 417 applies to motor vehicles sold on consignment.  This Part applies to all vehicles sold on consignment.

   (g)  Upon the sale of the vehicle on consignment, or upon its return to its owner, the appropriate entries shall be made by the dealer in the book of registry.

**Junk Vehicles**

**78.45 Retail dealers selling motor vehicles as junk.**

   (a)  If a dealer is selling a junk motor vehicle to another dealer, a registered vehicle dismantler or a certified scrap processor, he shall give such purchaser an MV-50 marked "wholesale" along with the proof of ownership.

   (b)  When selling a vehicle as junk to a member of the general public, a dealer shall present a form he had printed, called a Customer's Declaration, to the customer.  The form shall identify the vehicle by year, make, model and vehicle identification number.  This form must be signed by the customer before the contract of sale is signed.  The form shall have an original and one copy.  The form shall contain the following four statements:

   (1)  I declare I do not intend to operate this vehicle on the public highways (including public streets, avenues, roads, etc.) at this time.

(2)  I declare that I know I am buying a junk vehicle which is presently unsuitable for operation on the public highways.  I know this vehicle must pass inspection before it may be registered.

(3)  I declare I know that before this vehicle may be operated on the public highways, it probably needs extensive repairs, the cost of which may exceed the purchase price.  The only guarantees about the condition of this vehicle that I have are those I have in writing.

(4)  I declare that I have examined the vehicle and that it is described accurately; furthermore, the public vehicle identification number is _____ and is on the vehicle.

The customer shall sign the form four times, once after each statement.  The dealer shall keep the original of all Customer's Declarations stored in a safe place for a minimum of three years, after which he may dispose of them. Failure to obtain a Customer's Declaration signed after each statement will result in the treating of the sale as the sale of a used vehicle.

(c)  The dealer shall give the retail customer form MV-50, the proof of ownership and a copy of the Customer's Declaration.  For a non-titled vehicle, the proof of ownership is a transferable registration.  For a titled vehicle declared junk, the proof of ownership is form MV-907A (entitled Salvage Certificate).  The dealer shall not issue an MV-TCR.  This form must be marked "VOID" and left attached to the MV-50.  The dealer shall not apply for a title or registration on the customer's behalf.

(d)  A dealer selling a vehicle as junk warrants that he is legally entitled to sell that vehicle and that there are no undisclosed liens on it.

**78.46 Paper accompanying junk vehicles.**

(a)  If a dealer's proof of ownership of a vehicle is a form MV-907, the dealer may submit the form MV-907 and proof of inspection and receive a certificate of title.  Upon retail sale, the vehicle must be sold as used. If a dealer's proof of ownership of a vehicle is a form MV-907A, the dealer may submit the form MV-907A, form MV-82, application for title, and form MV-899, application for salvage vehicle examination.  The appropriate fee must accompany the request.  If the vehicle passes the physical examination, a certificate of title will be issued.  Upon retail sale, the vehicle must be sold as used.

(b)  If a dealer purchases a vehicle whose proof of ownership is an out-of-state salvage title or junk vehicle certificate or the equivalent, the dealer shall promptly submit a copy of front and reverse of such proof of ownership with a request for an MV-907A.  The dealer must appear as the transferee of the vehicle.  Every vehicle obtained from an out-of-state insurance company shall be treated as a salvage vehicle and the title for that vehicle shall be treated as a salvage title.

(c)  It is expected that dealers will have need for MV-907A forms infrequently.  These forms will not be supplied in advance to the dealer.  A dealer needing an MV-907A may obtain one by submitting his proof of ownership to the Title Bureau, Department of Motor Vehicles, Empire State Plaza, Albany, New York 12228.  A form MV-907A will be mailed back.

**78.50 Vehicles repurchased pursuant to the lemon law.**

(a) Upon the repurchase of a vehicle by its manufacturer or a dealer, pursuant to Section 198-a (new car lemon law) or Section 198-b (used car lemon law) of the General Business Law, or

arbitration or alternative dispute procedure, the manufacturer or dealer shall mail a notice of such repurchase and the title to the vehicle to the New York State Department of Motor Vehicles, Title Bureau, Empire State Plaza, Albany, New York 12228 within five business days after the repurchase.

(b)  The manufacturer or dealer must receive the title or transferable registration from the owner as part of the repurchase of the vehicle.

(c)  Any repurchase of a vehicle after an owner has filed, had accepted and paid all fees required for arbitration shall be deemed a repurchase pursuant to General Business Law Section 198-a or 198-b.

# APPENDIX A

# SAMPLE FORMS COMMONLY USED OR SEEN BY DEALERS AND TRANSPORTERS

PAGE

FS-20        New York State Insurance Identification Card . . . . . . . . . . . . . . . . . A-3
             **Note:** Forms FS-21, 75, 79, 80, 83, 84,
             FH-1, 1B, and 3 are also acceptable proof of insurance coverage.

MV-17D       Vehicle/Boat Registration Rejection Notice . . . . . . . . . . . . . . . . . . . A-4 & A-5

MV-50        Retail Certificate of Sale . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-6
             MV-50 Completion Instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . A-7

MV-50        Temporary Certificate of Registration . . . . . . . . . . . . . . . . . . . . . . A-8 & A-9

MV-61P       Official Business Certificate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-10

MV-82        Vehicle Registration/Title Application . . . . . . . . . . . . . . . . . . . . . . A-11 & A-12

MV-83SAL     Salvage Examination/Title Application . . . . . . . . . . . . . . . . . . . . . . A-13 & A-14

MV-103       Odometer and Damage Disclosure Statement . . . . . . . . . . . . . . . . . A-15

MV-463       Application for Dealer Plate Issuance Program . . . . . . . . . . . . . . . . A-16
             Instructions - How to Fill out the Application . . . . . . . . . . . . . . . . . A-17

MV-464L      Order Form for Registration Plates/In-Transit Permits . . . . . . . . . . A-18

MV-465       Registration/In-Transit Permit Transmittal Form . . . . . . . . . . . . . . A-19

MV-639TR     Registration Sticker/Registration Receipt . . . . . . . . . . . . . . . . . . . . A-20

MV-900       Notice of Lien . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-21

MV-901       Notice of Recorded Lien . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-22

MV-902       Application for Duplicate Title . . . . . . . . . . . . . . . . . . . . . . . . . . . A-23 & A-24

MV-907A      Salvage Certificate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-25 & A-26

**Note:** The Form MV-907 (Proof of Ownership for Junked Vehicles) is technically obsolete, but may still be accepted as proof of ownership for a 1973 or newer vehicle if dated prior to 9/1/81.

## DEALERS AND TRANSPORTERS
## (CONTINUED)

PAGE

MV-999     Certificate of Title . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-27 & A-28

VS-1DRI    Original Facility Application. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-29– A-35

VS-2      Facility Renewal Application . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-36

Manufacturers Certificate of Origin . . . . . . . . . . . . . . . . . . . . . . . . . . A-37 & A-38
**Note:** An MSO (Manufacturers Statement of Origin) is **not** acceptable for 1983 or newer titled vehicles. However, it is acceptable for 1982 or older titled vehicles and non-titled vehicles such as limited use motorcycles and light trailers.

Authorization for Dealer to Receive Certificate of Title
on Behalf of Owner. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-39

Lemon Law Notification. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-40

---

**Note:** The last two samples are included to provide content and format. Reproduction should be on dealer or manufacturer letterhead.

---

**For more information on how to open a motor vehicle dealership and to obtain the proper forms, please visit:**

**http://dmv.ny.gov/org/dealers/open-dealership**

---

SAMPLE

**FS-20**

---

### NEW YORK STATE INSURANCE IDENTIFICATION CARD

**888   NYS DMV TEST MUTUAL**

Name & Address of Issuer   **DMV All Lines Agency**
**6 Empire State Plaza**
**Albany NY 12228**

An authorized NEW YORK insurer has issued an Owner's Policy of
Liability Insurance complying with Article 6 (Motor Vehicle Financial
Security Act) of the NEW YORK Vehicle and Traffic Law to:

MOTORIST, MICHAEL, M
123 SWAN STREET
ALBANY          NY  12228

**Policy Number**
NYPOLICY12345

| Effective Date | Expiration Date |
|---|---|
| 12/11/2000 | 12/11/2001 |
| 12:01 a.m. | 12:01 a.m. |

(Not acceptable to obtain registration
after 45 days from effective date.)
Applicable with respect to the following
Motor Vehicle:

| 2001 | FERRA |
|---|---|
| Year | Make |

NYDMVVIN123456789
Vehicle Identification Number

THIS ID CARD MUST BE CARRIED
IN THE INSURED VEHICLE FOR
PRODUCTION UPON DEMAND

WARNING: Any person who issues
or produces an ID card knowing that
an Owner's Policy of insurance is not in
effect may be committing a misdemeanor.
In addition, a person who presents
an ID card if insurance is not in
effect may be committing a
misdemeanor.

The name of the registrant and the
name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION:
DMV WILL ONLY PROCESS A VEHICLE
CHANGE (RE-REGISTRATION) USING
THE REPLACED VEHICLE'S CURRENT
REGISTRATION.

FS-20

---

### NEW YORK STATE INSURANCE IDENTIFICATION CARD

**888   NYS DMV TEST MUTUAL**

Name & Address of Issuer   **DMV All Lines Agency**
**6 Empire State Plaza**
**Albany NY 12228**

An authorized NEW YORK insurer has issued an Owner's Policy of
Liability Insurance complying with Article 6 (Motor Vehicle Financial
Security Act) of the NEW YORK Vehicle and Traffic Law to:

MOTORIST, MICHAEL, M
123 SWAN STREET
ALBANY          NY  12228

**Policy Number**
NYPOLICY12345

| Effective Date | Expiration Date |
|---|---|
| 12/11/2000 | 12/11/2001 |
| 12:01 a.m. | 12:01 a.m. |

(Not acceptable to obtain registration
after 45 days from effective date.)
Applicable with respect to the following
Motor Vehicle:

| 2001 | FERRA |
|---|---|
| Year | Make |

NYDMVVIN123456789
Vehicle Identification Number

THIS ID CARD MUST BE CARRIED
IN THE INSURED VEHICLE FOR
PRODUCTION UPON DEMAND

WARNING: Any person who issues
or produces an ID card knowing that
an Owner's Policy of insurance is not in
effect may be committing a misdemeanor.
In addition, a person who presents
an ID card if insurance is not in
effect may be committing a
misdemeanor.

The name of the registrant and the
name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION:
DMV WILL ONLY PROCESS A VEHICLE
CHANGE (RE-REGISTRATION) USING
THE REPLACED VEHICLE'S CURRENT
REGISTRATION.

FS-20

---

FAX: Scanable Bar Code



**FAX INSTRUCTIONS:**

1. The entire page must be faxed.

2. If submitted to DMV, either the entire page or the second
   ID card and large scanable bar code will be retained.

3. A faxed ID card must be replaced with a scanable
   ID card within 14 days of the effective date.

4. DMV will not accept a faxed ID card without a
   scanable barcode

A-3

**MV-17D (FRONT)**

 SAMPLE

| | Date: _____ |
|---|---|
| **Department of Motor Vehicles** | Facility Number: _____ |

**VEHICLE REGISTRATION REJECTION NOTICE**
Registration Services Bureau/Central Dealers Unit

Registration Number: _____

Your application was not processed for the reason(s) checked below.
To avoid further delay, please return the additional and/or corrected paperwork with this form and a new Registration Transmittal Form (MV-465).

**MV-82**
- ☐ 011 - Not submitted
- ☐ 012A - Whiteouts or crossouts are not permitted in the lien field
- ☐ 012B 13D - Registrant/Owner discrepancy

**ADD INFORMATION TO MV-82**
- ☐ 013K - Answer questions 1 and 2 on page 2; check all applicable boxes
- ☐ 014A - Dealer signature
- ☐ 014B - Registrant/Owner signature
- ☐ 013C - Maximum gross weight
- ☐ 012E  012F  055 - **Passenger plates on a pickup/van**
  - ☐ Modified - Complete additional information/section 5 and/or section 6 question 3.
  - ☐ Unmodified - Answer question 4 on back of MV-82

**AREA TO BE COMPLETED BY DEALER**
- ☐ 013F - Lienholder's name and address (front and back)
- ☐ 013J - Plate number, date of temporary registration, facility ID number

**PROOF OF IDENTITY/PROOF OF CORPORATION**
- ☐ 043C - Copy of registrant's NYS driver license with correct name
- ☐ 042A - Proof of Corporation   ☐ 043D - DBA
- ☐ Proof of identity not submitted. 6 points are required for:
  - ☐ 043A - Registrant   ☐ 043B - Owner

**RENEWAL/TRANSFER OF PLATES**
- ☐ 063 - Not eligible for transfer to additional registrant (registration in one name only)
- ☐ 064 - Registration submitted does not belong to registrant named on MV-82
- ☐ 055 - Registration is in two names. To drop a name, "Change" section on back of MV-82 must be completed.
- ☐ 054 - Above plate number is not assigned to the following facility number _____
- ☐ 028 - Our records show the registration is suspended/revoked because of a lapse of insurance coverage. For additional information, contact DMV's Insurance Services Unit at (518) 474-0700. The case number is _____
- ☐ 213 - Our records show there is a scofflaw against the above plate number. The scofflaw must be cleared with _____ before the application can be processed. (A copy of the clearance must be returned with the application.) Parking Violation Default suspension -call _____
- ☐ 052A - Our records show the above plate number was surrendered before the date of sale. Please recheck your records.
- ☐ 055 - Our records show the above plate number was replaced by _____. Send us a correct MV-50 and MV-82 showing the new plate number.
- ☐ 218 - Contact DMV's Accounts Management Unit at (518) 474-0707. There is an "Investigation Refund" notation on the record.

**OTHER:**
- ☐ _____
- ☐ _____

**MV-50, CERTIFICATE OF SALE**
- ☐ 032 - Not submitted to show transfer from _____ to _____
- ☐ 031 - Required for trailers

**SEND REPLACEMENT MV-50 BECAUSE:**
- ☐ 033 - Certificate was altered
- ☐ 055 - Plate number on MV-50 does not match number on MV-82
- ☐ 035D - Mileage/Brand indicated on MV-50 does not match information on title or other ownership documents
- ☐ 032B - Owner's name on MV-50 does not match owner listed on MV-82
- ☐ 032C - VIN does not match other documents
- ☐ 041B - Dealer and Purchaser signatures cannot be the same on MV-50

**ADD INFORMATION TO MV-50**
- ☐ 035A - Dealer signature   ☐ 035B - Purchaser signature
- ☐ 034 - Plate number of registrant
- ☐ 034A - Incomplete inspection/no information
- ☐ 034D - Number of liens to be recorded (L0, L1, L2, etc.)
- ☐ 034B - Mileage/Mileage Brand incomplete
- ☐ 034C - Date of Sale/Date of Purchase
- ☐ 032A - Lien Discrepancy:
  - ☐ MV-82 shows one or more liens, but MV-82 does not
  - ☐ MV-50 does not show any liens, but MV-82 does

**NYS INSURANCE CARD**
- ☐ 021A - No card sent
- ☐ 021F - Replacement on original
- ☐ 023 - Scans with incorrect Client ID/Name
- ☐ 024C - Vehicle different than vehicle being registered
- ☐ 027 - Effective date must be the same as, or prior to, the date the temporary registration was issued but not more than 45 days before issued
- ☐ 024C - VIN is incomplete, or does not match other documents
- ☐ 024B - 3-digit insurance code is missing
- ☐ 021B - FH1 insurance card is required
- ☐ 030 - Insurance card must have both individual and DBA names

**LIEN RELEASE**
- ☐ 150 - Required from _____
- ☐ 151 - Vehicle description does not match vehicle described in ownership documents
- ☐ 152 - Need date of release
- ☐ 154 - The signature on the release must be the original signature or a facsimile stamp of an officer of the lending institution (we cannot accept any copies unless the signature is original)

**OTHER INFORMATION**
- ☐ 013E - Need MV-3W.3 - Axles and distance are required
- ☐ 222 - Need Heavy Weight Permit for MGW over 44,800 lbs.
- ☐ 041B - Proof of ownership unacceptable:_____
- ☐ 041D - Proof of ownership missing:_____
- ☐ 221 - Our records show a duplicate title was issued on _____
- ☐ 041E - Vehicle does not comply with emissions regulations/no inspection on file, last 90 days
- ☐ 214 - Vehicle reported junked - call Title Services at (518) 486-4714
- ☐ 071  073 - Odometer/Damage Discloser statement must be completed
- ☐ 055 - Plate Discrepancy - ATV cannot be over 1,000 lbs.
- ☐ 226 - Bus plates required/15 or more passengers

MV-17D (7/15)     Examiner ▶ _____     **PAGE 1 OF 2**

A-4

SAMPLE 

## MV-17D (BACK)

 **Department of Motor Vehicles**

**BOAT REGISTRATION REJECTION NOTICE**
Registration Services Bureau/Central Dealers Unit

Date: _____
Facility Number: _____
Registration Number: _____

We cannot process your application for the reason(s) checked below. Please make the necessary corrections and promptly return the paperwork to us.

| | |
|---|---|
| **Application For a Boat Registration and/or Title (MV-82B):** | **Bill of Sale:** |

**Application For a Boat Registration and/or Title (MV-82B):**

☐ 123 - The name of the registrant does not match the name of the owner on the bill of sale

The form is incomplete. **On the front of the form,** please provide:

☐ a legal address
☐ 124F - the use
☐ 124G - the county of primary use

☐ 124J - the registration number/document number
☐ 124K - the dealer name
☐ 124M - a facility number
☐ 124L - the lienholder information

☐ OTHER: _____
☐ OTHER: _____
☐ OTHER: _____

The form is incomplete. **On the back of the form:**

☐ 125B - registrant must sign the Registrant Certification
☐ 125A - dealer must sign the Dealer Certification
☐ 124I - dealer must complete the Dealer Transfer Information section

☐ 208 **Fund Discrepancy**: _____

☐ $50 - title fee*
☐ $ 5 - lien fee*

*This only applies to boats 1987 and newer that are 14 feet or longer.

