IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLENN C. ELFE )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>26 MOTORS CORP., )<br>KYLE MERRITT, )<br>CHINO GERMINAL LANTIGUA, )<br>JOHN DOE #3 a/k/a MANAGER, )<br>WELLS FARGO BANK, N.A., )<br>L.J. MARCHESE CHEVROLET, INC., and )<br>MICHELLE BAILEY, )<br>)<br>    Defendants. ) | Case No.:22-cv-9385(RA) |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 1:3 of the Local Rules of the United States Court for the Southern District of New York, Thomas R. Breeden hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Glenn C. Elfe in the above-captioned action.

1.  Applicant's residential address:

    Thomas R. Breeden
    101 Smith Heritage Lane
    Boston, Virginia 22713

2.  Applicant's office address, telephone number, facsimile number and email address is:

    Thomas R. Breeden
    Thomas R. Breeden, P.C.
    10326 Lomond Drive
    Manassas, Virginia 20109
    Telephone No.: (703) 361-9277
    Facsimile No.: (703) 337-0441
    Email: trb@tbreedenlaw.com

3.  I am in good standing of the bar(s) of the state(s) of and there are no pending disciplinary

proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been suspended disbarred or denied admission or readmission by any court. My firm has been censured by a court, based on an associate's filings in a case. I have attached the affidavit pursuant to Local Rule 1.3.

- Supreme Court of Virginia (1991);
- U.S. District Court for the Eastern District of Virginia (1992); and
- U.S. District Court for the Western District of Virginia (1999).

4. Thomas R. Breeden is in good standing and eligible to practice in all courts to which is admitted, see attached.

5. Local counsel's address, telephone number, facsimile number and email address is:

Brian L. Bromberg
Bromberg Law Office, P.C.
352 Rutland Road #1
Brooklyn, New York 11225
Telephone No.: (212) 248-7906
Facsimile No.: (212) 248-7908
Email: brian@bromberglawoffice.com

The required fee of $200.00 will be submitted.

Dated: Manassas, Virginia
February 2, 2023

By: /s/Thomas R. Breeden
One of Plaintiff's Attorneys

Thomas R. Breeden (VSB No. 33410)
Thomas R. Breeden, P.C.
10326 Lomond Drive
Manassas, Virginia 20109
Telephone No.: (703) 361-9277
Facsimile No.: (703) 337-0441
Email: trb@tbreedenlaw.com

Brian L. Bromberg
Bromberg Law Office, P.C.
352 Rutland Road #1
Brooklyn, New York 11225
Telephone No.: (212) 248-7906
Facsimile No.: (212) 248-7908
Email: brian@bromberglawoffice.com

## CERTIFICATE OF SERVICE

      I hereby certify that on February 2, 2023, a copy of the foregoing Motion for Admission Pro Hac Vice was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Brian L. Bromberg, Esq.
Bromberg Law Office, P.C.
352 Rutland Road #1
Brooklyn, New York 11225
Email: brian@bromberglawoffice.com

David G. Murphy, Esq.
Reed Smith LLP
506 Carnegie Center, Suite 300
Princeton, NJ 08540
Email: dmurphy@reedsmith.com

Patrick Lyndon Selvey, Jr., Esq.
H. Nicholas Goodman, Esq.
Nicholas Goodman & Associates, PLLC
333 Park Avenue South, Suite 3A
New York, NY 10010
Email: Ngoodman@ngoodmanlaw.com

Dated: February 2, 2023

                                                 By: /s/Thomas R. Breeden
                                                 One of Plaintiff's Attorneys
                                                 Thomas R. Breeden (VSB No. 33410)
                                                 Thomas R. Breeden, P.C.
                                                 10326 Lomond Drive
                                                 Manassas, Virginia 20109
                                                 Telephone No.: (703) 361-9277
                                                 Facsimile No.: (703) 337-0441
                                                 Email: trb@tbreedenlaw.com