## AFFIDAVIT OF THOMAS R. BREEDEN IN SUPPORT OF HIS MOTION TO APPEAR PRO HAC VICE IN THE SOUTHERN DISTRICT OF NEW YORK DISTRICT COURT

I, Thomas R. Breeden, under penalties of perjury hereby declare and state:

1. I have never been convicted of a felony;

2. I have never been suspended, disbarred an/or denied admission or readmission by any court. I was reprimanded by the Virginia State Bar in 2010 for failing to supervise an associate attorney. The associate attorney had filed a Fair Debt Collection Practices Act claim, and failed to timely respond to a Motion to Dismiss and failed to otherwise argue in support of the claim. As a result, the associate, the firm and the client were sanctioned by the Court in the amount of $16,000.00. Upon learning of this, I paid the sanctions to ensure that the client was not adversely affected by the associate's negligence.

3. There are no disciplinary proceedings presently against me.

Dated: 1/17/2023

_____
Thomas R. Breeden

COMMONWEALTH OF VIRGINIA;
COUNTY OF PRINCE WILLIAM; to wit:

Subscribed and sworn to before me in my aforesaid jurisdiction by Thomas R. Breeden on this 17th day of January, 2023.

_____
Notary Public

My Commission Expires: 1/31/2025

KATHRYN PINSON OUTLAND
NOTARY PUBLIC
REGISTRATION # 359380
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
JANUARY 31, 2025