IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLENN C. ELFE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>26 MOTORS CORP., )<br>KYLE MERRITT, )<br>CHINO GERMINAL LANTIGUA, )<br>JOHN DOE #3 a/k/a MANAGER, )<br>WELLS FARGO BANK, N.A., )<br>L.J. MARCHESE CHEVROLET, INC., and )<br>MICHELLE BAILEY, )<br>)<br>Defendants. ) | Case No.:22-cv-9385(RA) |

## ORDER FOR ADMISSION *PRO HAC VICE*

The Motion of Thomas R. Breeden for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the Commonwealth of Virginia; and that his contact information is as follows:

Thomas R. Breeden
Thomas R. Breeden, P.C.
10326 Lomond Drive
Manassas, Virginia 20109
Telephone No.: (703) 361-9277
Facsimile No.: (703) 337-0441
Email: trb@tbreedenlaw.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Glenn C. Elfe in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys.

Dated: _____                    _____
                                                                                                         United States District/Magistrate Judge