IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLENN C. ELFE ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No.:22-cv-9385(RA) |
| ) | |
| 26 MOTORS CORP., ) | |
| KYLE MERRITT, ) | |
| CHINO GERMINAL LANTIGUA, ) | |
| JOHN DOE #3 a/k/a MANAGER, ) | |
| WELLS FARGO BANK, N.A., ) | |
| L.J. MARCHESE CHEVROLET, INC., and ) | |
| MICHELLE BAILEY, ) | |
| ) | |
|     Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2023, a copy of the foregoing Motion for Admission Pro Hac Vice was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Brian L. Bromberg, Esq.
Bromberg Law Office, P.C.
352 Rutland Road #1
Brooklyn, New York 11225
Email: brian@bromberglawoffice.com

David G. Murphy, Esq.
Reed Smith LLP
506 Carnegie Center, Suite 300
Princeton, NJ 08540
Email: dmurphy@reedsmith.com

Patrick Lyndon Selvey, Jr., Esq.
H. Nicholas Goodman, Esq.
Nicholas Goodman & Associates, PLLC

333 Park Avenue South, Suite 3A
New York, NY 10010
Email: Ngoodman@ngoodmanlaw.com
Email: pselvey@ngoodmanlaw.com

Dated: February 3, 2023
       Brooklyn, New York

                                                          By: */s/ Brian L. Bromberg*
Brian L. Bromberg
Attorney for Plaintiff
Bromberg Law Office, P.C.
352 Rutland Road #1
Brooklyn, New York 11225
Email: brian@bromberglawoffice.com