IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLENN C. ELFE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.:22-cv-9385(RA) |
| ) | |
| 26 MOTORS CORP., ) | |
| KYLE MERRITT, ) | |
| CHINO GERMINAL LANTIGUA, ) | |
| JOHN DOE #3 a/k/a MANAGER, ) | |
| WELLS FARGO BANK, N.A., ) | |
| L.J. MARCHESE CHEVROLET, INC., and ) | |
| MICHELLE BAILEY, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1:3 of the Local Rules of the United States Court for the Southern District of New York, Thomas R. Breeden hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Glenn C. Elfe in the above-captioned action.

1. Applicant's residential address:

   Thomas R. Breeden
   101 Smith Heritage Lane
   Boston, Virginia 22713

2. Applicant's office address, telephone number, facsimile number and email address is:

   Thomas R. Breeden
   Thomas R. Breeden, P.C.
   10326 Lomond Drive
   Manassas, Virginia 20109
   Telephone No.: (703) 361-9277
   Facsimile No.: (703) 337-0441
   Email: trb@tbreedenlaw.com

3. I am in good standing of the bar(s) of the state(s) of and there are no pending disciplinary

1

proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been suspended disbarred or denied admission or readmission by any court. My firm has been censured by a court, based on an associate's filings in a case.

I have attached the affidavit pursuant to Local Rule 1.3.

- Supreme Court of Virginia (1991);
- U.S. District Court for the Eastern District of Virginia (1992); and
- U.S. District Court for the Western District of Virginia (1999).

4. Thomas R. Breeden is in good standing and eligible to practice in all courts to which is admitted, see attached.

5. Local counsel's address, telephone number, facsimile number and email address is:

Brian L. Bromberg
Bromberg Law Office, P.C.
352 Rutland Road #1
Brooklyn, New York 11225
Telephone No.: (212) 248-7906
Facsimile No.: (212) 248-7908
Email: brian@bromberglawoffice.com

The required fee of $200.00 will be submitted.

Dated: February 6, 2023

By: _____
Thomas R. Breeden

By: _____
Brian L. Bromberg

Thomas R. Breeden (VSB No. 33410)
Thomas R. Breeden, P.C.
10326 Lomond Drive
Manassas, Virginia 20109
Telephone No.: (703) 361-9277
Facsimile No.: (703) 337-0441
Email: trb@tbreedenlaw.com

2

Brian L. Bromberg
Bromberg Law Office, P.C.
352 Rutland Road #1
Brooklyn, New York 11225
Telephone No.: (212) 248-7906
Facsimile No.: (212) 248-7908
Email: brian@bromberglawoffice.com