AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| Glenn C. Elfe | ) |
| *Plaintiff* | ) |
| v. | ) |
| 26 Motors Corp., et al. | ) |
| *Defendant* | ) |

Case No.    22-cv-9385(RA)

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Glenn C. Elfe                                                                                                .

Date:    02/10/2023

/s/Thomas R. Breeden
*Attorney's signature*

Thomas R. Breeden
*Printed name and bar number*

10326 Lomond Drive
Manassas, Virginia 20109
Admitted Pro Hac Vice

*Address*

trb@tbreedenlaw.com
*E-mail address*

703-361-9277
*Telephone number*

703-337-0441
*FAX number*