# Exhibit A

GLENN C. ELFE

Plaintiff

vs

26 MOTORS CORP., ET AL

Defendant

20230209125056

DISTRICT Court Of NEW YORK

DISTRICT Venue

Docket Number: 1 22 CV 9385 RA

**Person to be served** (Name and Address):
CHINO GERMINAL LANTIGUA
19275 NW 2ND AVE
MIAMI GARDENS FL 33014
**By serving:** CHINO GERMINAL LANTIGUA

**Attorney:** BRIAN L. BROMBERG, ESQ.

**Papers Served:** SUMMONS AND FIRST AMENDED COMPLAINT, EXHIBITS,

**Service Data:**   [ ] Served Successfully   [X] Not Served

**AFFIDAVIT OF NON SERVICE**
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ _____.____

Name of Person Served and relationship/title:

_____

_____

Date/Time: _____   2/15/2023 2:09 PM

[ ] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[ ] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

**Description of Person Accepting Service:**

SEX:____ AGE:_____ HEIGHT:_____ WEIGHT:_____ SKIN:_____ HAIR:_____ OTHER:_____

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] Appears vacant
[ ] No response on:   Date/Time: _____
                     Date/Time: _____
                     Date/Time: _____

Other:
*SOFLO - 2/15/2023 2:09:03 PM - ENTITY IS UNKNOWN AT THIS LOCATION.

**To Be Used Where Electronic Signature Not Available**
Served Data:
Subscribed and Sworn to me this
24th day of February, 20 23
Notary Signature: _____

Name of Notary Public State of Florida Commission Expiration
Radames Domenech
My Commission GG 350150
Expires 07/15/2023

Name of Private Server: _____

**Docusign Court Approved E-Signature**

I, Luis Mesa,
was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Server   2/24/2023 Date

Address: 2009 Morris Avenue UNION, NJ 07083   Phone: (800) 672-1952