UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GLENN C. ELFE,

                                         **Plaintiff,**

Case No. 22-CV-9385 (RA)

- against -

**CORPORATE**
**DISCLOSURE STATEMENT**

**26 MOTORS CORP., KYLE MERRITT,**
**CHINO GERMINAL LANTIGUA,**
**JOHN DOE #3 a/k/a MANAGER, WELLS**
**FARGO BANK, N.A., L.J. MARCHESE**
**CHEVROLET, INC., and MICHELLE BAILEY,**

                                           **Defendants.**
-------------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel of record for Defendant 26 MOTORS CORP., hereby certifies that the 26 MOTORS CORP. does not have any parent corporations, and that no publicly held corporation holds 10% or more of its stock.

Dated: New York, New York
        April 3, 2023

                                        Yours, etc.
                                         NICHOLAS GOODMAN & ASSOCIATES, PLLC

                           BY: _____
                                         H. Nicholas Goodman
                                         *Attorneys for Defendants*
                                         26 MOTORS CORP., L.J. MARCHESE
                                         CHEVROLET, INC., and MICHELLE BAILEY
                                         333 Park Avenue South, Suite 3A
                                         New York, New York 10010
                                         (212) 227-9003