UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
GLENN C. ELFE,

                        Case No. 22-CV-9385 (RA)

             **Plaintiff,**

- against -                                  CORPORATE DISCLOSURE
                                                            STATEMENT

**26 MOTORS CORP., KYLE MERRITT,
CHINO GERMINAL LANTIGUA,
JOHN DOE #3 a/k/a MANAGER, WELLS
FARGO BANK, N.A., L.J. MARCHESE
CHEVROLET, INC., and MICHELLE BAILEY,**

                 **Defendants.**
-----------------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel of record for Defendant L.J. MARCHESE CHEVROLET, INC. hereby certifies that this Defendant does not have a corporate parent, and that no publicly held corporation holds 10% or more of the stock in it.

Dated: New York, New York
        April 17, 2023

                                              Yours, etc.
                                              NICHOLAS GOODMAN & ASSOCIATES, PLLC

                                         BY:_____
                                            H. Nicholas Goodman
                                            *Attorneys for Defendants*
                                            26 MOTORS CORP., L.J. MARCHESE, INC.
                                            and MICHELLE BAILEY
                                            333 Park Avenue South, Suite 3A
                                            New York, New York 10010
                                            (212) 227-9003
                                            ngoodman@ngoodmanlaw.com