

**3981 Boston Rd Bronx, NY 10466**
**Phone: (718) 231-2626**

RECEIPT

| CUSTOMER | |
|---|---|
| ELFE, GLENN C<br>400 KING STREET<br>WESTBURY, NY 11590 | |

| RECEIPT # |
|---|
| 10000123 |
| DATE |
| 08/25/21  113618 |
| AMOUNT |
| 15000.00 |

```
Payment Received:                                                      15000.00
        CHECK   515948
                                        Total Received:                15000.00

Payment Applied To: 18 PORCHE PANAMERA--ELFE, GLEN
    M1100 : M103036 : M103036                                          15000.00
                                        Total Applied:                 15000.00
```

**EXHIBIT 2**

© 2018 DEALERTRACK TECHNOLOGIES - Dealership Application Group