Retail
**VEHICLE INVOICE**

03036M

**L.J. Marchese**
**CHEVROLET, Inc.**
P.O. Box 1000, Route 9W
FORT MONTGOMERY, N.Y. 10922
(845) 446-4718

SALESMAN: Michelle Bailey

SOLD TO:
ADDRESS: Glenn C Elfe
400 King St
Westbury, NY 11590
Phone: (347) 806-8605

DATE: 8/24/2021

| | YEAR | MAKE | NEW OR USED | STOCK NUMBER | MODEL | COLOR | MVI NUMBER | KEY NUMBERS |
|---|---|---|---|---|---|---|---|---|
| VEHICLE SOLD | 2018 | PORSCHE | U | 03036M | PANAMERA 4 | WHITE | WP0AA2A77JL103036 | |
| TRADE IN | 2011 | Porsche | | | Panamera | Black | WP0AA2A78BL011970 | |

**OPTIONAL EQUIPMENT AND ACCESSORIES**
DESCRIPTION

PRICE OF CAR: 90,695.00
OPTIONAL EQUIP & ACCESS: N/A

**REBATES**

Odometer: 31,690
LIEN:
WELLS FARGO AUTO
PO BOX 997517
SACRAMENTO, CA 95899

N.Y.S. FACILITY I.D. NO. 7069170

Dealer's optional fee for processing application for registration and/or certificate of title; and for securing special or distinctive plates (if applicable). **THIS IS NOT A DMV* 75.00.** The optional dealer registration or title application processing fee ($75.00 maximum) and special plate processing fee ($5.00 maximum) are not New York State or Department of Motor Vehicle fees. Unless a lien is being recorded or the dealer issued number plates, you may submit your own application for registration and/or certificate of title or for a special or distinctive plate to any motor vehicle issuing office.

Registration: 226.00
SALES TAX Nassau 8.6250: 6,261.51
INSPECTION: N/A
DEALERS FEE: 175.00
LICENSE AND TITLE: (NOT INCLUDED)

TOTAL CASH PRICE: 97,357.51
DEPOSIT: N/A
CASH ON DELIVERY: 15,000.00
TRADE-IN: 18,097.84
PAYOFF: 23,097.84
EQUITY: -5,000.00    -5,000.00
TYPE: 2011 Porsche Panamera
SERIAL NO: WP0AA2A78BL011970

**MANUFACTURER'S LIMITED WARRANTIES - NEW VEHICLES**
ANY WARRANTIES ON NEW VEHICLES OR PRODUCTS SOLD UNDER THIS CONTRACT ARE THOSE MADE BY THE MANUFACTURER. THE SELLER (SELLING DEALER) HEREBY SPECIFICALLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE AND (SELLING DEALER) DOES NOT ASSUME AND DOES NOT AUTHORIZE ANY OTHER PERSON TO ASSUME FOR (SELLING DEALER) OR IMPOSE UPON (SELLING DEALER) ANY LIABILITY IN CONNECTION WITH THE SALES OF SAID VEHICLE OR PRODUCTS.

**LIMITED WARRANTIES ON USED VEHICLES**
IF THE VEHICLE SOLD HEREUNDER IS A USED VEHICLE, THE SELLER HEREBY SPECIFICALLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND THE SELLING DEALER DOES NOT ASSUME AND DOES NOT AUTHORIZE ANY OTHER PERSON TO ASSUME FOR SELLING DEALER OR IMPOSE UPON SELLING DEALER ANY LIABILITY IN CONNECTION WITH THE SALE OF THE USED VEHICLE, UNLESS AS MAY BE OTHERWISE SPECIFICALLY PROVIDED IN WRITING, IN WHICH CASE THE WARRANTY AGREEMENT MUST BE SEPARATELY ATTACHED TO THIS CONTRACT, SIGNED BY SELLING DEALER TO BE BINDING ON SELLING DEALER.

AMOUNT FINANCED: 87,357.51

**NOTICE TO USED VEHICLE BUYER**
IF THIS MOTOR VEHICLE IS CLASSIFIED AS A USED MOTOR VEHICLE, THE SELLING DEALER CERTIFIES THAT THE ENTIRE VEHICLE IS IN CONDITION AND REPAIR TO RENDER, UNDER NORMAL USE, SATISFACTORY AND ADEQUATE SERVICE UPON THE PUBLIC HIGHWAY AT THE TIME OF DELIVERY.

TOTAL: 87,357.51

EXHIBIT 3