

**Exhibit 6**