**BROMBERG LAW OFFICE, P.C.**

Brian L. Bromberg (Admitted in NY, NJ & CA)                    352 Rutland Road #1
                                                               Brooklyn, NY 11225
                                                               Phone: (212) 248-7906
                                                               Fax:   (212) 248-7908

June 1, 2023

<u>Via ECF</u>
Honorable Ronnie Abrams, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   <u>*Elfe v. 26 Motors Corp., et al.*, 22-CV-9385 (RA)</u>

Dear Judge Abrams:

     My office, together with my co-counsel, Thomas R. Breeden, Esq., represents the plaintiff, Glenn C. Elfe, in the above referenced case. I am writing to request a 45-day adjournment of tomorrow's initial conference. I am making this request because the Second Amended Complaint is out for service on all but one party. There is one party for whom Plaintiff has not been able to find an address, Moshe Pourad, and H. Nicholas Goodman, Esq. has advised that he is attempting to obtain a current home address. All counsel of record consent to Plaintiff's adjournment-request.

Respectfully,


<u>/s/ *Brian L. Bromberg*</u>
Brian L. Bromberg


cc:   All Counsel of Record (Via ECF)