ATTORNEY(S): Bromberg Law Office, P.C.
INDEX #: 22-CV-9385 (RA)
PURCHASED/FILED:
STATE OF: NEW YORK
COURT: U.S. District
COUNTY/DISTRICT: Southern Dist.

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Glenn C. Elfe

Plaintiff(s)

against

26 Motors Corp., et al

Defendant(s)

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**

Approx. Age: 40 yrs
Weight: 200 lbs   Height: 5' 0"   Sex: Female   Color of skin: White
Hair color: Black   Other:

**Robert Guyette**, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on **June 2, 2023**, at **11:00 AM**, at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:

**Summons in A Civil Action & Second Amended Complaint**

on

**26 Motors Queens Inc. d/b/a 26 Motors**

the Defendant in this action, by delivering to and leaving with **Colleen Banahan** AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40 dollars; That said service was made pursuant to Section **BUSINESS CORPORATION LAW §306**.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this
2nd day of June, 2023

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2027

Robert Guyette

Invoice·Work Order # 2323576
Attorney File # **Elfe**