20230530142241

# UNITED STATES DISTRICT COURT
## District of New York

## AFFIDAVIT OF SERVICE



*240142*

Index no : 22-CV-9385 (RA)

**Glenn C. Elfe**

        Plaintiff(s),

vs.

**26 Motors Corp., et al**

        Defendant(s).

STATE OF CONNECTICUT      ss: East Hartford
**HARTFORD COUNTY**

**Theresa Barnes**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of Connecticut.

On **06/05/2023** at **11:45 AM**, I served the within **Summons and Second Amended Complaint with Exhibts** on **Kyle Merritt** at **19 Hawthorne Cove, Danbury, CT 06810** in the manner indicated below:

SUITABLE AGE: By delivering a true copy of each to **Marian Merritt, Spouse**, a person of suitable age and discretion. Said premises is recipient's usual place of abode within the state.

(2)
Pursuant to CPLR-Section 308(X), on **06/07/2023**, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope not indicating that the mailing was from and attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Blonde | 56 | 5'9" | 150 |
| Other Features: | | | | | |

Your deponent asked the person spoken to whether the Recipient was in the active military service and received a negative reply. Upon information and belief I have; being based on the conversations and observations above narrated, Recipient is not in the military service.

Sworn to and subscribed before me on
June 07, 2023
by an affiant who is personally known to
me or produced identification.

X_____
Theresa Barnes
Guaranteed Subpoena
2009 Morris Avenue
Union, NJ 07083
1800 672-1952
Atty File#:

_____
NOTARY PUBLIC
My Commission Expires: _____

**AMY J. CHANTRY**
*NOTARY PUBLIC*
My Commission Expires Mar. 31, 2028