

20230609104540

| | |
|---|---|
| AO 440 (Rev. 06/12) Summons in a Civil Action | **RETURN OF SERVICE** |

| | |
|---|---|
| SERVICE OF: | **SUMMONS, SECOND AMENDED COMPLAINT, EXHIBITS** |
| EFFECTED (1) BY ME: | Luis Mesa |
| TITLE: | **PROCESS SERVER** |
| | DATE: 6/15/2023 3:20:37 PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant

YOSEF AYZENCOT

Place where served:

1830 NE 193RD STREET   MIAMI FL  33179

[ ] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

YOSEF AYZENCOT

Relationship to defendant   **SELF**

Description of Person Accepting Service:

SEX: M   AGE: 36-50   HEIGHT: 5'4"-5'8"   WEIGHT: 161-200 LBS.   SKIN: WHITE   HAIR: BLACK   OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.____   SERVICES $ _____.____   TOTAL $ _____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Docusign Court Approved E-Signature

DATE: 6/20/2023            Luis Mesa                L.S.

SIGNATURE OF
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:     BRIAN L. BROMBERG, ESQ.
PLAINTIFF:     GLENN C. ELFE
DEFENDANT:  26 MOTORS CORP., ET AL
VENUE:          DISTRICT
DOCKET:        1 22 CV 9385 RA
COMMENT: