UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: BROMBERG LAW OFFICE, P.C. - 1146

GLENN C ELFE

Plaintiff(s)

Index #: 22-CV-9385 (RA)

-against-

Date Filed:

26 MOTORS CORP. ETAL

**AFFIDAVIT OF SERVICE**

Defendant(s)

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

ANDRE MEISEL BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 10, 2023 at 02:35 PM at

330 EAST 75TH STREET, APT. 35B
NEW YORK, NY 10021

deponent served the within true copy/copies of the SUMMONS IN A CIVIL ACTION AND SECOND AMENDED COMPLAINT on AHARON BENHAMO, the defendant/respondent therein named,

**SUITABLE AGE** by delivering thereat a true copy/copies of each to MR. WILLIAMS a person of suitable age and discretion. Said premises is the defendant's/respondent's dwelling house within the state. He identified himself as the DOORMAN of the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | BROWN | BLACK | 55 | 6'0 | 200 |

**MAILING** Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's last known residence at

330 EAST 75TH STREET, APT. 35B
NEW YORK, NY 10021

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on July 10, 2023 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

DOORMAN / CONCIERGE / SECURITY REFUSED TO ALLOW DEPONENT ACCESS INTO SAID BUILDING.

Sworn to me on:  July 11, 2023

Linda Forman
Notary Public, State of New York
No  01FO5031305
Qualified in New York County
Commission Expires August 1, 2026

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2025

Gotham Process Inc.
Lic. 1251720-DCA
299 Broadway
New York NY 10007

**ANDRE MEISEL**
License #: 1372356-DCA
Docket #:    *1261106*