# BROMBERG LAW OFFICE, P.C.

Brian L. Bromberg (Admitted in NY, NJ & CA)          352 Rutland Road #1
         Brooklyn, NY 11225
         Phone: (212) 248-7906
         Fax:    (212) 248-7908

July 31, 2023

**Via ECF**
Honorable Jessica G. L. Clarke, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Elfe v. 26 Motors Corp., et al.*, 22-CV-9385 (JGLC)

Dear Judge Clarke:

My office, together with my co-counsel, Thomas R. Breeden, Esq., represents the plaintiff, Glenn C. Elfe, in the above referenced case.

I am writing to request a 10-day extension to make service upon Defendant Chino Germinal Lantigua in Pembroke Pines, Florida. I am making this request, because the process service company made a mistake. As shown on the affidavit attached as Exhibit A, a process server made four attempts on different days at different times to make service on Mr. Lantigua at 2650 SW 114th Terrace, Apt 314, without success. Last week, I spoke with Sandra Wilson, who is the supervisor at Guaranteed Subpoena, and asked why the process server had not made "nail-and-mail" service. I was advised that the process server wanted proof that Mr. Lantigua actually resided at the address. I provided evidence to Ms. Wilson and said that process service must be made by Friday, July 28, 2023. Unfortunately, as reflected in the accompanying affidavit of Ms. Wilson, attached as Exhibit B, she inadvertently sent the process server to make service at the wrong address. Therefore, I am requesting an extension until August 7, 2023, to make service.

This is the last service that has to be made in this case. Aside from Mr. Lantigua, only one more affidavit of service remains to be filed. Dayan Pourad a/k/a Moshe Pourad was served on July 5, 2023, through substituted service on his wife, Ester. I will be filing the affidavit for that service upon receipt.

Respectfully,


/s/ *Brian L. Bromberg*
Brian L. Bromberg


cc:     All Counsel of Record (Via ECF)