# Exhibit A

GLENN C. ELFE

Plaintiff

VS

26 MOTORS CORP., ET AL

Defendant

20230530142412

_DISTRICT_ Court Of _NEW YORK_

_DISTRICT_ Venue

Docket Number: 1 22 CV 9385 RA

**NON AFFIDAVIT OF SERVICE**
(For Use by Private Service)

**Person to be served** (Name and Address):
CHINO GERMINAL LANTIGUA
2650 SW 114TH TERRACE APT. 314
PEMBROKE PINES FL 33025
**By serving:** CHINO GERMINAL LANTIGUA

**Attorney:** BRIAN L. BROMBERG, ESQ.

**Papers Served:** SUMMONS, SECOND AMENDED COMPLAINT, EXHIBITS

**Service Data:**  [ ] Served Successfully   [X] Not Served

Date/Time: _____   6/21/2023 2:27 PM

[ ] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[ ] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

Cost of Service pursuant to R. 4:4-3(c)

$ _____

Name of Person Served and relationship/title:

_____

_____

**Description of Person Accepting Service:**

SEX: ___ AGE: ___ HEIGHT: ___ WEIGHT: ___ SKIN: ___ HAIR: ___ OTHER: ___

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] Appears vacant
[ ] No response on:   Date/Time: _____
                     Date/Time: _____
                     Date/Time: _____

| Attempts |
|---|
| 6/3/2023 7:31:00 PM |
| 6/8/2023 7:53:00 AM |
| 6/13/2023 6:37:00 PM |

Other:
*SOFLO - 6/21/2030 2:27:33 PM - NO ANSWER AT DOOR. SEVERAL ATTEMPTS WERE MADE AT DIFFERENT TIMES AND DATES WITH NO SUCCESS AT SERVING DOCUMENTS.

To Be Used Where Electronic Signature Not Available
Served Data:
Subscribed and Sworn to me this 5th day of July, 20 23
Notary Signature: _____
Notary Public State of Florida
Name of Notary: James Domene Commission Expiration
My Commission GG 350150
Expires 07/15/2023

Name of Private Server: _____

Docusign Court Approved E-Signature
I, Sandra Quinones
was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Server   Date 7/15/2023

Address: 2009 Morris Avenue UNION, NJ 07083  Phone: (800) 672-1952