# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

GLENN C. ELFE,

                        Plaintiff,                              No. 22-CV-9385 (JGLC)

      -against-

26 MOTORS CORP.,
KYLE MERRITT,
CHINO GERMINAL LANTIGUA,
JOHN DOE #3 a/k/a MANAGER,
WELLS FARGO BANK, N.A.,
L.J. MARCHESE CHEVROLET, INC., and
MICHELLE BAILEY,
26 MOTORS QUEENS INC d/b/a 26 MOTORS,
26 MOTORS JAMAICA INC. d/b/a 26 MOTORS,
26 MOTORS LONG ISLAND LLC d/b/a 26 MOTORS,
26 MOTORS OF FRANKLIN SQUARE LLC d/b/a 26 MOTORS,
MOSHE POURAD,
YOSEF AYZENCOT and
AHARON BENHAMO,

                        Defendants.
_____x

## AFFIDAVIT IN SUPPORT

GSS#20230726115307

I, Sandra Wilson, of full age, being duly sworn according to law, deposes and says:

1. I am the supervisor for the interjurisdictional unit of Guaranteed Subpoena Service, Inc. of Union, New Jersey.

2. In my capacity as supervisor, I am in charge of assigning process to be served to contractors around the nation.

3. The work product to be served was entered by Brandon Baldassarre, also employed by Guaranteed Subpoena Service, Inc.

1

4. We received an assignment to be served at an address previously attempted from Brian Bromberg, Esq.
5. Mr. Bromberg directed that service should be made by substituted service upon Chino Germinal Lantigua on a rush basis by July 28, 2023.
6. The address at which service was to be made was 2650 SW 114th Terrace, Apt 314, Pembroke Pines, FL 33025.
7. The process server had already tried unsuccessfully to make service at the Pembroke Pines address four times by personal delivery upon Mr. Lantigua, but no one had been there to accept service.
8. Therefore, Mr. Bromberg asked that the process server be directed to return to Mr. Lantigua's residence and make substituted service.
9. Unfortunately, I had an address in my database from an earlier unsuccessful attempt to make service on Mr. Lantigua and I sent the process server to that address—19275 NW 2nd Avenue, Miami Gardens, FL, 33014—in error.
10. The address to be attempted should have been 2650 SW 114th Terrace, Apt 314, Pembroke Pines, FL 33025.
11. Therefore, the server attempted service at the wrong address.
12. I realized my error this morning when Mr. Bromberg contacted me to ensure that service had been properly made.

Subscribed and Sworn to me this

31ST day of July, 2023

Notary signature ___Silvia Rosa___

Name of Notary

I, ___Sandra Wilson___

I declare under penalty of perjury that the foregoing is true and correct.

___Sandra Wilson___ 7/31/23
Signature                                Date

Commission Expiration

[Notary seal: SILVIA ROSA, NOTARY PUBLIC, NEW JERSEY, My Commission Expires May 9, 2027]

2