20230627140452

| AO 440 (Rev. 06/12) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|
| SERVICE OF: SUMMONS AND 2ND AMENDED COMPLAINT, EFFECTED (1) BY ME: Luis Mesa TITLE: PROCESS SERVER | DATE: 7/5/2023 5:50:47 PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

DAYAN POURAD A/K/A MOSHE POURAD

Place where served:

10155 COLLINS AVENUE  PH 8  BAL HARBOUR  FL  33154

[X] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

ESTER BALILA

Relationship to defendant  **WIFE**

Description of Person Accepting Service:

SEX: F    AGE: 21-35    HEIGHT: 5'4"-5'8"    WEIGHT: 100-130 LBS.    SKIN: WHITE    HAIR: BLACK    OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____ . _____     SERVICES $ _____ . _____     TOTAL $ _____ . _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Docusign Court Approved E-Signature

DATE: 7/31/2023                    Luis Mesa                    L.S.

SIGNATURE OF
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:  BRIAN L. BROMBERG, ESQ.
PLAINTIFF:  GLENN C. ELFE
DEFENDANT: 26 MOTORS CORP., ET AL
VENUE:  DISTRICT
DOCKET:  1 22 CV 09385 RA
COMMENT: