20230802104746

| AO 440 (Rev. 06/12) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|
| SERVICE OF: SUMMONS, SECOND AMENDED COMPLAINT, EXHIBITS<br>EFFECTED (1) BY ME: Sandra Quinones<br>TITLE: PROCESS SERVER | DATE: 8/8/2023 5:30:00 PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

CHINO GERMINAL LANTIGUA

Place where served:

2650 SW 114TH TERRACE  APT. 314  PEMBROKE PINES  FL  33028

[ ] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

POSTED

Relationship to defendant   POSTED

Description of Person Accepting Service:

SEX:____ AGE:_____ HEIGHT:_____ WEIGHT:_____ SKIN:_____ HAIR:_____ OTHER:_____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL$ _____.____      SERVICES $_____.____      TOTAL $_____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.
Docusign Court Approved E-Signature

DATE: 8 / 8 /2023       Sandra Quinones       L.S.

SIGNATURE OF
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

**Attempts**
| |
|---|
| 8/2/2023 3:46:00 PM |
| 8/3/2023 8:11:00 PM |
| 8/4/2023 7:54:00 AM |

ATTORNEY:     BRIAN L. BROMBERG, ESQ.
PLAINTIFF:      GLENN C. ELFE
DEFENDANT:  26 MOTORS CORP., ET AL
VENUE:          DISTRICT
DOCKET:       1 22 CV 9385 RA
COMMENT:    *SOFLO - 8/5/2023 11:52:04 AM - NO ANSWER AT UNIT. SEVERAL ATTEMPTS WERE MADE ON DIFFERENT DATES AND TIMES WITH NO SUCCESS AT SERVING DOCUMENTS.

*DOCUMENTS MAILED FIRST CLASS ON 8/8/2023*