UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————x

GLENN C. ELFE,

                Plaintiff,                          No. 22-CV-9385 (JGLC)

    -against-


26 MOTORS CORP.,
KYLE MERRITT,
CHINO GERMINAL LANTIGUA,
JOHN DOE #3 a/k/a MANAGER,
WELLS FARGO BANK, N.A.,
L.J. MARCHESE CHEVROLET, INC., and
MICHELLE BAILEY,
26 MOTORS QUEENS INC d/b/a 26 MOTORS,
26 MOTORS JAMAICA INC. d/b/a 26 MOTORS,
26 MOTORS LONG ISLAND LLC d/b/a 26 MOTORS,
26 MOTORS OF FRANKLIN SQUARE LLC d/b/a 26 MOTORS,
MOSHE POURAD,
YOSEF AYZENCOT and
AHARON BENHAMO,

                Defendants.
———————————————————————x

### Declaration of Mailing of Notice of Initial Pretrial Conference on Parties that have not Appeared

    I, Brian L. Bromberg, declare the following to be true under penalties of perjury:

    1.    Together with co-counsel, Thomas R. Breeden, Esq., I represent the plaintiff, Glenn C. Elfe, in the above-captioned case.

2. I am submitting this declaration as a record of having mailed a copy of this Court's Notice of Initial Conference (Document No. 83) and a copy of the Individual Rules and Practices for the Honorable Jessica G. L. Clarke, to the defendants who have not yet appeared in this case.

3. On August 8, 2023, I served the Notice and the Individual Rules and Practices by regular first-class mail upon the following defendants at the following addresses:

- a. Yosef Ayzencot
  1830 NE 193rd St
  Miami, FL 33179

- b. Aharon Benhamo
  330 E. 75th St., Apt 35B
  New York, NY 10021

- c. Dayan Pourad a/k/a Moshe Pourad
  10155 Collins Ave, PH8
  Bal Harbour, FL 33154

- d. 26 Motors of Franklin Square LLC
  d/b/a 26 Motors and
  Franklin Square AutoGroup LLC
  707 Hempstead Tpke
  Franklin Square, NY 11010

- e. 26 Motors Long Island LLC
  d/b/a 26 Motors
  707 Hempstead Turnpike
  Franklin Square, NY 11010

- f. 26 Motors Jamaica Inc.
  d/b/a 26 Motors
  181-07 Jamaica Ave
  Hollis, NY 11423

      g. 26 Motors Queens Inc.
         d/b/a 26 Motors
         7212 Queens Blvd
         Woodside, NY 11377

      h. Chino Germinal Lantigua
         2650 SW 114th Terrace, Apt 314
         Pembroke Pines, FL 33025

      i. Kyle Merritt
         19 Hawthorne Cove
         Danbury, CT 06810

Dated:    Brooklyn, New York
             August 9, 2023

                                       /s/ *Brian L. Bromberg*
                                       Brian L. Bromberg