**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------X
**GLENN C. ELFE,**

                      **Plaintiff,**  Case No. 22-CV-9385 (RA)

   - against -

                                         **CORPORATE DISCLOSURE**
**26 MOTORS CORP., KYLE MERRITT,**            **STATEMENT**
**CHINO GERMINAL LANTIGUA,**
**JOHN DOE #3 a/k/a MANAGER, WELLS**
**FARGO BANK, N.A., L.J. MARCHESE**
**CHEVROLET, INC., MICHELLE BAILEY,**
**26 MOTORS QUEENS INC d/b/a 26 MOTORS,**
**26 MOTORS JAMAICA INC. d/b/a 26 MOTORS,**
**26 MOTORS LONG ISLAND LLC d/b/a 26**
**MOTORS, 26 MOTORS OF FRANKLIN**
**SQUARE LLC d/b/a 26 MOTORS, MOSHE**
**POURAD, YOSEF AYUZENCOT, and AHARON**
**BENHAMO,**

                      **Defendants.**
---------------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel of record for Defendant 26 MOTORS QUEENS INC., 26 MOTORS JAMAICA INC., and 26 MOTORS LONG ISLAND LLC, (collectively "Defendants") hereby certifies that these Defendants do not have a corporate parent, and that no publicly held corporation holds 10% or more of the stock in them.

**[Remainder of page intentionally left blank]**

Dated: New York, New York
August 18, 2023

                                      Yours, etc.
                                      NICHOLAS GOODMAN & ASSOCIATES, PLLC

BY: _____
                                      H. Nicholas Goodman
                                      *Attorneys for Defendants*
                                      **26 MOTORS CORP., KYLE MERRITT,**
                                      **L.J. MARCHESE CHEVROLET, INC.,**
                                      **MICHELLE BAILEY,**
                                      **26 MOTORS QUEENS INC.,**
                                      **26 MOTORS JAMAICA INC.,**
                                      **26 MOTORS LONG ISLAND LLC,**
                                      **MOSHE POURAD, and YOSEF AYZENCOT**
                                      333 Park Avenue South, Suite 3A
                                      New York, New York 10010
                                      (212) 227-9003
                                      ngoodman@ngoodmanlaw.com