UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————————x

GLENN C. ELFE,

                       Plaintiff,                No. 22-CV-9385 (JGLC)

       -against-


26 MOTORS CORP.,
KYLE MERRITT,
CHINO GERMINAL LANTIGUA,
JOHN DOE #3 a/k/a MANAGER,
WELLS FARGO BANK, N.A.,
L.J. MARCHESE CHEVROLET, INC., and
MICHELLE BAILEY,
26 MOTORS QUEENS INC d/b/a 26 MOTORS,
26 MOTORS JAMAICA INC. d/b/a 26 MOTORS,
26 MOTORS LONG ISLAND LLC d/b/a 26 MOTORS,
26 MOTORS OF FRANKLIN SQUARE LLC d/b/a 26 MOTORS,
MOSHE POURAD,
YOSEF AYZENCOT and
AHARON BENHAMO,

                      Defendants.

————————————————————————————x


### Clerk's Certificate of Default

     I, Vito Genna, Clerk of Court of the United States District Court for

the Southern District of New York, do hereby certify that this action was

commenced on November 2, 2022, with the filing of a Complaint, and an

Amended Complaint was filed on January 31, 2023, and a Second Amended

Complaint was filed on May 12, 2023, and a copy of the summons and Second

Amended Complaint was served on Defendant **Aharon Benhamo**, by serving

Mr. Williams, his doorman, who refused to allow access into the building, and by mailing a copy, and proof of service was therefore filed on July 18, 2023, Document No. 81, and I further certify that the docket entries indicate that Defendant **Aharon Benhamo** has not filed an answer or otherwise moved with respect to the Second Amended Complaint herein. The default of defendant **Aharon Benhamo** is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:                              , New York
                                     , 2022


                         VITO GENNA, Clerk of Court



                         By:    _____
                                     Deputy Clerk