UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────x

GLENN C. ELFE,

                Plaintiff,                No. 22-CV-9385 (JGLC)

    -against-

26 MOTORS CORP.,
KYLE MERRITT,
CHINO GERMINAL LANTIGUA,
JOHN DOE #3 a/k/a MANAGER,
WELLS FARGO BANK, N.A.,
L.J. MARCHESE CHEVROLET, INC., and
MICHELLE BAILEY,
26 MOTORS QUEENS INC d/b/a 26 MOTORS,
26 MOTORS JAMAICA INC. d/b/a 26 MOTORS,
26 MOTORS LONG ISLAND LLC d/b/a 26 MOTORS,
26 MOTORS OF FRANKLIN SQUARE LLC d/b/a 26 MOTORS,
MOSHE POURAD,
YOSEF AYZENCOT and
AHARON BENHAMO,

                Defendants.
───────────────────────────────────────x

## Clerk's Certificate of Default

      I, Vito Genna, Clerk of Court of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on November 2, 2022, with the filing of a Complaint, and an Amended Complaint was filed on January 31, 2023, and a Second Amended Complaint was filed on May 12, 2023, and a copy of the summons and Second Amended Complaint was served on Defendant **Chino Germinal Lantigua**, by

affixing a copy and mailing a copy, and proof of service was therefore filed on August 9, 2023, Document No. 86, and I further certify that the docket entries indicate that Defendant **Chino Germinal Lantigua** has not filed an answer or otherwise moved with respect to the Second Amended Complaint herein. The default of defendant **Chino Germinal Lantigua** is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:                            , New York
                                  , 2022

                          VITO GENNA, Clerk of Court

                          By: _____
                                    Deputy Clerk