UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────────x

GLENN C. ELFE,

                Plaintiff,                No. 22-CV-9385 (JGLC)

    -against-

26 MOTORS CORP.,
KYLE MERRITT,
CHINO GERMINAL LANTIGUA,
JOHN DOE #3 a/k/a MANAGER,
WELLS FARGO BANK, N.A.,
L.J. MARCHESE CHEVROLET, INC., and
MICHELLE BAILEY,
26 MOTORS QUEENS INC d/b/a 26 MOTORS,
26 MOTORS JAMAICA INC. d/b/a 26 MOTORS,
26 MOTORS LONG ISLAND LLC d/b/a 26 MOTORS,
26 MOTORS OF FRANKLIN SQUARE LLC d/b/a 26 MOTORS,
MOSHE POURAD,
YOSEF AYZENCOT and
AHARON BENHAMO,

                Defendants.
─────────────────────────────────────────x

## Request for Certificate of Default

TO:   VITO GENNA
        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK

Please enter the default of Defendant CHINO GERMINAL

LANTIGUA, under Rule 55(a) of the Federal Rules of Civil Procedure, for

failure to plead or otherwise defend the above-captioned action as fully

1

appears from the court file herein and from the accompanying Declaration of Brian L. Bromberg.

Dated: Brooklyn, New York
       September 7, 2023

<u>/s/ Brian L. Bromberg</u>
Brian L. Bromberg