**OTHER:**

☐ _____
☐ _____

**Bill of Sale:**

☐ 111 - It was not attached to the application.

The bill of sale was incomplete. Please provide:

☐ 114A -a facility number
☐ 114G - a consecutive bill of sale number
☐ 114I -a reference to whether the boat is "NEW" or "USED"
☐ 114J - the name and address of the dealership
☐ the name and legal address of the buyer (purchaser)
☐ 114B - the hull identification number/hull material
☐ 114K - the year the boat was built/make of the boat
☐ 114L - the length of the boat
☐ 114E - the type of propulsion
☐ 114D - the boat registration number/document number
☐ 114F - the cost of the boat/amount of sales tax paid/no sales tax number
☐ 114M - a statement that "All applicable sales tax has been collected"

**Miscellaneous:**

Please provide:

☐ 136 - certificate of title
☐ 132 - a copy of a Certificate of Documentation (form CG-1270)
☐ 134 - US Coast Guard Bill of Sale (form CG-1340)
☐ 133 - bill of sale from _____ to _____
☐ 041D - a manufacturer's statement of origin or certificate of origin
☐ 135 - transferable registration showing a proper transfer
☐ 133 - "Statement of Ownership" (MV-51B) with a bill of sale, showing transfer to a dealer (for non-titled boats only)
☐ 043A - proof of identity–6 points required
☐ 042A - proof of incorporation not submitted/unacceptable
☐ 137 - a listing of owners or assignees of the boat from the manufacturer to the current dealer (form MV-51B is attached for your use)
☐ 146 - a pencil tracing of a hull identification number
☐ 141 - Boat already on file – Application held in office
☐ 143 - Registration record sold – Application held in office
☐ 144 - No match on registration number in HIN File - Application held in office
☐ 146 HIN Discrepancy – Pencil tracing required

MV-17D (7/15)          Examiner ◆ _____          **PAGE 2 OF 2**

A-5

**MV-50**



SAMPLE

New York State Department of Motor Vehicles
**RETAIL CERTIFICATE OF SALE**

| TYPE OF SALE |
| --- |
| ☐ WHOLESALE **OR** ☐ RETAIL: |
| ☐ New ☐ Used ☐ Demo ☐ Salvage |

**VEHICLE INFORMATION:**      **No.**

| Year | Make | Model | Body Type | Color | Weight (*Unladen*) | Fuel Type: | Cylinders | Adult Seating Capacity |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | |

| Vehicle Identification Number | Lien(s) | Inspection Certificate Number | Date of Inspection | Inspection Station Number |
| --- | --- | --- | --- | --- |
| | | | | |

| Plate/Permit Number | Number of Dealer Plate Loaned | Lease Buyout (Insp. Not Required) ☐ | Selling Price $ | |
| --- | --- | --- | --- | --- |

**DEALER INFORMATION** *(Print Name and Address)*

| **PURCHASER INFORMATION** *(Print Name and Address)* | Date of Sale |
| --- | --- |

| **PRIOR OWNER INFORMATION** *(Print Name and Address Source of Ownership)* | Date of Purchase |
| --- | --- |

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on this certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage may result in fines and/or imprisonment.

The odometer on the vehicle described above has:     ☐ 5 digits     ☐ 6 digits, not including tenths

☐ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING: ODOMETER DISCREPANCY**."

| ODOMETER READING |
| --- |
| |
| **(no tenths)** |

**DEALER CERTIFICATION:**
*I certify:* The vehicle described above was sold to the purchaser on the date indicated. At the time of delivery the purchaser was entitled to register the vehicle. This vehicle complied with equipment requirements of the Commissioner's Regulations. At the time of delivery, such equipment was in condition and repair to render satisfactory and adequate service on the public highway under normal use. Equipment certification does not apply to a vehicle sold as new, wholesale, or salvage. All New York State and local taxes due as a result of this sale have been collected from the purchaser. False statements made herein are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| **DEALER (*or authorized representative*) -** *(SIGN full name)* | PRINT full name of dealer or authorized rep. | Date | Dealer Facility No. |
| --- | --- | --- | --- |
| **PURCHASER -** *(SIGN full name)* | PRINT full name of purchaser | Date | Selling Dealer NYS Sales Tax No. |

MV-50 (03/04)

*ANY CHANGE OR ALTERATION VOIDS THIS CERTIFICATE*

A-6



**MV-50 COMPLETION INSTRUCTIONS**

### _INSTRUCTIONS FOR COMPLETING A RETAIL CERTIFICATE OF SALE (FORM MV-50)_

**Use ball-point pen – Press hard**

1. Dealers registered as "retail" must use only a pink Retail Certificate of Sale (MV-50), even if selling wholesale. Certificates of Sale must be issued in consecutive order.

2. Use a ball-point pen for printing or signing as required to complete each form. All information must be entered clearly and legibly.

3. An MV-50 <u>must</u> be used for the transfer of all new and used vehicles, including lightweight trailers (unladen weight of 999 lbs. or less).

4. In the **"Type of Sale"** box, check the boxes that describe the type of sale you are transacting: whether the sale is wholesale or retail; <u>and</u> whether the vehicle is New, Used, Demo or Salvage.

5. In the **"Fuel Type"** box, enter the letter that corresponds to the fuel type:

   $\boxed{G}$ Gas;   $\boxed{D}$ Diesel;   $\boxed{E}$ Electric;   $\boxed{F}$ Flexible Fuel;   $\boxed{C}$ Compressed Natural Gas;   $\boxed{P}$ Propane;   $\boxed{N}$ None;   $\boxed{O}$ Other.

6. In the **"LIEN"** box, ENTER the number of liens on the vehicle. Enter 0 if there are no liens.

7. Enter the inspection certificate number, date of inspection and inspection station number, the plate/permit number or number of the dealer plate loaned. If no dealer plate was loaned, enter N/A.

8. If the vehicle is a **lease buyout**, check the "Lease Buyout (Inspection Not Required)" box.

9. On a retail sale, fill in the **selling price** of the vehicle _(that is, the price paid after an allowance is made for a trade-in, if any)_. The amount of sales tax is not to be included in the selling price; the box should be filled in with the amount subject to sales tax. **IF THE TRANSACTION IS A LEASE, SIMPLY PRINT THE WORD "LEASE" IN THE SELLING PRICE BOX.**

10. **Odometer Disclosure** information must be completed for all vehicles ten model years old or **newer**. Check the appropriate box to indicate whether the odometer has five or six digits. If the odometer is in kilometers, write "km" to the right of the Odometer Reading box.

11. Print full name of dealer or authorized representative. A rubber stamp on each copy is acceptable for entering the dealer's name and address, but <u>not</u> the dealer signature. Enter the date, the Dealer Facility Number and the New York State tax number of the dealer selling the vehicle.

12. For all vehicles that will be registered and/or titled outside New York State, give the original MV-50, the title and/or other required proofs of ownerships to the purchaser at the time of delivery of the vehicle.

13. For vehicles to be titled and/or registered in New York State, send the original MV-50, the Manufacturer's Certificate of Origin or the current title, or New York transferable registration, the MV-82, any other required papers and payment to:
    a. any State or County Motor Vehicles issuing office if you are not in the Dealer Plate Issuance Program, or
    b. Central Dealers, if you are in the Dealer Plate Issuance Program, or
    c. give the documents to the purchaser if there are **no** liens and he/she wants to title/register the vehicle.

14. For 1973 or newer vehicles that are to be titled but **not** registered in New York State, bring the original MV-50, the Manufacturer's Certificate of Origin or current title, and the MV-82, and the appropriate fees to any State or County Motor Vehicles issuing office, or mail these documents and fees along with a copy of the owner's driver license to the Title Services Bureau, 6 Empire State Plaza - Rm. 322, Albany, New York 12228.

15. The MV-50 certificate number must be entered in your Book of Registry.

16. Federal requirements mandate that you keep the DEALER COPY (Part 2) of each completed MV-50 for at least five years.

17. The DMV COPY (Part 4) must be retained in serial number order. Completed books, with Part 4 intact, must be submitted with your MV-50 reorder request. If for some reason Part 4 has been ripped out of the book, it must be re-inserted in serial order number.

18. If the Temporary Certificate of Registration is **not** issued, the word "VOID" must be printed across its face and it **must** remain attached to Part 4, and returned to DMV when the completed book is submitted.

MV-50 (03/04)



## MV-50 (FRONT) - TEMPORARY

**New York State Department of Motor Vehicles**

| TYPE OF SALE |
|---|
| ☐ WHOLESALE **OR** ☐ RETAIL: |
| ☐ New ☐ Used ☐ Demo ☐ Salvage |

## RETAIL CERTIFICATE OF SALE

**VEHICLE INFORMATION:** **No.**

| Year | Make | Model | Body Type | Color | Weight (Unladen) | Fuel Type: | Cylinders | Adult Seating Capacity |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Vehicle Identification Number | | Lien(s) | Inspection Certificate Number | Date of Inspection | Inspection Station Number |
|---|---|---|---|---|---|
| | | | | | |

| Plate/Permit Number | Number of Dealer Plate Loaned | Lease Buyout (Insp. Not Required) | Selling Price $ | |
|---|---|---|---|---|
| | | | | |

**DEALER INFORMATION** *(Print Name and Address)*

| **PURCHASER INFORMATION** *(Print Name and Address)* | Date of Sale |
|---|---|

| **PRIOR OWNER INFORMATION** *(Print Name and Address Source of Ownership)* | Date of Purchase |
|---|---|

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on this certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage may result in fines and/or imprisonment.

The odometer on the vehicle described above has:   ☐ 5 digits   ☐ 6 digits, not including tenths

☐ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE.  **WARNING:  ODOMETER DISCREPANCY**."

| ODOMETER READING |
|---|
| |
| (no tenths) |

**DEALER CERTIFICATION:**
*I certify:* The vehicle described above was sold to the purchaser on the date indicated. At the time of delivery the purchaser was entitled to register the vehicle. This vehicle complied with equipment requirements of the Commissioner's Regulations. At the time of delivery, such equipment was in condition and repair to render satisfactory and adequate service on the public highway under normal use. Equipment certification does not apply to a vehicle sold as new, wholesale, or salvage. All New York State and local taxes due as a result of this sale have been collected from the purchaser. False statements made herein are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| **DEALER** *(or authorized representative)* - *(SIGN full name)* | PRINT full name of dealer or authorized rep. | Date | Dealer Facility No. |
|---|---|---|---|
| **PURCHASER -** *(SIGN full name)* | PRINT full name of purchaser | Date | Selling Dealer NYS Sales Tax No. |

**PART 4 — DMV COPY RETAIN IN BOOK**

*ANY CHANGE OR ALTERATION VOIDS THIS CERTIFICATE*

MV-50 (03/04)

---

**(FRONT)**

**New York State Department of Motor Vehicles**   **No.**

**TEMPORARY CERTIFICATE OF REGISTRATION**

| Date of Issue | Exp. Date of Temp Cert. of Reg. |
|---|---|
| Reg. Plate No. | Exp. Date of Original Reg. |

| Year | Make | VIN |
|---|---|---|

| Name of Dealership | Facility No. |
|---|---|

MV-50 (03/04) TCR

### Instructions for Issuing a Temporary Certificate of Registration

**Note:** This Temporary Certificate of Registration can only be issued to the vehicle described on the MV-50. If the Certificate is not issued, it must remain attached to, and be returned with, Part 4 of the MV-50.

1. A Temporary Certificate of Registration can be issued only by a registered retail dealer.
   a. if the dealer is selling the vehicle;
   b. if the purchaser's registration is valid;
   c. if the vehicle being purchased is in the same registration class as the original vehicle. For example: if the original registration is for a passenger car, and a truck requiring commercial registration is purchased, a temporary certificate may **not** be issued. The second registration must be for the **same** class as the original registration. If not, the owner must get a Certificate of Registration from any Motor Vehicles office.

**CONTINUE ON OTHER SIDE**

SAMPLE

**MV-50 (BACK) - TEMPORARY**



**(BACK)            (CONTINUED)**

2. Temporary certificates may **not** be issued:
   a. when lending dealer plates to a customer;
   b. where the customer has plates from another state;
   c. when issuing an inter-state in-transit permit to a customer;
   d. if the vehicle does not display a valid Certificate of Inspection.

3. Expiration Date — The Temporary Certificate of Registration expires 45 days from the date of issuance or at the expiration of the original registration certificate, whichever occurs first.

4. The Temporary Certificate of Registration shall be completely filled out, signed by the registrant in ink, and affixed to the windshield of the registrant's car beside the inspection sticker.

5. Advise the registrant to place the license plates on the vehicle purchased.

6. A Temporary Certificate of Registration may not be renewed.

I certify that these number plates were issued to me for a motor vehicle registered in New York State in my name, and that such number plates and registration are eligible for transfer to the described vehicle. I understand that I must file an application for registration and obtain a permanent Certificate of Registration from any Motor Vehicles office before expiration of this temporary registration.

_____

MV-50 (03/04) TCR

**MV-61P**

SAMPLE



New York State Department of Motor Vehicles

# OFFICIAL BUSINESS CERTIFICATE

*THIS CERTIFICATE EXPIRES*

*FACILITY IDENTIFICATION NO.*

Validation Date and Number:

This person is

pursuant to the provisions of the Vehicle and Traffic Law.

This document does <u>not</u> certify that this business complies with zoning and other local laws

**POST IN A CONSPICUOUS PLACE**

MV-61P (11/95)

A-10


SAMPLE

**MV-82 (FRONT)**

**NEW YORK** Department of Motor Vehicles

## VEHICLE REGISTRATION/TITLE APPLICATION

**Office Use Only**

Batch File No. _____

Class ____

| Orig | Activity | Renewal | Lease Buyout |
| Dup | Activity W/RR | Renew W/RR | |
| Sales Tax with Title | Sales Tax Only without Title | | Three of Name |

**INSTRUCTIONS:**

A. Is this vehicle being registered only for personal use? ☐ Yes ☐ No

If **YES** - Complete sections **1-4** of this form.

**Note**: If this vehicle is a **pick-up truck** that is never used for commercial purposes and does not have advertising on any part of the truck, is eligible for passenger plates or commercial plates. **Select one:** ☐ Passenger Plates   ☐ Commercial Plates

If **NO** - Complete sections **1-5** of this form.

B. Complete the Certification in Section 6.

C. Refer to form MV-82.1 Registering/Titling a Vehicle in New York State for information to complete this form.

---

**SECTION 1**

| I WANT TO: | ☐ REGISTER A VEHICLE | ☐ RENEW A REGISTRATION | ☐ GET A TITLE ONLY | Current Plate Number |
| | ☐ CHANGE A REGISTRATION | ☐ REPLACE LOST OR DAMAGED ITEMS | ☐ TRANSFER PLATES | |

**NAME OF PRIMARY REGISTRANT** *(Last, First, Middle or Business Name)* | Name Change Yes ☐ No ☐ | **FORMER NAME** *(If name was changed you must present proof)*

NYS driver license ID number of PRIMARY REGISTRANT | DATE OF BIRTH: Month / Day / Year | SEX M ☐ F ☐ X ☐ | TELEPHONE or MOBILE PHONE NUMBER Area Code ( )

**NAME OF CO-REGISTRANT** *(Last, First, Middle)* | Name Change Yes ☐ No ☐ | **EMAIL**

NYS driver license ID number of CO-REGISTRANT | DATE OF BIRTH: Month / Day / Year | SEX M ☐ F ☐ X ☐ | ADDRESS CHANGE? ☐ YES ☐ NO

**THE ADDRESS WHERE PRIMARY REGISTRANT GETS MAIL** *(include Street Number and Name, Rural Delivery or box number. This address will be on the document.)* | Apt. No. | City or Town | State | Zip Code | County of Residence

**THE ADDRESS WHERE PRIMARY REGISTRANT RESIDES IF DIFFERENT FROM THE MAILING ADDRESS** *(DO NOT GIVE A P.O. BOX.)* | Apt. No. | City or Town | State | Zip Code

---

**SECTION 2**

**VEHICLE IDENTIFICATION NUMBER** | **VEHICLE DESCRIPTION** Year / Make | **Body Type** *(mark one)*

| Color | Unladen Weight | Type of Power (Fuel) ☐ Gas ☐ Diesel ☐ Electric ☐ Flex ☐ CNG ☐ Propane ☐ None | ☐ 2-Door ☐ Convertible ☐ Trailer. ☐ 4-Door ☐ Suburban/SUV ☐ Motorcycle ☐ Pick-up ☐ Limo ☐ Tow ☐ Van ☐ Other ___ |

| Cylinders | For trailers & commercial vehicles Maximum Gross Weight | Adult Seating Capacity (Including Driver) | Odometer Reading in Miles | Office Use Only Mileage Brand ☐ A ☐ E ☐ N | For commercial vehicles Axles / Distance |

Was this vehicle altered to increase the capacity beyond that provided by the manufacturer by method of extended chassis, lengthened wheel base, or a lengthened seating area? ................................................................................. Yes ☐ No ☐

If **YES**, do you have the required Federal Alterer's Safety Certification (normally found on the door jamb) in accordance with VTL §401? ........ Yes ☐ No ☐

If **YES**, is this altered vehicle equipped with safety belts at all occupant seating positions? ............................................... Yes ☐ No ☐

**IMPORTANT:** If your vehicle was altered/stretched to increase the passenger capacity, you must present to the DMV office a photograph or copy of all labels or plates (normally put on the driver's side door). If the vehicle was altered or stretched and now has an adult seating capacity of 9 or more (including the driver), you must show the original NYS DOT inspection Receipt OR a NYS DOT Exemption Letter.

---

**SECTION 3**

**If the OWNER of the vehicle is DIFFERENT from the REGISTRANT, the OWNER must complete this section.**

PRIMARY OWNER NYS License Number | NAME OF PRIMARY OWNER *(Last, First, Middle)* | PRIMARY OWNER DATE OF BIRTH Month / Day / Year | PRIMARY OWNER SEX M ☐ F ☐ X ☐

**THE ADDRESS WHERE PRIMARY OWNER GETS MAIL** *(include the Street Number and Name, Rural Delivery or box number)* | Apt. No. | City or Town | State | Zip Code | County

**NAME OF CO-OWNER** | REGISTRATION AUTHORIZATION ☐ My signature authorizes the person(s) named in Section 1 to register this vehicle in that person's name. I have provided the current ownership document.

**X**
*(Signature of ALL owner(s) and proof of ID required when first applying for a NYS title. See form ID-82 - Proofs of Identity for Registration and Title.)* | *(Date)*

---

**OFFICE USE ONLY**

| New Plate | | New Class | | Ink. Col. Code | | Special Conditions |
| Sales Tax | Status | Value ($) | Rate | Out of State | Jurisdiction | Audit | AT  BV  CF  CO  EO  EX  FL |
| Prior Owner | | Issuance State | Title | Lien | Lien Number | Lien Release | IO  NE  NF  NR  NU  OP  OV PA  PI  PK  RC  RE  SC  SO SP  SR  SS  SV  TE  TL  TO |
| Proof Submitted | | | | | | | TP  TR  TX  XR  XS  WO |
| Reg/Title | | State | | Stop/Response/Scoff Law | | | Approved By ___ Date ___ |

MV-82 (7/22) | **COMPLETE BOTH SIDES** | **PAGE 1 OF 2**

**MV-82 (BACK)**


SAMPLE

| NAME OF PRIMARY REGISTRANT | |
|---|---|

**SECTION 4**

**DAMAGE DISCLOSURE**

Has the vehicle been wrecked, destroyed, or damaged to such an extent that the total estimate, or actual cost, of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and to make the vehicle legal to operate on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss?   ☐ Yes   ☐ No

**If you marked <u>YES</u>**, the vehicle must have an anti-theft examination before it is registered. The title that is issued will have the statement "Rebuilt Salvage" on it.

**VEHICLE MODIFICATIONS**

Has this vehicle been modified from the original manufacturer specifications without extending the chassis or lengthening the wheel base? (Examples include: color changes, added seats, permanently mounted camping equipment, multi-stage vehicles.) If "Yes," describe the modifications:   ☐ Yes   ☐ No

_____

_____

**SECTION 5**

**NON-PERSONAL VEHICLE USE**

\* Vehicles that transport passengers may require NYS DOT Operating Authority (see https://www.dot.ny.gov/divisions/operating/osss/bus/passenger), NYS DOT Inspection (see https://www.dot.ny.gov/divisions/operating/osss/bus/inspection) and/or be subject to Article 19-A requirements (see https://dmv.ny.gov/motor-carriers/information-and-forms-article-19).

Check one:

☐ A commercial tow truck with a gross vehicle weight rating of at least 8,600 pounds

☐ Used only as a farm vehicle (form MV-260F, Part 1 <u>must</u> be submitted)

☐ Used only as an agricultural truck or agricultural trailer

☐ Ambulance

☐ Ambulette\*

☐ Hearse

☐ Combination Hearse/Invalid Coach\*

☐ Used to transport passengers\* (Bus, Livery, School Bus, School Car)

☐ Operates as a taxi\* (you <u>must</u> complete the "Taxis Only" section below)

☐ Rented without a driver (private rental)

☐ Used to pick up passengers for compensation <u>only</u> in jurisdictions that do not regulate taxis\*

☐ Other - describe the use:

_____

**INSURANCE REQUIREMENTS**

☐ For Hire (direct or indirect compensation) - Submit an FH Certificate

☐ Not For Hire  - Submit a current and valid NYS Insurance ID Card

☐ DOT Operation - Submit and record the NYS DOT Permit and/or the Federal DOT Permit number:

_____

**TAXIS ONLY (check one)**

☐ Vehicle is used in New York City, Westchester, or Nassau counties.

☐ Vehicle is used as a contract carrier in NYC (commuter van with seating capacity between 9 and 14). You are eligible for LIVERY plates.

☐ Vehicle is used for pick up in a jurisdiction that regulates taxis <u>other than</u> NYC, Westchester county, or Nassau county.

**SECTION 6**

**CERTIFICATION**

I certify that the information I have given on this application and on any documentation provided in support of this application is true and complete. I certify that the vehicle is fully equipped as required by the Vehicle and Traffic Law, and has passed the required New York State inspection, or has qualified for a time extension (form VS-1077) and will be inspected within 10 days. I also certify that appropriate insurance coverage is in effect, and that the vehicle will be operated in accordance with the Vehicle and Traffic Law. If I am applying for replacement registration items, I certify that the registration is not currently under suspension or revocation. If I have plates in a series reserved for a special group, I certify that I am still eligible to receive them, and that I have only one set of these plates. *If I am using a credit card for payment of any fees in connection with this application, I understand that my signature below also authorizes use of my credit card.*
**WARNING: Intentionally making a false statement or providing false or misleading information in connection with this application is a criminal offense that may subject you to prosecution under the law.**

Print Name Here _____
(Print Name in Full - if registering for a corporation, print your full name and title)

Sign Here **X** _____
(Sign Here)

Print Additional Name Here _____
(Print Name in Full)

Additional Signature **X** _____
(Sign Here - Additional signature required for a partnership or if registering this vehicle in more than one name.)

SAMPLE

**MV-83SAL (Front)**

 **Department of Motor Vehicles**
NEW YORK STATE OF OPPORTUNITY.

**SALVAGE EXAMINATION/TITLE APPLICATION**
For more information about salvage, **visit dmv.ny.gov**

Your current **proof of ownership** determines the total fee you must pay:

A.   New York State title/Out-of-state title/Marshal's sale/Police Bill of Sale/Garageperson Lien: **$205.00**

B.   New York State Salvage Certificate (form MV-907A): **$200.00**

C.   Owner-retained Salvage: **$200.00**

D.   You received a letter from the Department of Motor Vehicles that indicates your vehicle must go through the salvage examination process (DMV Case # _____ ): **Include the fee indicated in the letter.**

Make your check or money order payable to "Commissioner of Motor Vehicles".

**NOTE: These fees cannot be refunded. The Department of Motor Vehicles does not accept third party or starter checks.**

| NAME OF PRIMARY OWNER *(Last, First, Middle)* | NYS driver license number of PRIMARY | SEX | DATE OF BIRTH |
| | | M  F  X | Month  Day  Year |

| NAME OF CO-OWNER *(Last, First, Middle)* | NYS driver license number of CO-OWNER | SEX | DATE OF BIRTH |
| | | M  F  X | Month  Day  Year |

**CONTACT TELEPHONE #** *(Required)*
Area Code
( )

Is this a corporation or partnership?
☐ Yes  ☐ No

**THE ADDRESS WHERE PRIMARY OWNER GETS MAIL** *(Include Street Number and Name, Rural Delivery or box number. This address will be on the document.)*

| | Apt. No. | City or Town | State | Zip Code | County of Residence |

**THE ADDRESS WHERE PRIMARY OWNER RESIDES IF DIFFERENT FROM THE MAILING ADDRESS** *(DO NOT GIVE A P.O. BOX.)*

| | Apt. No. | City or Town | State | Zip Code |

**VEHICLE IDENTIFICATION NUMBER**

**VEHICLE DESCRIPTION**
Year    Make

**Body Type For Cars** *(mark one)*
☐ 2-Door ☐ 4-Door ☐ Convertible ☐ Station Wagon or Suburban ☐ Other____

**Body Type For Other Vehicles** *(mark one)*
☐ Pick-up Truck ☐ Van ☐ Motorcycle ☐ Tow Truck ☐ Trailer ☐ Other____

Color    Unladen Weight

**Type of Power (Fuel)**
☐ Gas ☐ Diesel ☐ Electric ☐ Flex
☐ CNG ☐ Propane ☐ Hybrid ☐ None

Cylinders

*For trailers & commercial vehicles*
Maximum Gross Weight

*For rentals,buses & taxis*
Seating Capacity

*For commercial vehicles*
Axles    Distance

**Odometer Disclosure/Reading in Miles**
I certify that the odometer reading of _____ is ☐ Actual, ☐ Not Actual, or ☐ Exceeds mechanical limits.

| **NY DEALER ONLY** | Lien Filing Code *(Assigned by DMV)* | Lienholder Name and Mailing Address |

**EMAIL AND ALTERNATE ADDRESS** *(If you want the examination notice sent to another address, **or** by email, please complete the following:)*

Name *(Use Corporate Name, if applicable)*

Address *(Number and Street)*    Apt. #

City    State    ZIP Code

✱ E-mail Address *(Please print clearly)*    Home Telephone No.    Business Telephone No.

**✱EMAIL NOTIFICATION: If you have provided your email address, the email notice you receive WILL BE THE ONLY NOTIFICATION SENT TO YOU.✱ Please save and print that notice as you will NOT receive a letter by regular mail.**

**APPOINTMENT SITES:** I request to have the vehicle examined at the following location:

___ Buffalo
___ Rochester
___ Horseheads**
___ Syracuse

___ Binghamton**
___ Highland *(serves Ulster/ Putnam/Dutchess/Orange & Rockland Counties)*

___ Utica
___ Canton**
___ Oxford**

___ Albany
___ Plattsburgh**

___ Bronx *(serves Westchester & Bronx counties)*
___ Queens Village *(serves New York/Queens/ Kings & Richmond counties)*
___ Deer Park *(serves Nassau & Suffolk counties)*

**NOTE: Only occasional service is offered at this location.

Do you need a permit to drive the vehicle to/from the exam location? (NYS residents only) ☐ Yes  ☐ No

If yes, you must include the following:
 • current proof of NYS insurance (a copy of form FS-20 or form FS-21)
 • NYS Safety/Emissions Inspection report showing "passed"

**If you do not provide the correct forms, fees, and a completed and signed application, DMV must return your application and check or money order to you.**

MV-83SAL (7/22)    PAGE 1 OF 2

**MV-83SAL (Back)**



SAMPLE

NAME OF PRIMARY OWNER *(Last, First, Middle)*

**TYPE OF SALVAGE** *(check all boxes that apply to your vehicle):*
- ☐ Recovered Stolen With No Damage
- ☐ Recovered Stolen *(with damage)*
- ☐ Collision Loss
- ☐ Flood Damage
- ☐ Unknown
- ☐ Other **(explain)**

**MAJOR BODY PARTS, POWER TRAIN, AND AIRBAGS REPLACED** *(you must check either Yes or No for each item):*

| YES NO | | YES NO | | YES NO | | YES NO | | YES NO | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ ☐ | Vehicle Identification Number Plate Missing, Altered or Defaced | ☐ ☐ | Right 3/4 Nose | ☐ ☐ | Rear Clip | ☐ ☐ | Frame (Repair or Replacement) | ☐ ☐ | Driver Air Bag |
| | | ☐ ☐ | Nose (Complete) | ☐ ☐ | Cowls | ☐ ☐ | | ☐ ☐ | Passenger Air Bag |
| ☐ ☐ | Left 3/4 Nose | ☐ ☐ | Body | ☐ ☐ | Front Cut Off | ☐ ☐ | Engine | ☐ ☐ | Other Air Bags |
| | | | | | | ☐ ☐ | Transmission | | |

**ITEMIZED BODY REPAIR** *(you must check either Yes or No for each item):*   ☐ Not required for Bikes, trailers, etc.

YES NO
- ☐ ☐ 1. Bumper/Grill
- ☐ ☐ 2. Radiator Support
- ☐ ☐ 3. Hood
- ☐ ☐ 4. Left Front Fender
- ☐ ☐ 5. Left Front Door
- ☐ ☐ 6. Left Center Pillar
- ☐ ☐ 7. Left Rear Door
- ☐ ☐ 8. Left Rear 1/4 Panel
- ☐ ☐ 9. Rear Bumper
- ☐ ☐ 10. Trunk Lid
- ☐ ☐ 11. Right Rear 1/4 Panel
- ☐ ☐ 12. Roof
- ☐ ☐ 13. Right Rear Door
- ☐ ☐ 14. Right Center Pillar
- ☐ ☐ 15. Right Front Door
- ☐ ☐ 16. Right Front Fender
- ☐ ☐ 17. Frame

14. RIGHT CENTER PILLAR   13. RIGHT REAR DOOR   12. ROOF   11. RIGHT REAR 1/4 PANEL   15. RIGHT FRONT DOOR   16. RIGHT FRONT FENDER   10. TRUNK LID   9. REAR BUMPER   8. LEFT REAR 1/4 PANEL   7. LEFT REAR DOOR   6. LEFT CENTER PILLAR   5. LEFT FRONT DOOR   4. LEFT FRONT FENDER   3. HOOD   1. BUMPER/GRILL   2. RADIATOR SUPPORT   17. FRAME

**Receipts for Repairs:** At the time of examination, you MUST present original receipts and/or ownership documents for items replaced (those noted above under Major Body Parts, Power Train, Airbags and the Itemized Body Repair check list). They must show the stock number and vehicle identification number (VIN) for the replacement item.

**CHECKLIST TO AVOID REJECTION OF APPLICATION:** (Please make sure all required forms are properly completed and signed)

☐ Signed MV-83SAL

☐ Check or Money Order with correct fee

☐ Original Proof of Ownership ✱
  **Once approved, original documents cannot be returned.**

☐ Original Bill of Sale and/or Dealer Reassignment *(if applicable)* ✱

☐ Proof of Sales Tax Paid *(form FS-6T or form MV-50)*

  ✱ **Must have both buyer and seller signatures**

☐ Original Lien or Lien Release *(if applicable)*

☐ Proof of Identity *(as listed below):*

**Individuals** - NY residents: a copy of your current NYS driver license or NYS non-driver ID card. Non-Residents: 6 points of ID (refer to form ID-82).

**Corporations** - A copy of your Certificate of Incorporation, or a NYS vehicle registration or title in the corporation's name, or a NYS Department of State (DOS) filing receipt, or assumed name (DBA), or a certificate of good standing.

**Partnerships** - Your Certificate of Partnership or DBA filing receipt from your County Clerk, or Statement of Partnership or Joint Ownership (form MV-83T).

**If you have questions about your application regarding:**
- *Examination Scheduling,* call: (518) 474-0955 Monday - Friday 9:00am - 4:00pm
- *Application and Title,* call: (518) 473-0399 Tuesday - Wednesday 9:00am - 4:00pm

**Mail your completed application and fee to:**
**AUTO THEFT & SALVAGE UNIT**
**DFI P.O. Box 2105 Empire State Plaza**
**Albany NY  12220-0105**

**The Division of Field Investigation will notify you by mail/email of the date, time and address of your** scheduled appointment if you give two business days (48 hours) notice by emailing DFIcancel@dmv.ny.gov or calling (518) 474-0955. However, you may reschedule only one time. **If you do not keep your scheduled appointment, you will forfeit your fee.** You must pay a new fee of $150.00. To pay this fee, send a check or money order to the address above, or call either 518-486-9786 or 1-800-698-2931 to pay by credit card.

**WARNING:** Intentionally making a false statement or providing false or misleading information in connection with this application is a criminal offense that may subject you to criminal prosecution under the law. The examination of subject vehicle by DMV does not constitute any representation concerning the safety of the vehicle. The act of submitting a vehicle for examination by DMV shall constitute a waiver of all claims of liability to DMV and the State of New York respecting the subsequent operation of the vehicle.

**CERTIFICATION:** I certify that, to the best of my knowledge, the information provided on this form is true and complete.

**Primary Owner**
Print Name: _____

**Co-Owner**
Print Name: _____

Signature X _____
*(Sign Name in Full)*

Signature X _____
*(Sign Name in Full)*

**Dealer**
**Signature**
*(if applicable)* X _____

DMV Facility
Number *(if applicable)* _____

Date: _____

MV-83SAL (7/22)

RESET / CLEAR

**PAGE 2 OF 2**

SAMPLE

**MV-103**

 **ODOMETER AND DAMAGE DISCLOSURE STATEMENT**

FEDERAL AND STATE LAWS REQUIRE THAT YOU PROVIDE THE MILEAGE AND CONDITION OF THE VEHICLE DESCRIBED BELOW WHEN TRANSFERRING OWNERSHIP OF IT TO SOMEONE ELSE. IF YOU DO NOT GIVE THE MILEAGE AND CONDITION INFORMATION TO THE NEW OWNER, OR IF YOU GIVE FALSE MILEAGE INFORMATION, YOU MAY BE SUBJECT TO FINES AND/OR IMPRISONMENT.

### Odometer Disclosure Statement

*Enter odometer reading exactly as it appears on the
vehicle's odometer (excluding tenths) and check applicable boxes.*

ODOMETER READING

*(NO TENTHS)*

The vehicle described below is equipped with an odometer that *(please check one)*:

☐ _____ has five digits, excluding tenths

☐ _____ has six digits, excluding tenths

☐ 1. I certify that, to the best of my knowledge, this odometer reading reflects the ACTUAL MILEAGE as seen on the odometer of the vehicle described below.

☐ 2. I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS." (Odometer started over at zero)

☐ 3. I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY."

### Damage Disclosure Statement - Check One Box

**Making a false statement or failing to accurately disclose the salvage status of a vehicle may subject you to substantial civil fines in addition to any penalties under the Penal Law.**

**I certify that, to the best of my knowledge, this vehicle ☐ has been  or  ☐ has not been wrecked, destroyed or damaged to such an extent that the total estimate, or actual cost, of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has" box means that the vehicle must have an anti-theft examination before being registered and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)**

| Vehicle Year | Make | Model | Body Type | Vehicle Identification Number |
|---|---|---|---|---|
| Seller's Signature<br>X | | | Seller's Name *(Print Name in Full)* | |
| Mailing Address *(Include Street Number and Name, Rural Delivery, Box, Apt. No.)* | | | | |
| City or Town | | State | Zip Code | Date of Statement |
| New Owner's Signature<br>X | | New Owner's Name *(Print Name in Full)* | | |
| Mailing Address *(Include Street Number and Name, Rural Delivery, Box, Apt. No.)* | | | | |
| City or Town | | State | Zip Code | Date of Statement |

MV-103 (7/16)          **Skip the Trip!  Do Your DMV Business On-Line At: dmv.ny.gov**

A-15



**MV-463 (FRONT)**

 **Department of Motor Vehicles**

## APPLICATION FOR DEALER PLATE ISSUANCE PROGRAM

*(Print or Type all information)*

**SEE PAGE 2 FOR INSTRUCTIONS ON HOW TO FILL OUT THIS APPLICATION**

| DMV OFFICE USE ONLY | |
|---|---|
| **REG. CLASS** | **LIMIT** |
| PAS | _____ |
| MCY | _____ |
| COM | _____ |
| TRL | _____ |
| ATV | _____ |
| IN-TRANSIT PERMITS | _____ |

*This program is restricted to dealers who meet the eligibility requirements set forth in Commissioner's Regulations Part 78 section 78.23(a), and the Dealer Plate Issuance Manual (MV-461) section 1.2.*

1. Facility Identification Number

2. Dealer E-mail Address

3. Contact Person

4. Telephone Numbers (Required)

Business (    )        Emergency (    )        Fax (    )

5. Business Name As It Appears on Your Official Business Certificate

6. Business Address - Street        City        State        Zip Code        County

7. What type of security will you use in storing plates and in-transit permits? (Security for plates and in-transit permits is subject to DMV inspection and approval.)

☐ Locked Safe        ☐ Locked Room        ☐ Other _____

8. How many vehicles and trailers did you sell at retail last year?

(a) Passenger Original _____        (b) Commercial Original _____        (c) Motorcycle Original _____        (d) Trailer Original _____        (e) ATV Original _____

9. Registration plates/in-transit permits are requested

for the following registration classes:   ☐ Passenger   ☐ Commercial   ☐ Motorcycle   ☐ Trailer   ☐ ATV   ☐ In-Transit Permit

*Plates and permits issued under this program can be issued only for vehicles and trailers that are sold at retail.*

### CERTIFICATION:

I certify that I have read, and will abide by, the statutes of the Vehicle and Traffic Law, the Commissioner's Regulations and procedures outlined in the Dealer Plate Issuance Manual (MV-461) and, if applicable, the All-Terrain Vehicle Dealer Registration Instructions (RV-2), governing the Dealer Plate Issuance Program. I understand that any violation of the statute, Commissioner's Regulations or procedures may result in the withdrawal of my authorization to participate in the Dealer Plate Issuance Program, and/or suspension or revocation of my dealer registration or the imposition of a civil penalty.

I further certify that all the information I have provided on this form is true and accurate to the best of my belief.

_____        _____
(Print or Type Name of Officer of Corporation or Owner)                                (Print or Type Title)

✍ _____        _____
(Signature of Officer of Corporation or Owner)                                (Date of Application)

**FALSE STATEMENTS MADE ON THIS APPLICATION ARE SUBJECT TO SECTION 210.45 OF THE PENAL LAW.**

*RETURN THIS APPLICATION TO:*

**VIA MAIL**
New York State Department of Motor Vehicles
Dealer Plate Issuance Unit
PO Box 2820
Albany NY  12220-0820

**VIA CERTIFIED OR OVERNIGHT DELIVERY**
New York State Department of Motor Vehicles
Dealer Plate Issuance Unit
6 Empire State Plaza Rm 322
Albany NY  12228



**MV-463 (BACK)**

## HOW TO FILL OUT THE APPLICATION

1. **Facility Identification Number**

   Provide the facility identification number printed above your name and address on your official business certificate, Form MV-61P.

2. **Dealer E-mail Address**

   Provide the e-mail address for your dealership that can receive communications from DMV via the Internet.

3. **Contact Person**

   Provide the name of a person who can be contacted during and outside of your business hours.

4. **Telephone/Fax Numbers**

   - Provide a telephone number where you can be reached during business hours. (Required)
   - Provide an emergency telephone number where you can be contacted outside your business hours. (Required)
   - Provide a fax number, if available.

5. **Business Name**

   Provide the business name as it appears on your official business certificate.

6. **Business Address**

   Provide your business address as it appears on your official business certificate.

7. **Secure Storage for Plates and In-Transit Permits**

   Specify the type of security you will use to store plates and in-transit permits. If you check "Other", you must identify type of facility or device. For example, if you will not store plates in a locked safe or a locked room, but will store them in a locked cabinet, check "Other", and write "locked cabinet" next to "Other".

8. **Plate Limit**

   For the last calendar year, list the total original retail sales for the classes of vehicles and trailers shown.

9. **Registration Class**

   Identify the registration class(es) for which you are requesting registration plates and/or in-transit permits.

**Signature Line**

   - Print or type the name of the corporate officer or the owner.
   - Provide the signature of the corporate officer or the owner.
   - Print or type the title of the corporate officer or the owner.
   - Fill-in the date the application is signed.

MV-463 (12/15)                                                                                    **PAGE 2 OF 2**

A-17

**MV-464L**

SAMPLE



**NEW YORK STATE OF OPPORTUNITY. | Department of Motor Vehicles**

**ORDER FORM FOR REGISTRATION PLATES/IN-TRANSIT PERMITS**
dmv.ny.gov

*PRINT OR TYPE ALL REQUESTED INFORMATION.*

Date

Facility Identification Number | Name of Title Clerk

Telephone Number (   ) | Fax Number (   ) | E-Mail

Name *(as it appears on your official business certificate)*

Number and Street | City | State | ZIP Code | County

---

| **DMV OFFICE USE ONLY** |
|---|

**REGISTRATION PLATES/IN-TRANSIT PERMITS (ITPs) REQUESTED**

| Passenger | Commercial | Motorcycle | Trailer | In-Transit Permit | ATV |
|---|---|---|---|---|---|
| No. of Boxes | No. of Boxes | No. of Boxes | No. of Boxes | No. of Packages | No. of Boxes |
|  |  |  |  |  |  |

◆ Minimum order - 1 box (25 sets of plates)/1 package (25 permits per package)

◆ Maximum order - 5 boxes of plates/4 packages of in-transit permits

◆ Fee *(you must use a separate check for each plate type you order)*

   $125 per box of plates

   $312.50 per package of in-transit permits

| A. Total registration plates: | | |
|---|---|---|
| boxes ordered _____ X $125 = | | $ |
| B. Total permits: | | |
| packages ordered _____ X $312.50 = | | $ |
| Amount of check or money order enclosed (total of A & B above) = | | |
| Check number _____ | | $ |

**CERTIFICATION:** I certify that the information on this application is true and correct, that the dealer registration is valid, and that I am entitled to participate in the Dealer Plate Issuance Program. I will store, issue, and process the registration plates/in-transit permits received in accordance with Dealer Plate Issuance Program regulations. I understand that failure to follow these regulations may result in the termination of my participation in the Dealer Plate Issuance Program.

**X** _____          _____
                    (Signature)                                                      (Title)

**FALSE STATEMENTS MADE IN CONNECTION WITH THIS ORDER ARE PUNISHABLE UNDER SECTION 210.45 OF THE PENAL LAW.**

**NOTE:**   ◆ Do not send cash.
◆ Make check or money order payable to "Commissioner of Motor Vehicles".
◆ Make sure to include your facility number on the check or money order.
◆ Mail order form and check or money order to:

   DEPARTMENT OF MOTOR VEHICLES
   DEALER PLATE ISSUANCE UNIT
   PO BOX 2820
   ALBANY NY 12220-0820

**To send via UPS, FEDERAL EXPRESS, ETC:**

DEPARTMENT OF MOTOR VEHICLES
PLATE ISSUANCE UNIT  ROOM 226
6 EMPIRE STATE PLAZA
ALBANY, NY 12228

The Dealer Plate Issuance Manual (MV-461) can be accessed on our DMV website: dmv.ny.gov.

*THIS FORM MAY BE PHOTOCOPIED FOR ADDITIONAL ORDERS*

MV-464L (5/21)



**MV-465**



**MV-465**
(6/22)

NEW YORK STATE OF OPPORTUNITY | **Department of Motor Vehicles**

**REGISTRATION/IN-TRANSIT PERMIT TRANSMITTAL FORM**
*For Motor Vehicle (including ATV) or Boat Sales*
**DO NOT USE THIS FORM FOR TITLE ONLY APPLICATIONS.**

FACILITY NUMBER:_____

*DO NOT USE A RUBBER STAMP*
*IN NAME/ADDRESS SECTION BELOW*

| Dealer Name | | |
|---|---|---|
| Street Address | | |
| City | State NY | Zip Code |

| DMV OFFICE USE ONLY |
|---|
| DATE RECEIVED: |
| SENT BY: ☐ US Mail    ☐ Private Courier Service<br>(UPS, FedEx, etc.)<br>Tracking No.:_____<br>Service Bureau Name and License Number: |
| Dealer E-mail Address: |

***DO NOT WRITE IN SHADED AREA***

**INSTRUCTIONS:**

1. Use to transmit up to 20 registration and/or in-transit permit transactions. Complete a **separate** transmittal form when resubmitting applications.

2. **Type or clearly print** all information requested on this form. All information must appear clearly on copies 1 & 2 to ensure timely processing. Keep copy 3 for your records.

3. Please type or print the plate or in-transit permit number for each transaction.

4. **Include a BLANK check, signed by your authorized representative, payable to "Commissioner of Motor Vehicles".** After processing this transmittal, we will return a copy to you showing the amount charged for each transaction.

| Transmittal Date:<br>    /        / | Check Number: | Name of Person Completing Form: | Telephone (include area code):<br>(        ) |
|---|---|---|---|

| Plate/In-Transit Permit Number | DMV Office Use Only | Plate/In-Transit Permit Number | DMV Office Use Only |
|---|---|---|---|
| 1. _____ | | 11. _____ | |
| 2. _____ | | 12. _____ | |
| 3. _____ | | 13. _____ | |
| 4. _____ | | 14. _____ | |
| 5. _____ | | 15. _____ | |
| 6. _____ | | 16. _____ | |
| 7. _____ | | 17. _____ | |
| 8. _____ | | 18. _____ | |
| 9. _____ | | 19. _____ | |
| 10. _____ | | 20. _____ | |

Processor Initials:

Date    /        /

TOTAL - $ _____

Post Office Boxes cannot accept deliveries from private courier services. If you **ARE** using a private courier service for delivery, please mail all required items to:

NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES
PARTNERING PROGRAMS
6 EMPIRE STATE PLAZA — RM 322
ALBANY NY 12228

If you **ARE NOT** using a private courier service for delivery, mail this form, the dealer's blank check, and all applications and documentation to:

NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES
PARTNERING PROGRAMS
PO BOX 2825
ALBANY NY 12220-0825

SECTION 420-a(4) of the Vehicle and Traffic Law requires vehicle and boat dealers to send the "Vehicle Registration/ Title Application" and other required documents to the Department of Motor Vehicles **WITHIN 5 CALENDAR DAYS** from the date a temporary registration is issued.

SAMPLE

## MV-639TR (FRONT)



**NEW YORK**

00000000

M O N T H

Y E A R

**VEHICLE REGISTRATION**

Your registration expires on the month and day printed on your document.

**dmv.ny.gov**
*Renew this registration online!*

Remove the sticker before selling the vehicle to avoid tickets intended for the next owner.

PEEL HERE

## MV-639TR (BACK)

DRIVE SOBER    BUCKLE-UP

*The front of this document may be photocopied to show to authorities.*

CHANGE OF ADDRESS - You must notify Motor Vehicles within 10 days. Write your new address on the other side of this document.

VEHICLE TRANSFER INFORMATION
- If NONTRANSFERABLE is printed on the front of this document, you must use your title to transfer ownership of the vehicle.
- If TRANSFERABLE is printed on the front of this document, New York State will <u>not</u> issue a title for this vehicle. You can transfer ownership using this document but not a photocopy of this document.

Ownership
Transferred to _____Date _____

REGISTRANT'S STATEMENT:  I am the registered owner of the vehicle described on the other side, or a member of the firm or an officer of the corporation registering the vehicle, and have the right to dispose of the vehicle.

Signature of
Current Registrant _____
**dmv.ny.gov**

MV-639TR (4/21)

- Does the **plate number** on both the sticker and the registration document match the number on the license plates you just received or that are already on your vehicle?
- Are your name, address and the vehicle information correct? Report any errors to a Motor Vehicles offic

**INSTRUCTIONS:**
- Remove old sticker. **WASH & DRY** area.
- **PEEL SLOWLY** beginning here
- Place sticker on inside of windshield as shown to the right, and press gently around edges of sticker.

PLACE THIS STICKER HERE

A-20

SAMPLE

**MV-900**

 **Department of Motor Vehicles**

**NOTICE OF LIEN**

dmv.ny.gov

All information *(except signature)* must be typed. **Be careful when entering vehicle, hull or manufactured home ID number. When information is not legible, is incorrect, or not complete, the lien is _not_ recorded.**

For more information about filing a lien electronically, visit https://dmv.ny.gov/forms/mv-909.pdf

**VEHICLE/BOAT/MANUFACTURED HOME INFORMATION**

Identification Number

| Year | Make | | Body Type/Hull | Registration/Plate No. of Borrower, if any |
|------|------|--|----------------|---------------------------------------------|

This is a:  ☐ Vehicle    ☐ Boat    ☐ Trailer    ☐ Manufactured home

**OWNER INFORMATION**

| Owner's Last Name | First | M.I. |
|-------------------|-------|------|

| Owner's Last Name | First | M.I. |
|-------------------|-------|------|

Street Address (including Apt. No.)

| City | State | Zip Code |
|------|-------|----------|

☐ Check here if this is a new address.

**NOTE:** Lien will be recorded only if the name(s) listed as the owner(s) is **EXACTLY** the same as the owner(s) recorded, or to be recorded, on the Certificate of Title. If a Certificate of Title has not been issued to this borrower, print the name as it appears on the driver license.

**OWNER'S STATEMENT:** I understand that the lienholder will send this notice to the DEPARTMENT OF MOTOR VEHICLES. If a title was previously issued in my name for this vehicle, boat, trailer or manufactured home, I gave it to the lienholder to be sent to DMV with this notice. I understand that a new Certificate of Title, showing the lienholder's name, will be mailed to me.

OWNER(S): SIGN HERE **X**_____ **X**_____ Date _____
(Must be an original signature. If a POA is used, a copy of the POA must be attached.)    (Must be an original signature. If a POA is used, a copy of the POA must be attached.)

If signing for a corporation, print your name and title: _____    _____
(Name)                                      (Title)

**LIEN INFORMATION**

Lien Filing Code (assigned by DMV:  enter only if a code has been assigned to you or your company)

Lienholder's Name

Lienholder's Name (continued)

Street Address

| City | State | Zip Code |
|------|-------|----------|

This notice authorizes the Department of Motor Vehicles to disclose (or otherwise make available) information about the lienholder obtained by the department in connection with this record.

**X**_____ Date of Security Agreement _____
(Lienholder's Signature—Must be an original signature or a facsimile stamp)

Has a NY Certificate of Title been issued to this borrower?  ☐ YES  ☐ NO   *IF YES, ATTACH TITLE.*

LIENHOLDER: *Mail this form, the $5 fee* **paid by the lienholder** *payable to the Commissioner of Motor Vehicles, and the owner's title (if issued) to:*
TITLE BUREAU, NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES, PO BOX 2604, ALBANY NY  12220-0604

You can verify online if a lien was recorded or if a title certificate was issued.
Go to the Lien/Title Certificate Status page at the DMV web site: **dmv.ny.gov/titlestat/default.html**

MV-900 (7/19)

A-21

**MV-901**



New York State Department of Motor Vehicles

**NOTICE OF RECORDED LIEN**

I.D. Number      Year      Make

Wgt./Lgth.    Fuel    Cyl/Prop.    Body/Hull.    Color

Owner: If you have moved and have not yet notified this Department of your new address, cross out the address shown and print your new address in its place.

**OWNER**

**ADDITIONAL LIENHOLDERS**

The following information applies only to the lienholder shown in the box above.

☐ Our security interest in the vehicle, boat or manufactured home described in this notice has been satisfied.

☐ We have assumed ownership of this vehicle, boat or manufactured home. We are transferring ownership to:

☐ We have assigned our security interest in this vehicle, boat or manufactured home to:

Lien Filing Code

Name      Date of Assignment

No. and Street

City      State      Zip

Authorized Signature      Date

If you are the owner named on this notice, you can keep this notice with the Certificate of Title and when you sell the vehicle, boat or manufactured home, give the transferred Title AND this notice to the new owner. To obtain a lien-free Title before then, return your current Title, this lien notice and a $20.00 fee to the DMV, Title Bureau, 6 Empire State Plaza, Albany NY 12228-0330. (Check or money order should be made payable to the Commissioner of Motor Vehicles.)

If you cannot locate the Title for the vehicle, boat or manufactured home, you must apply for a duplicate. You may apply for a duplicate by completing Form MV-902 (available at a DMV office or on our web site at www.nysdmv.com) and mailing it with a $20.00 check or money order AND this lien notice to the DMV, Title Bureau at the above address.

If your address has **not** changed since you last registered the vehicle and your registration shows your current address, you may be able to apply for a duplicate title on line. For more information, please visit our web site listed above.

MV-901 (1/06)

**MV-902 (FRONT)**



SAMPLE



**Department of
Motor Vehicles**

**APPLICATION FOR DUPLICATE TITLE**

TITLE BUREAU
PO Box 2750
Albany NY 12220-0750

If any of the statements below apply to this application, mark the box of each statement that applies and complete Section 1 and Section 2 below. If there is no statement that applies, go to "Instructions" below:

☐ The address is a **NEW ADDRESS.**
☐ The **OWNER NAME HAS CHANGED.** Enter **NEW** name:
☐ The **OWNER IS DECEASED.**
☐ The **OWNER HAS GIVEN POWER OF ATTORNEY.**
☐ Included with this application is an **original LIEN RELEASE** that is signed and includes a date. (Photocopies are not accepted.)

Last, First, Middle Initial

| **INSTRUCTIONS:** |
| --- |

- ◆ Complete Section 1 below. Provide all requested information.
- ◆ Read, sign and enter the date in Section 2 - Certification.
- ◆ Provide the required proof of identity for the person who signs the certification in Section 2 (see Section 3 on page 2).
- ◆ If your name has changed, the owner is deceased, or if you have Power of Attorney, provide the required documentation that is described in Section 4 on page 2.
- ◆ **Provide a separate $20 fee for each application.**
- ◆ Bring this application with your ORIGINAL proof of identity documents and the correct fee to any Motor Vehicles office. If Section 4 applies to you, bring the required documentation.

OR

Mail this application with PHOTOCOPIES of your proof of identity, any additional documentation (if required under Section 4) and the correct fee to the Title Bureau at the address shown on the top of this page. Pay with a check or money order payable to "Commissioner of Motor Vehicles", do not mail cash.

OR

If your address has not changed since you last registered the vehicle and your current address is on your registration, you can apply for a duplicate title online. For more information visit dmv.ny.gov

| **⬇ CUSTOMER MUST COMPLETE SECTIONS 1 and 2 BELOW ⬇** |
| --- |

| **SECTION 1** |
| --- |

| Vehicle or Hull Identification Number (VIN or HIN) | | | | | | | | | | | | | | | | | Year | Make | | License Plate No. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

| Owner's Name (Last, First, Middle or Business Name) | Date of Birth (Month/Day/Year) |
| --- | --- |
| | / / |

| C/O (For Power of Attorney, dealer authorization or the owner is deceased) |
| --- |

| Current Mailing Address (Street Number and Name) | Apt. Number | Daytime Telephone Number ( ) |
| --- | --- | --- |

| City or Town | State | Zip Code |
| --- | --- | --- |

| **SECTION 2 — CERTIFICATION** |
| --- |

I understand that the **DUPLICATE CERTIFICATE OF TITLE** received as a result of this application replaces all previously issued titles, and that only this duplicate title may be used to sell, transfer or trade the vehicle, boat or manufactured home described above. I certify that the last issued Certificate of Title has been lost, destroyed or damaged. If lost or destroyed, I do not know where it is; if damaged or illegible, I have enclosed it with this application. I certify that the information I have given on this application and on any documentation provided in support of this application is true and complete.

**WARNING: Making a false statement on this application, or submitting any documentation in support of this application that is false, may be punishable as a criminal offense.**

SIGN HERE **X** _____     _____
(Signature of Owner or Applicant)                                              (Date)

_____
If you sign for a corporation or use an "in care of" address, print your full name and your title here (i.e. Power of Attorney, Executor, Next of Kin, President, etc.)

**IMPORTANT: ACCORDING TO LAW, THE DUPLICATE CERTIFICATE OF TITLE MUST BE MAILED TO THE OWNER. DO NOT VISIT DMV TO GET THE DUPLICATE TITLE.**

MV-902 (4/22)                                                                                          **PAGE 1 OF 2**

**MV-902 (BACK)**



SAMPLE

SAMPLE

### SECTION 3 - PROOF OF NAME/IDENTITY

♦ If you apply at a DMV office, bring original proofs.
♦ If you apply by mail, send us photocopies of your proofs. Originals will not be returned.

**For Persons**

♦ **Proof of date of birth, and**
♦ **6 points of proof of name**

} *A NYS photo driver license, learner permit, or non-driver ID card that is current or that has been expired no longer than 2 years meets both requirements. Other acceptable documents for proof of identity and their related point values are listed on form ID-82 (Proofs of Identity for Registration and Title) which is available at dmv.ny.gov and any Motor Vehicles office.*

**For Corporations** (one of the following proofs)

1. A NYS vehicle registration or a title certificate in the name of the corporation; **or**
2. A certified copy of the NYS Certificate of Incorporation; **or**
3. New York State corporations must provide:
   a. a certificate of good standing or subsisting issued by the NYS Department of State; **or**
   b. a filing receipt issued by the NYS Department of State.
4. Out-of-state corporations must provide:
   a. a certified copy of the Certificate of Incorporation from their home state; **or**
   b. a certificate of subsisting or foreign bid issued by the NYS Department of State.
5. Corporate DBAs must provide a filing receipt from the NYS Department of State that includes the DBA.
6. Unincorporated associations: The proofs that are required depend on the type of organization. Contact a Motor Vehicles office for information.

**For Partnerships** (one of the following proofs)

♦ A Certificate of Partnership (filed with the County Clerk); **or**
♦ A copy of the DBA filing receipt issued by the County Clerk.

### SECTION 4 - SPECIAL INSTRUCTIONS FOR NAME CHANGE, OWNER DECEASED OR POWER OF ATTORNEY

**Name Change**

1. At the top of page 1 mark the box "OWNER NAME HAS CHANGED" and enter your new name in the space provided to the right.
2. In Section 1, enter your former name in the "Owner's Name" box and complete the remaining boxes in Section 2.
3. In Section 2, sign the Certification and write the date.

If your name has changed and you sell the vehicle, boat or manufactured home, you can give the title with your former name to the person who purchases the vehicle. A title in your new name is not required.

If your former name is on the title and registration and you need a duplicate title in your new name, you must first change your name on your driver license and registration. Bring this application AND original marriage certificate, divorce certificate or other documents that confirm your name change to any Motor Vehicles office.

If your former name is on the title but the vehicle is NOT registered and you need a title in your new name, you MUST mail this application AND a photocopy of your marriage certificate, divorce certificate or other documents that confirm your name change to the Title Bureau at the address shown at the top of Page 1.

**Owner Deceased**

1. At the top of page 1, mark the box "OWNER IS DECEASED".
2. In Section 1:
   • Enter the name and date of birth of the deceased.
   • In the "C/O" (In Care Of) space, enter your name.
   • In the "Current Mailing Address" space, enter your address.
3. In Section 2:
   • Sign your name and indicate either your relationship to the deceased (deceased's spouse, child under the age of 21 or next of kin) or legal title granted by the court. For example: "Mike Motorist, Executor of the Estate of David Brown"; "Mike Motorist (Surviving Spouse)"; "Mike Motorist (Guardian of minor child)"; etc.
4. You must also bring or mail the following:
   • Documents to prove your identity, not the identity of the deceased (see Section 3);
   • A copy of the death certificate or a certification of death; and
   • Letters Testamentary or Letters of Administration (if relationships above do not apply to you).

**NOTE:** Additional guidelines could apply to register or transfer the vehicle for which you need a duplicate title. For additional information,   see form MV-349 (Transfer of Vehicle Registered in Name of Deceased Person) or form MV-349.1 (Affidavit for Transfer of MotorVehicle).

**Power of Attorney**

At the top of page 1 mark the box "OWNER HAS GIVEN POWER OF ATTORNEY". In Section 1:

1. Enter the name and date of birth of the owner.
2. In the"C/O" (In Care Of) space, enter your name.
3. In the "Current Mailing Address" space, enter your address.
4. Provide an original Power of Attorney (POA) that is notarized and includes: The date POA was issued, name and address of person or company that gave POA, name and address of person or company that has the POA, original signature of person who gave the POA.

MV-902 (4/22)                    **dmv.ny.gov**               **PAGE 2 OF 2**

**MV-907A (FRONT)**

SAMPLE

 **Department of Motor Vehicles** **SALVAGE CERTIFICATE** For a 1973 or Newer Motor Vehicle



**OTHER JURISDICTIONS:** Do not accept this certificate as proof of ownership for registration or titling purposes unless the vehicle and its major component parts meet your requirements concerning the bearer's right to possess them.
**THIS DOCUMENT IS VOID IF ALTERED OR ERASED** *(Please type or print entries with ballpoint pen.)*   **XXXXXXX**

**1. VEHICLE DESCRIPTION ●** *ENTER VEHICLE IDENTIFICATION NUMBER EXACTLY AS IT APPEARS ON PROOF OF OWNERSHIP*

| VEHICLE IDENTIFICATION NUMBER *(Please start at leftmost space)* | | YEAR | MAKE | MODEL |
|---|---|---|---|---|
| FUEL | CYLINDERS | MAX GROSS WEIGHT | STATE | PRIOR OWNERSHIP DOCUMENT NUMBER | BODY TYPE | COLOR |

**2. VEHICLE CONDITION ●   THIS MUST *ALWAYS* BE COMPLETED - CHECK ALL BOXES THAT APPLY**

☐ Vehicle Identification plate missing, altered, defaced or not readable     ☐ Flood damage     Air Bag missing or Damaged:  ☐ Driver    ☐ Passenger
☐ Other *Specify*                                                                                                        ☐ Driver side impact     ☐ Passenger side impact
Missing: ☐ Rear Clip  ☐ Front Clip  ☐ Cowl  ☐ Engine  ☐ Transmission  ☐ Body  ☐ Frame     ☐ Driver side curtain   ☐ Passenger side curtain
Damaged: ☐ Rear Clip  ☐ Front Clip  ☐ Cowl  ☐ Engine  ☐ Transmission  ☐ Body  ☐ Frame     ☐ Other *Specify*

**3. VEHICLE ACQUISITION**

**A. SALVAGE VEHICLE ACQUIRED BY:**

| NAME *(Use Corporate Name If Applicable)* | DATE OF ACQUISITION (Month/Day/Year) / / |
|---|---|
| ADDRESS (Number and Street) | DMV BUSINESS REGISTRATION, CERTIFICATE, OR ID NUMBER |
| CITY                     STATE          ZIP CODE | INSURANCE CO. CODE |
| TELEPHONE NUMBER ( )                  EXT. | STOCK NUMBER OR INSURANCE NUMBER |

**B. FORMER OWNER OF VEHICLE** - *as listed on the previous proof of ownership.* **THIS MUST *ALWAYS* BE COMPLETED**

| NAME | | | |
|---|---|---|---|
| ADDRESS (Number *(including Apt. No.)* and Street) | CITY | STATE | ZIP CODE |

PREVIOUS PROOF OF OWNERSHIP:

☐ NYS CERTIFICATE OF TITLE - DOC. NO _____ . _____     ☐ OUT-OF-STATE TITLE - DOC. NO. _____
☐ NYS SALVAGE CERTIFICATE - CERT. NO. _____           ☐ OUT-OF-STATE SALVAGE CERTIFICATE - CERTIFICATE NO. _____
                                                               ☐ OTHER _____

| INSURANCE COMPANY USE ONLY |
|---|
| *CHECK ONE BOX ONLY:* ☐ STOLEN - NOT RECOVERED  ☐ RECOVERED STOLEN - INTACT  ☐ RECOVERED STOLEN - STRIPPED  ☐ TOTAL LOSS
INCLUDE EITHER AN APPRAISAL OR TWO PHOTOS OF VEHICLE FROM DIFFERENT ANGLES WITH DMV COPY (COPY 2) UNLESS VEHICLE IS STOLEN - NOT RECOVERED |

**4. LIEN INFORMATION** - *List all liens for which a lien satisfaction has not been received. If liens are subsequently satisfied, send form MV-901, Notice of Recorded Lien, to person to whom the vehicle was transferred.*

| NAME OF LIENHOLDER | NAME OF LIENHOLDER |
|---|---|
| ADDRESS (Number and Street) | ADDRESS (Number and Street) |
| CITY          STATE          ZIP CODE | CITY          STATE          ZIP CODE |

**5. VEHICLE DISPOSITION/ODOMETER DISCLOSURE REQUIREMENTS -** For use when vehicle is sold by the person or corporation listed in section 3A. Federal and state law requires that you state the mileage upon transfer of ownership. Failure to do so, or not telling the truth about mileage, may result in fines and/or imprisonment. This form will be returned to you if this section is not completed.

*INITIAL ONE CHOICE:*

_____ TRANSFERRED TO (COMPLETE ALL          _____ TRANSFERRED TO BE DISMANTLED          _____ TRANSFERRED TO BE SCRAPPED OR
        INFORMATION BELOW & SIGN WHERE INDICATED)        FOR PARTS (SEE INSTRUCTIONS ON THE BACK)        DESTROYED (SEE INSTRUCTIONS ON THE BACK)

| NAME OF PURCHASER *(Use Corp. Address If Applicable)* | PURCHASER'S DMV BUSINESS REG., CERT., OR ID NO. IF APPLICABLE | DATE OF TRANSFER |
|---|---|---|
| ADDRESS OF PURCHASER (Street, City, State, Zip Code) | | |

**ODOMETER DISCLOSURE STATEMENT:**
I, the seller, certify that to the best of my knowledge, this vehicle's odometer reads as follows and (check the box which applies):     | MILES (No Tenths) |
☐ Reflects the Actual Mileage  ☐ Exceeds Mechanical Limits  ☐ Does Not Show the Actual Mileage - Warning: Odometer Discrepancy

| PRINT NAME OF PURCHASER | PRINT NAME OF SELLER (Entity in 3A) |
|---|---|
| SIGNATURE OF PURCHASER ◆ | SIGNATURE OF SELLER (Entity in 3A. Not to be signed until transfer of vehicle information completed) ◆ |

**MUNICIPALITIES ONLY:** If required by Section 1224(3b) of the Vehicle and Traffic Law, I certify that I have notified the prior owner and lienholder(s) listed above.

$ _____ ◆
   (Value of Vehicle)          (Signature of Authorized Individual)

**6. CERTIFICATION ●   THIS MUST *ALWAYS* BE COMPLETED** *by the person or corporation listed in section 3A*

*As the acquirer of this vehicle, I certify that all the information I have provided on this form is true and accurate to the best of my belief. (False statements are punishable under Section 210.45 of the Penal Law.)*

◆
(Print name of officer or authorized individual)   (Signature of officer or authorized individual)   (Title of officer or individual)   (Date of Certification)

**7. INITIAL VEHICLE ACQUISITION -** Complete Form MV-907A, Salvage Certificate. Mail the DMV copy with proof of ownership to Department of Motor Vehicles, Auto Theft and Salvage Unit, P.O. Box 2105-ESP, Albany, New York 12220-0105. The DMV copy must be mailed within 15 days of vehicle acquisition even if vehicle disposition (Section 5) is unknown. Do not hold the DMV copy until you dispose of the vehicle. When selling  the vehicle, the transfer document is given to the purchaser.

**NOTE TO PURCHASER:**

1. To transfer ownership of this salvage vehicle, complete a new Form MV-907A, Salvage Certificate. Attach the transfer copy (copy 1) to the previous transfer copy(ies) you received and give all copies to the new purchaser. Be sure there are no missing transfer copies and that continuity of ownership is maintained. Keep the file copy and DMV copy for your records.

2. To title the salvage vehicle, apply for a NYS DMV salvage examination (NYS does not accept salvage examinations conducted by other states) to: Department of Motor Vehicles, DFI, Auto Theft and Salvage, 6 Empire State Plaza, Albany, New York 12228. You will be contacted regarding the time and place of examination. You must send the following completed original documents **(not copies)** and fees.

   a. All original MV-907A Salvage Certificate Transfer Documents, proving ownership of the vehicle; b. Form MV-50, Certificate of Sale, if applicable; c. Form MV-83SAL, Salvage Examination/Title Application; d. A check for $200 ($150 examination fee plus $50 title fee) payable to the Commissioner of Motor Vehicles (we cannot accept starter checks or third-party checks); e. Proof of payment of sales tax (FS-6T).

3. Vehicles issued an MV-907A cannot be registered in New York until a New York State salvage examination has been completed. Once the examination has been completed and you receive a New York State Rebuilt Salvage title in the mail, you must bring the title to a DMV office and make application for the vehicle's registration.

MV-907A (10/21)     **COPY 1     TRANSFER DOCUMENT - THIS FORM *MUST* BE GIVEN TO PURCHASER**

**MV-907A (BACK)**

NOT
VALID FOR
TRANSFER


SAMPLE

**SCRAPPED OR DESTROYED**

◆ **Acquirer of Vehicle** - If you checked "scrapped or destroyed," you must destroy (crush or flatten) the vehicle totally. **Neither the vehicle, any of its major component parts, nor its vehicle identification number plate may ever appear again as a vehicle or as part of a vehicle.** Complete the front of this 3-part form. Send the DMV copy to the Department of Motor Vehicles, Auto Theft and Salvage Unit, PO Box 2105-ESP, Albany NY  12220-0105. Keep the file copy and the transfer document for your records. If you sell a crushed vehicle to a scrap processor, note the information about the transaction in the space provided below.

◆ **Purchaser of Vehicle** - If you purchase a vehicle from the initial acquirer to scrap or destroy it, and you receive a transfer document, keep the document for your record. **Neither the vehicle, any of its major component parts, nor its vehicle identification number plate may ever appear again as a vehicle or as part of a vehicle.** If you sell a crushed vehicle to a scrap processor, note the information about the transaction in the space provided below.

**DISMANTLED FOR PARTS**

◆ **Acquirer of Vehicle** - If you are the initial acquirer of the vehicle that you will dismantle, complete the front of this 3-part form. Send the DMV copy to the Department of Motor Vehicles, Auto Theft and Salvage Unit, PO Box 2105-ESP, Albany NY 12220-0105. Keep the file copy and the transfer document for your records.

When you dismantle the vehicle completely, you must destroy the vehicle identification number plate. Note below the removal and sale of major component parts, and the transfer of unsold parts to a scrap processor.

◆ **Purchaser of Vehicle** - If you purchase a vehicle from the initial acquirer and are given a transfer document, use the document as your record. Note below the removal and sale of major component parts, and the transfer of unsold parts to a scrap processor.

If the vehicle is 10 or more model years old, the following does not have to be filled out.

| DRIVER AIR BAG | | | | |
|---|---|---|---|---|
| SERIAL NUMBER | DATE REMOVED | INVENTORY NUMBER | DATE SOLD | INVOICE NUMBER |
| PURCHASER'S NAME | NO. & STREET | CITY | STATE | ZIP CODE |

| PASSENGER AIR BAG | | | | |
|---|---|---|---|---|
| SERIAL NUMBER | DATE REMOVED | INVENTORY NUMBER | DATE SOLD | INVOICE NUMBER |
| PURCHASER'S NAME | NO. & STREET | CITY | STATE | ZIP CODE |

**OTHER AIR BAG** ☐ Driver side impact   ☐ Passenger side impact   ☐ Driver side curtain   ☐ Passenger side curtain   ☐ Other *Specify*

| SERIAL NUMBER | DATE REMOVED | INVENTORY NUMBER | DATE SOLD | INVOICE NUMBER |
|---|---|---|---|---|
| PURCHASER'S NAME | NO. & STREET | CITY | STATE | ZIP CODE |

| ENGINE | | | | |
|---|---|---|---|---|
| SERIAL NUMBER | DATE REMOVED | INVENTORY NUMBER | DATE SOLD | INVOICE NUMBER |
| PURCHASER'S NAME | NO. & STREET | CITY | STATE | ZIP CODE |

| TRANSMISSION | | | | |
|---|---|---|---|---|
| SERIAL NUMBER | DATE REMOVED | INVENTORY NUMBER | DATE SOLD | INVOICE NUMBER |
| PURCHASER'S NAME | NO. & STREET | CITY | STATE | ZIP CODE |

| BODY/REAR CLIP/COWL | | | | |
|---|---|---|---|---|
| SERIAL NUMBER | DATE REMOVED | INVENTORY NUMBER | DATE SOLD | INVOICE NUMBER |
| PURCHASER'S NAME | NO. & STREET | CITY | STATE | ZIP CODE |

| FRAME | | | | |
|---|---|---|---|---|
| SERIAL NUMBER | DATE REMOVED | INVENTORY NUMBER | DATE SOLD | INVOICE NUMBER |
| PURCHASER'S NAME | NO. & STREET | CITY | STATE | ZIP CODE |

| NOSE/FRONT CUT OFF | | | | |
|---|---|---|---|---|
| SERIAL NUMBER | DATE REMOVED | INVENTORY NUMBER | DATE SOLD | INVOICE NUMBER |
| PURCHASER'S NAME | NO. & STREET | CITY | STATE | ZIP CODE |

| NAME OF SCRAP PROCESSOR TO WHOM UNSOLD MAJOR COMPONENT PARTS OR CRUSHED VEHICLES ARE TRANSFERRED | DATE OF SALE |
|---|---|
| STREET | INVOICE NUMBER |
| CITY | STATE   ZIP CODE |

MAJOR COMPONENT PARTS OF VEHICLE *NOT* TRANSFERRED TO SCRAP PROCESSOR AND STILL IN STOCK

MV-907A (10/21)

A-26

**MV-999 (FRONT)**



SAMPLE

MOTORIST,MIKE
MOTORIST,MARY
202 SOUTH SWAN ST
ALBANY NY          12121

000001

## CERTIFICATE OF TITLE

### NEW YORK STATE

dmv.ny.gov

THIS IS A DUPLICATE CERTIFICATE AND MAY BE
SUBJECT TO THE RIGHTS OF A PERSON UNDER THE
ORIGINAL CERTIFICATE

**\* \* LIENS \* \***

| Title and Identification No. | Year | Make | Model Code | Body/Hull | Document No. |
|---|---|---|---|---|---|
| ABCDEF12345678912 ABCDEF12345678912 | 1996 | CHEVR | CVT | 2DSD | 752301W |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| RD/WH | 003456 | GAS | 8 | USED | VEHICLE | 1/09/98 |

Name and Address of Owner(s)
MOTORIST,MIKE
MOTORIST,MARY
202 SOUTH SWAN ST
ALBANY NY          12121

ODOMETER READING:   123456
123456

ACTUAL MILEAGE

IMPORTANT:  THIS VEHICLE WAS
RETURNED TO THE MANUFACTURER
OR DEALER BECAUSE IT DID NOT
CONFORM TO ITS WARRANTY.

\* STOLEN VEHICLE \* INSURANCE TRANSFER ONLY
RECONSTRUCTED \* NON-USA STD \* REBUILT SALVAGE/NJ
NON-COMPLYING NY EMISSIONS

This document is the Certificate of Title for the vehicle, boat or manufactured home. Keep
it in a safe place, not with your license or registration or in your vehicle or boat. To dispose
of your vehicle, boat or manufactured home, complete the transfer section on the back and
give this title to the new owner.

IMPORTANT:  THIS VEHICLE IS NOT EQUIPPED
WITH A TAMPER-RESISTANT ODOMETER

| Lienholder | | Lienholder | |
|---|---|---|---|
| HOUSEHOLD FINANCE DEPT . C. 123 BROADWAY TROY          NY 12180 | 01 | GMAC ALBANY REGIONAL OFC WOLF RD ALBANY          NY 12321 | 02 |
| Lienholder | | Lienholder | |
| STATE BANK CONSUMER LOAN UNIT PEARL ST ALBANY          NY 11111 | 03 | KEY BANK AUTO LOAN DIVISION STATE ST ALBANY          NY 12121 | 04 |

MV-999 (3/21)

### DEPARTMENT OF MOTOR VEHICLES

VOID IF ALTERED (left margin)
VOID IF ALTERED (right margin)

A-27

**MV-999 (BACK)**



SAMPLE

## ANY CHANGE OR ERASURE WILL VOID THIS TITLE -- ANY FALSE STATEMENT IS A MISDEMEANOR

### SECTION I - Transfer by Owner

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*

**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

I certify that, to the best of my knowledge, this odometer reading *(check one):*
☐ 1. reflects the ACTUAL MILEAGE as seen on the odometer of the vehicle described on the front.
☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
☐ 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

**ODOMETER READING**

(no tenths)

**ODOMETER HAS SPACE FOR:** *(Check one)*
☐ Five Digits, *excluding tenths*
☐ Six Digits, *excluding tenths*

**DAMAGE DISCLOSURE STATEMENT (To be Completed by Owner Named on Face of Title)**

I certify that, to the best of my knowledge, this vehicle ☐ has been or ☐ has not been wrecked, destroyed or damaged to such an extent that the total estimate or actual cost of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has" box means that the vehicle must have an anti-theft examination before being registered and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.

*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

**Seller**

| Seller's Signature | | Seller's Name *(Print in Full)* | | |
| Street Address | City | State | ZIP code | Date of Statement |

**Buyer**

| Buyer's Signature | | Buyer's Name *(Print in Full)* | | |
| Street Address | City | State | ZIP code | Date of Statement |

### SECTION II - Reassignment by Manufactured Home Dealer or Registered Boat Dealer or Out-of-State Dealer

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*

**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

I certify that, to the best of my knowledge, this odometer reading *(check one):*
☐ 1. reflects the ACTUAL MILEAGE of the vehicle described on the front.
☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
☐ 3. not the actual mileage. WARNING ODOMETER DISCREPANCY.

**ODOMETER READING**

(no tenths)

**ODOMETER HAS SPACE FOR:** *(Check one)*
☐ Five Digits, *excluding tenths*
☐ Six Digits, *excluding tenths*

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.

*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

**Seller**

| Seller's Signature | | Seller's Name *(Print in Full)* | | |
| Street Address | City | State | ZIP code | Date of Statement |

**Buyer**

| Buyer's Signature | | Buyer's Name *(Print in Full)* | | |
| Street Address | City | State | ZIP code | Date of Statement |

MV-999 (3/21)          M 0510711

Boat Dealer's Facility #



**VS-1DRI Page 1**

---

| NEW YORK STATE OF OPPORTUNITY **Department of Motor Vehicles** | **ORIGINAL FACILITY APPLICATION** | **DMV USE ONLY** | | |
|---|---|---|---|---|
| | | Tracking # | County | Zip Code |
| FOR ASSISTANCE WITH THE COMPLETION OF THIS APPLICATION OR INFORMATION ON BUSINESS REQUIREMENTS PLEASE VISIT DMV.NY.GOV | | Facility # | Facility Name | |

## ALL APPLICANTS: PLEASE READ CAREFULLY

**These are the business types that you applied for. Complete all 7 pages of this form.**

☒ **Dealer/Transporter**
*dealer/transporter information is on page 4*

☒ **Repair Shop**
*repair information is on page 5*

☒ **Inspection Station**
*inspection information is on page 6*

**NOTE:** If you apply for a Junk & Salvage business you must submit form VS-1JS.

### PART 1    Print name and location of business, business e-mail address and phone number below:

| Business Name | | Business E-mail Address |
|---|---|---|
| Business Street Address (physical location) | | Business Phone No. (Area Code) ( ) |
| City | State      ZIP | County |

**CONTACT:** This information will be used for contact and correspondence while processing this application ONLY!

| Contact Person (principal of business) | Title | Contact's E-mail Address |
|---|---|---|
| Mailing Address | | Contact Phone No. (Area Code) ( ) |
| City | State      ZIP | County |

### PART 2    Ownership - you may only select one of the following four business types *(Part 2 continues on next page)*

☐ Individual (complete Section A)          ☐ Corporation/LLC (complete Section C)
☐ Partnership (complete Section B)          ☐ Government/Education (complete Section D)

---

**SECTION A**

☐ **INDIVIDUAL** (doing business in your legal name)   **OR**   ☐ **INDIVIDUAL WITH ASSUMED NAME** ("doing business as" or DBA name)
  ➢ Proof of business name not required.                // Enclose a copy of the business certificate obtained from your County Clerk's office.
// Attach a copy (front & back) of the owner's valid driver license. If the owner does not have a driver license, // attach a copy of one of the following: non-driver ID card, passport or resident alien card.

| Last Name | First | MI | Date of Birth (Month/Day/Year) |
|---|---|---|---|
| Residence Address (Include Number and Street) | City | State   ZIP | Residence Phone No. (Area Code) ( ) |
| Please Sign Name In Full X | | | Driver License/Non Driver ID Number |

---

**SECTION B**

☐ **PARTNERSHIP WITH ASSUMED NAME** ("doing business as" or DBA name)
  ➢ // Enclose a copy of the partnership papers obtained from your County Clerk's office. The partnership papers must contain all partners' names and the DBA name.
Complete one section for each partner; if more than three, // attach additional pages. // Attach a copy of each partner's driver license. If a partner does not have a driver license, // attach a copy of one of the following: non-driver ID card, passport or resident alien card.

| 1. Last Name | First | MI | Date of Birth (Month/Day/Year) |
|---|---|---|---|
| Residence Address (Include Number and Street) | City | State   ZIP | Residence Phone No. (Area Code) ( ) |
| Please Sign Name In Full X | | | Driver License Number |
| 2. Last Name | First | MI | Date of Birth (Month/Day/Year) |
| Residence Address (Include Number and Street) | City | State   ZIP | Residence Phone No. (Area Code) ( ) |
| Please Sign Name In Full X | | | Driver License Number |
| 3. Last Name | First | MI | Date of Birth (Month/Day/Year) |
| Residence Address (Include Number and Street) | City | State   ZIP | Residence Phone No. (Area Code) ( ) |
| Please Sign Name In Full X | | | Driver License Number |

---

VS-1DRI (5/22)    

**PART 2 continued on next page**          **PAGE 1 OF 7**



**VS-1DRI Page 2**

PART 2 (Ownership ) CONTINUED FROM PAGE 1

☐ **CORPORATION** (Inc., Corp., Ltd.)
> ⟍ Enclose a copy of the filing receipt issued from the NYS Department of State: **(518) 473-2492 or dos.ny.gov**

☐ **CORPORATION WITH ASSUMED NAME** ("doing business as" or DBA name)
> ➤ Print corporation name below and ⟍ enclose a copy of the filing receipt with the assumed name issued from the NYS Department of State:
> **(518) 473-2492 or dos.ny.gov**
> Corporation Name_____

☐ **LIMITED LIABILITY COMPANY (LLC)**

For Inc., Corp., and Ltd., list corporate officers. **President, Secretary and Treasurer are required** (one person may be President, Secretary, and/or Treasurer). List stockholders and percentage of stock (not required for publicly-traded companies). For LLC, list all managing members. ⟍ Attach additional pages if needed. ⟍ Attach a copy of each listed person's driver license. (If any listed person does not have a driver license, ⟍ attach a copy of one of the following: non-driver ID card, passport or resident alien card. (Must ⟍ include documents to show company is publicly-traded.)

**SECTION C**

1. Last Name / First / MI / Date of Birth (Month/Day/Year)

Title (check all that apply)  ☐ President  ☐ Secretary  ☐ Treasurer  ☐ Member  ☐ Other____ / Percentage of Stock

Residence Address (Include Number and Street) / City / State / ZIP / Residence Phone No. (Area Code) ( )

Please Sign Name In Full  X / Driver License Number

2. Last Name / First / MI / Date of Birth (Month/Day/Year)

Title (check all that apply)  ☐ President  ☐ Secretary  ☐ Treasurer  ☐ Member  ☐ Other____ / Percentage of Stock

Residence Address (Include Number and Street) / City / State / ZIP / Residence Phone No. (Area Code) ( )

Please Sign Name In Full  X / Driver License Number

3. Last Name / First / MI / Date of Birth (Month/Day/Year)

Title (check all that apply)  ☐ President  ☐ Secretary  ☐ Treasurer  ☐ Member  ☐ Other____ / Percentage of Stock

Residence Address (Include Number and Street) / City / State / ZIP / Residence Phone No. (Area Code) ( )

Please Sign Name In Full  X / Driver License Number

**SECTION D**

☐ **EDUCATIONAL FACILITY** (School, BOCES)
> ➤ Print Superintendent's name below. No documents required for proof of business name.
> **Superintendent** (Name and Phone No.) _____

☐ **GOVERNMENT AGENCY** (State, County, City)
> ➤ Print Government Official's name below. No documents required for proof of business name.
> **Government Official** (Name and Phone No.) _____

Please enter information of supervising employee of facility who may be contacted regarding compliance issues.

1. Last Name / First / MI / Date of Birth (Month/Day/Year)

Contact Address (Include Number and Street) / City / State / ZIP / Contact Phone No. (Area Code) ( )

Email

Please Sign Name In Full  X / Driver License Number



**VS-1DRI Page 3**

| PART 3 | Complete all sections: |
| --- | --- |

**A.** Have you or any person named in this application ever had a financial interest in a DMV-regulated business that had its license, registration or certification denied, suspended or revoked in New York State? This includes an interest as owner, partner, corporate officer or stockholder holding more than ten percent of the stock, and includes matters now on appeal.  ☐ No  ☐ Yes

If "**YES**": Specify name and address of the person(s), business type, facility number, certified inspector number, date and action that was taken.

**B.** Are you, or is anyone named in this application, scheduled for a hearing or been notified of a pending hearing regarding a DMV Vehicle Safety issued business license, registration or certification?  ☐ No  ☐ Yes

If "**YES**": Specify name and address of the person(s), business type, facility number, certified inspector number, date and action that was taken.

**C.** Have you or any person named in this application been convicted of, or forfeited bail for, any misdemeanor or felony at any time?  ☐ No  ☐ Yes

If "**YES**": Name _____ Date of Birth _____

Conviction Date _____ Penalty _____ Court _____

Explain specific nature of offense _____

If you have additional offenses they must be reported on an ⁄⁄ attached sheet.

**D.** Does anyone else have a financial interest in your business that is not disclosed on this application?  ☐ No  ☐ Yes

If "**YES**":  Name _____

**E.** All applicants, except Inspection Stations and Transporters, must provide a copy of NYS Department of Taxation and Finance DTF-17A (Certificate of Authority) or your valid NYS issued tax ID number here: _____  **tax.ny.gov  or (518) 485-2889**

*Verify your ID is valid at https://www7b.nystax.gov/TIVL/tivlStart before submitting.

**F.** You must provide your Federal Employer Identification Number: _____  Do you have employees as defined by Worker's Compensation (see wcb.ny.gov)?  ☐ No  ☐ Yes  If "**YES**", ⁄⁄ attach a copy of Worker's Compensation and Disability Insurance coverage.

**G.** Have you or anyone named in Part 2 of this application ever held a business license, registration or certification for any of the types below?

☐ No  ☐ Yes  If "**YES**"  Check the type(s) below and current all current and previous facility/certified inspector numbers.

⁄⁄ Attach additional page, if needed.

☐ Retail Motor Vehicle Dealer, New    ☐ Dismantler    ☐ ATV Dealer    ☐ Inspection Station    ☐ Scrap Collector
☐ Retail Motor Vehicle Dealer, Other    ☐ Transporter    ☐ Salvage Pool    ☐ Qualified Dealer    ☐ Scrap Processor
☐ Wholesale Motor Vehicle Dealer    ☐ Boat Dealer    ☐ Repair Shop    ☐ Mobile Car Crusher    ☐ Certified Inspector
☐ Itinerant Vehicle Collector    ☐ Yacht Broker    ☐ Repair Shop disposing of major component scrap

Current facility/certified inspector numbers: _____

Previous facility/certified inspector numbers: _____

| PART 4 | **Place of business:**<br>**Do you** | ☐ **Own (complete Section A)** ⁄⁄ **Attach copy of tax bill or deed.**<br>*The name on the tax bill or deed must match the Business Name in Part 1.*<br>☐ **Lease (complete Sections A and B)** ⁄⁄ **Attach copy of your lease**<br>*The name on the tax bill or deed does not match the Business Name listed in Part 1*<br>☐ **Sublease (complete Sections A, B and C)** ⁄⁄ **Attach copy of your sublease**<br>☐ **Pending/Lease (complete Sections A and B)** ⁄⁄ **Attach notarized statement from property owner***<br>☐ **Pending/sublease (complete Sections A and B)** ⁄⁄ **Attach notarized statement from property owner*** |
| --- | --- | --- |

* Notarized statement from the property owner stating you will have permission to use location to operate your business (i.e. dealers can sell motor vehicles) upon application approval, describing exactly which portions of the building your business will occupy.

**A.  All applicants must complete this section.**

| Name of Property Owner | Phone No. (Area Code)<br>(   ) |
| --- | --- |
| Owner Mailing Address (Include Number and Street) | |

| City | | State | ZIP |
| --- | --- | --- | --- |

| Number of Years or Months Owned | Is this property zoned for all of the business type(s) you are applying for?  ☐ YES  ☐ NO |
| --- | --- |

**PLEASE NOTE:** If any of the leases will expire in the next six months, ⁄⁄ you must provide a letter from the **owner or lessor** stating the intention to renew that lease.  If you do not provide the required information with your application, the application will be **denied**.

**B.  If you are leasing or subleasing, complete this section.**

| Print the name the lease is in (Lessee Name) | | | | Phone No. (Area Code)<br>(   ) | |
| --- | --- | --- | --- | --- | --- |
| Business Address | City | State | ZIP | Must Have at Least Six-Month Lease<br>Expiration Date    /    / | |

**C.  If you are subleasing, complete this section.**

| Print the name the sublease is in (Sublessee Name) | | | | Phone No. (Area Code)<br>(   ) | |
| --- | --- | --- | --- | --- | --- |
| Business Address | City | State | ZIP | Must Have at Least Six-Month Lease -<br>Expiration Date    /    / | |

SAMPLE

**VS-1DRI Page 4**

 **Department of Motor Vehicles**

**DEALER/TRANSPORTER INFORMATION**

**Complete #1. Read #2 and #3**

1. Check business type(s) below:

☐ **Retail Motor Vehicle Dealer, New (franchised passenger cars, SUVs, light trucks, etc.)** – With one or more franchise agreements with one or more registered manufacturers to sell at retail a particular make of **new** motor vehicle. // You must include a copy of every franchise agreement with your application.

  Number of dealer demonstration plates requested_____.  Number of MV-50 books requested_____.

☐ **Retail Motor Vehicle Dealer, Other (motorcycles, trailers, used cars, RVs, heavy trucks, etc.)** – Engaged in retail or retail with wholesale buying, selling or dealing in motor vehicles, motorcycles, limited use vehicles or trailers of more than 1,000 pounds unladen weight (other than mobile homes).

  Number of dealer demonstration plates requested_____.  Number of MV-50 books requested_____.

☐ **Wholesale Motor Vehicle Dealer** – Engaged in buying, selling or dealing in motor vehicles, motorcycles or trailers at wholesale ONLY (cannot sell retail).

  Number of transporter plates requested_____.  Number of MV-50 books requested_____.

☐ **Boat Dealer** – Engaged in buying, selling or trading boats designed to have a motor, and that can be used to transport one or more people across water.

  Number of boat dealer demonstration numbers requested_____.  Number of dealer demonstration plates requested_____.

☐ **Transporter** – Requiring the limited operation of motor vehicles, motorcycles, limited use vehicles or trailers for the purpose of delivery, repair or improvements. Include a written statement with your application that explains, in detail, your business need for transporter plates.

  Number of transporter plates requested_____.

☐ **ATV Dealer** – engaged in buying, selling or trading ATVs.

☐ **Yacht Broker** – acts as an agent for either the buyer or the seller of a boat.

2. **All Motor Vehicle Dealers** are required to have in place (and filed with NYS DMV) a surety bond, in the appropriate amount, as follows:

  $20,000 – Retail or Wholesale Motor Vehicle Dealer (other than New) that sold 50 or fewer vehicles during the previous calendar year.

  $100,000 – Retail or Wholesale Motor Vehicle Dealer (other than New) that sold more than 50 vehicles during the previous calendar year.

  $50,000 – Retail Motor Vehicle Dealer, New (franchised passenger cars, SUVs, light trucks, etc.)

  Dealers selling only trailers, motorcycles, vehicles over 10,000 pounds, ATVs, boats, snowmobiles are exempt from the bond requirements.

  // **Form VS-3, Dealer Bond Under New York State Vehicle and Traffic Law Section 415(6-b), must be completed by the surety company. The form (copies accepted), with the surety company's seal, business name, address and signature of owner/partner/corporate officer/managing member, and power of attorney papers must be included with your application.**

3. **All Motor Vehicle Dealers** must enroll in and use the VERIFI electronic book of registry system. For more information visit www.VERIFINY.com

**ALL DEALER REGISTRATIONS (MOTOR VEHICLE, BOAT, TRANSPORTER, AND ATV) see VS-142, Dealer/Transporter Requirements.**

SAMPLE

**VS-1DRI Page 5**

 **Department of Motor Vehicles**

**REPAIR SHOP INFORMATION**

**Complete this section:**

| | |
|---|---|
| **1. Check one Repair Shop type:** ☐ Repair Shop | ☐ Body Repair Shop (over 50% of work is body repair) |
| ☐ Drive-in Appraisal | ☐ Mobile Repair Shop (repair shop on wheels) |

**2. Does your shop service motor vehicle air conditioning systems?** ☐ No ☐ Yes
⫽ If "Yes", you must send, with your application, a copy of Manufacturer's Certificate or a copy of invoice as proof of purchase of motor vehicle refrigerant recycling equipment, as required by Section 398-c of the New York State Vehicle and Traffic Law. For information about approved equipment visit: **epa.gov/ozone/title6/609/technicians/appequip.html**

**3. Repair Shop that disposes vehicular scrap.** ☐ No ☐ Yes
If "Yes", you are certifying as a repair shop that disposes major component parts (including transmissions, engines, noses, frames or bodies). Identify the scrap processors with which you will do business:

| Name | Address | Facility Number |
|---|---|---|
| | | |
| Name | Address | Facility Number |
| | | |
| Name | Address | Facility Number |
| | | |

**4. Zoning Approval:** If you are applying for a Repair Shop or Body Repair Shop registration, ⫽ you must enclose a certificate of occupancy, a local license, or a letter from your local authority stating that **"you may operate a Motor Vehicle Repair Shop"**. The letter from your local authority must be on its letterhead, be dated (not more than ten years old), and contain the following: the full name and address of your business, type of business, a statement that you may operate a Motor Vehicle Repair Shop at the location identified on your application, and the printed name and title of the official who prepares the letter. **OR** Provide proof that a registered repair shop is or was operating at that location. Provide the previous facility number, and the business name, if known:

Facility Number _____ Business Name _____

---

**REPAIR SHOP REGISTRATION – see VS-145, Repair Shop Requirements.**

---

SAMPLE

**VS-1DRI Page 6**

 **NEW YORK STATE OF OPPORTUNITY. | Department of Motor Vehicles**

**INSPECTION STATION INFORMATION**

---

**\*\*\*IMPORTANT NOTICE FOR PUBLIC EMISSIONS INSPECTION STATION LICENSE APPLICANTS\*\*\***

The number of public official emissions inspection stations allowed in each county of the State is capped.  Before you submit your application, check to see if the county you are applying in is at its maximum number.  If this county is at its maximum you can:

- Purchase an existing facility and attach form VS-95.
- Reserve a spot on the waitlist with form VS-94 (no need to submit an Original Facility Application at this time).

More information can be found at dmv.ny.gov/node/1906.  If you have questions about the Inspection Station Cap, call the DMV Vehicle Safety Application Unit at 518-474-0919.

---

**Complete this section:**

1. Check the type of station license you are requesting (only one):

   ☐ **Public Inspection Station** – Inspects vehicles for general public and must have a repair shop at the same location. *Please be sure to read the important notice above.*

   ☐ **Dealer Inspection Station** – Must have a dealer registration. Dealer business name and inspection station name must be the same. Inspects only vehicles owned by the dealership and its employees.

   ☐ **Fleet Inspection Station** – Business must have more than 25 vehicles registered in its name, and perform inspections only on its own vehicles and vehicles owned by employees of the firm.

   If you checked "Fleet Inspection Station", how many vehicles are registered in the business name? _____

2. Check the inspection group(s) for vehicles you intend to inspect, and for which you have the necessary space and equipment:

   **Group 1**   ☐ a & b      ☐ b only
   - a.  All passenger vehicles, suburbans, and trucks up to and including 18,000 pounds MGW. All public stations must have a NYVIP emissions system. For information on purchasing inspection equipment, call OPUS (Systech) at 1-866-623-8378.
   - b.  Trailers up to and including 18,000 pounds MGW

   **Group 2**   ☐ a & b      ☐ a only      ☐ b only
   - a. ● All motor vehicles over 18,000 pounds MGW
     - ● All motor vehicles that have an MGW over 10,000 pounds and under 18,001 pounds, when requested by the registrant
     - ● All motor vehicles with a seating capacity of more than fourteen passengers
     - ● All trailers that have an MGW over 18,001 pounds, and those trailers that have an MGW over 10,000 pounds and under 18,001 pounds, when requested by the registrant
   - b. ● All semi-trailers

   **Group 3**   ☐ Motorcycles
   **Group DL**   ☐ Diesel Emissions testing

3. If you will perform Diesel Emissions Inspections, print the manufacturer's name and the model number of the testing equipment here: _____
                                     (Manufacturer's Name)                         (Model Number)

4. What is the length and width (in feet) of your enclosed inspection area? _____ X _____ = _____
                                      (Length)    (Width)    (Total Area)

   What is the height of your overhead door (in feet)? _____
                             (Overhead Door Height)

5. Give the name and certificate number of each of the Certified Inspectors at your facility. //Attach an additional page if you need more room to list the inspectors. **You must have at least one full-time inspector.**

| Name | Certificate Number | Expiration Date |
| --- | --- | --- |
| | | |
| | | |

---

**INSPECTION STATION LICENSE – see VS-143, Inspection Station Requirements.**



**VS-1DRI Page 7**

## Your Original Facility Application is nearly complete.

**REMEMBER TO INCLUDE THE FEES ASSOCIATED WITH THIS APPLICATION!**

When you submit this application, you must submit a check or money order made payable to the Commissioner of Motor Vehicles.

Application and Business Fees: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $737.50

**NOTE**: If you are applying to be a Boat Dealer, Yacht Broker or ATV Dealer, the above fee may not be correct. Please contact Vehicle Safety at (518) 474-0919 for the correct fee for your application.

### CERTIFICATION
**(all applicants must complete this section)**

ALSE STATEMENTS ON THIS APPLICATION ARE PUNISHABLE BY LAW AND MAY RESULT IN DENIAL, SUSPENSION, OR REVOCATION OF YOUR BUSINESS CERTIFICATE(S). I certify that I am the owner, partner, officer or managing member of the facility named on this application. I further certify that: The facility applying for registration as a motor vehicle dealership is not a franchiser, manufacturer, distributor, distributor branch or factory branch as defined in section §462 of the New York State Vehicle and Traffic Law, nor is the facility a subsidiary, affiliate, or controlled entity thereof; the facility applying for registration as a motor vehicle dealership is, and will remain, in compliance with all state and local laws and regulations, and it will enroll in and use the VERIFI program if registered as a motor vehicle dealership; and all information provided in this application is true. I understand that making a false statement on this application or submitting any documentation in support of this application that is false may be punishable as a criminal offense.

| Name | Date of Birth (Month/Day/Year) |
|---|---|

Business e-mail address

| Residence Address (Include Number and Street) | City | State | ZIP |
|---|---|---|---|

| Please Sign Name In Full | Title | Date (Month/Day/Year) |
|---|---|---|

---

PLEASE REVIEW THE REQUIREMENT CHECKLIST(S). YOU MUST MEET ALL REQUIREMENTS TO BE APPROVED.

➢ *Have you completed the entire application?*

➢ *Have you signed the application?*

➢ *Have you included your check or money order for the application and registration/licensing fees? (NO STARTER CHECKS ACCEPTED)*

➢ *Make your check or money order payable to: Commissioner of Motor Vehicles*

➢ Return this completed application along with all REQUIRED ATTACHMENTS by mail to:

**Vehicle Safety Services**
**Application Unit**
**6 Empire State Plaza, Room 220**
**Albany NY 12228-0001**

If you need assistance, call the Office of Vehicle Safety Application Unit at  518-474-0919.

Forms are available at dmv.ny.gov

SAMPLE

**VS-2**



VS-2 (5/22)

## FACILITY RENEWAL APPLICATION
You can renew online at dmv.ny.gov/facrenew

**INSTRUCTIONS**

PAY THIS AMOUNT

> Answer questions 1 and 2 and any other questions that apply.
> The total shown as "Pay This Amount" is for renewal of all businesses listed above. If you do not want to renew one or more of these business certificates, pay only for the businesses you want to renew; cross out the others.
> If your facility name, location, ownership or corporate officers have changed, you must file form MV-253G, Request for Business Amendment/ Duplicate Certificate, which is available on the DMV website at dmv.ny.gov/forms/mv253g.pdf
> Make check (NO STARTER CHECKS) or money order for renewal(s) payable to **Commissioner of Motor Vehicles**.
> Mail this application and payment to **Bureau of Consumer and Facility Services, PO Box 2700, Albany NY 12220-0700.**
> **Dealers and Transporters**: If you have dealer and/or transporter plates, you **must renew** your business registration before you can renew your plates.

**QUESTIONS** (Answer questions 1 and 2 and any other questions that apply.)

1. Since your last registration was issued, has an owner, partner or corporate officer been convicted of or forfeited bail for any felony or misdemeanor? ☐ Yes ☐ No   If Yes, give information below about the person convicted. If more than one conviction, write the information on the back of this form.

| Name | Birth Date | Nature of Offense | Penalty Imposed | Conviction Date | In What Court |
|------|-----------|-------------------|-----------------|-----------------|---------------|
|      |   /   /   |                   |                 |   /   /         |               |

2. Federal Employer ID No. (required by New York State Tax Law for businesses that hire employees)_____

3. **Repair Shops:**
   a) Does over 50% of your work involve paint/body/frame/collision repairs? ☐ Yes ☐ No
   b) Does your shop service motor vehicle air conditioning systems? ☐ Yes ☐ No   If Yes, does your shop have approved motor vehicle refrigerant recycling equipment as required by §398-c(2)(c) of the New York State Vehicle and Traffic Law? ☐ Yes ☐ No

4. **Vehicle Dealers:**
   a) How many vehicles did you sell during the previous calendar year?_____
   b) Do you have a continuous bond in the correct amount in effect? ☐ Yes ☐ No
   c) Are you exempt from the bond due to the sale of only trailers, motorcycles, vehicles over 10,000 lbs., ATVs, boats or snowmobiles? ☐ Yes ☐ No
   d) New Motor Vehicle Dealers Only:
      Have you added or dropped any franchise agreements since your last renewal? ☐ Yes ☐ No   If Yes, send documentation.
   e) Is the facility a franchisor, manufacturer, distributor, distributor branch or factory branch as defined in §462 of the New York State Vehicle and Traffic Law, or is it a subsidiary, affiliate, or controlled entity thereof? ☐ Yes ☐ No

5. **Inspection Stations:** Please provide the name and certification number of one of your full time inspectors.
   Name:_____   Certification Number:_____

6. **Vehicle Dismantlers and Salvage Pools:** Those doing business in Queens, Kings, Richmond, Bronx and New York counties must include photocopies of valid New York City licenses for Secondhand Dealer General and Secondhand Dealer Auto with this application.
   Does your facility have approved motor vehicle refrigerant recycling equipment as required by NYS Vehicle and Traffic Law §415-a(2)? ☐ Yes ☐ No
   If Yes, send a manufacturer's certificate, or invoice with proof of payment, containing the name and address of the facility and the manufacturer, date purchased and serial number of the unit purchased.

7. **Auto Brokers:** New York State General Business Law §740-a requires every automobile broker to obtain, and continue in effect, a surety bond in the amount of $100,000. Each renewal applicant must provide a copy of a sealed and signed surety bond, including power of attorney papers, that is in effect in the amount of $100,000. Please attach a copy of your surety bond and power of attorney papers when you renew.
   Annual volume of vehicles brokered:_____

**CERTIFICATION:** Under penalty of perjury, I certify that I am the owner, partner or officer of the facility named on this application, and that the information contained in this application is true. I understand that making a false statement on this application, or submitting any documentation in support of this application that is false, may be punishable as a criminal offense.

| Date | Signature | Print Name of Person Signing | Title |
|------|-----------|------------------------------|-------|
| Residence Address | | Email Address | Home Tel. No. (      ) | Business Tel. No. (      ) |

A-36

**MANUFACTURER'S CERTIFICATE OF ORIGIN**





## CERTIFICATE OF ORIGIN FOR A VEHICLE

Y00632

| | | |
|---|---|---|
| DATE | | INVOICE NO. |
| 11/24/87 | | 1A010645819 |
| VEHICLE IDENTIFICATION NO. | YEAR | MAKE |
| 1GCGG35K9J7123259 | 1988 | CHEVROLET |
| BODY TYPE | | SHIPPING WEIGHT |
| HD-CHEVY VAN | | 4498 |
| H.P. (S.A.E.)   G.V.W.R | NO. CYLS. | SERIES OR MODEL |
| 51.2      8600 | 08 | CG31305 |

| N.T.R. | CAPACITY | H.P.(J245) |
|---|---|---|
| 1    TON | N/A | 195 |

I, the undersigned authorized representative of the company, firm or corporation named below, hereby certify that the new vehicle described above is the property of the said company, firm or corporation and is transferred on the above date and under the Invoice Number indicated to the following distributor or dealer.

NAME OF DISTRIBUTOR, DEALER, ETC.

```
02440   716DDU
JIM SMITH CHEVROLET, INC.
PO BOX 363
SPRING VALLEY   NY  10977-0363
```

It is further certified that this was the first transfer of such new vehicle in ordinary trade and commerce.

CHEVROLET MOTOR DIVISION
GENERAL MOTORS CORPORATION

BY: _____
(SIGNATURE OF AUTHORIZED REPRESENTATIVE)      (AGENT)

G10907976

30007 VAN DYKE, WARREN MI 48090
CITY - STATE

**MANUFACTURER'S CERTIFICATE OF ORIGIN (BACK)**

SAMPLE

SAMPLE

**AUTHORIZATION FOR DEALER TO RECEIVE CERTIFICATE OF TITLE ON BEHALF OF OWNER**

(DEALER LETTERHEAD)

AUTHORIZATION FOR DEALER TO RECEIVE
CERTIFICATE OF TITLE ON BEHALF OF OWNER

Instructions:

1.   The owner must complete and sign this authorization statement.

2.   Enclose a stamped envelope, addressed to the dealer but with the owner's name and address in the upper left hand corner.

3.   If applying for a duplicate title, the owner must also complete and sign the Application for Duplicate Certificate of Title (form MV-902), and provide a check or money order for $3.00, payable to the Commissioner of Motor Vehicles and photocopies of the required proofs of identity.

4.   Forward all items to the:
        Title Bureau
        New York State Department of Motor Vehicles
        6 Empire State Plaza
        Albany, New York 12228

5.   When the title is received, the owner must complete and sign the reverse of the Certificate of Title to transfer ownership to the dealer.

Authorization:

I hereby authorize   _____

        Name of Dealer   _____

        Address of Dealer   _____

                          _____

Dealer's NYS Business Registration Number   _____

to receive, on my behalf, a Certificate of Title for the vehicle described below.

_____
Vehicle Identificaition Number

_____
Plate Number                                Year                        Make

_____

                                        Signature
Date_____   Vehicle Owner_____

SAMPLE

## LEMON LAW NOTIFICATION

(DEALER/MANUFACTURER LETTERHEAD)

To:  Commissioner of Motor Vehicles

The vehicle listed below has been returned by the purchaser because it does not conform to its warranty.

_____
Vehicle Identificaition Number

_____
Vehicle Make                                          Year

                              _____
                                          AUTHORIZED SIGNATURE


_____    _____
DMV BUSINESS REGISTRATION                  DEALERSHIP/MANUFACTURER NAME
NUMBER (if dealer)


Attach the Title Certificate (MV-999), and the Authorization for Dealer to Receive Duplicate Certificate of Title on Behalf of Owner) to this sheet and return to:

       Title Bureau
       N.Y.S Department of Motor Vehicles
       6 Empire State Plaza
       Albany, NY  12228

A replacement title will be sent once this paperwork is submitted.



CR-78 (7/22)