UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────x

GLENN C. ELFE,

        Plaintiff,        No. 22-CV-9385 (JGLC)

  -against-

26 MOTORS CORP.,
KYLE MERRITT,
CHINO GERMINAL LANTIGUA,
JOHN DOE #3 a/k/a MANAGER,
WELLS FARGO BANK, N.A.,
L.J. MARCHESE CHEVROLET, INC., and
MICHELLE BAILEY,
26 MOTORS QUEENS INC d/b/a 26 MOTORS,
26 MOTORS JAMAICA INC. d/b/a 26 MOTORS,
26 MOTORS LONG ISLAND LLC d/b/a 26 MOTORS,
26 MOTORS OF FRANKLIN SQUARE LLC d/b/a 26 MOTORS,
MOSHE POURAD,
YOSEF AYZENCOT and
AHARON BENHAMO,

        Defendants.
───────────────────────────────────────x

### Declaration of Brian L. Bromberg

    Brian L. Bromberg, an attorney at law duly admitted and licensed to practice before the United States District Court for the Southern District of New York, declares the following to be true under penalties of perjury:

    1.    The Defendant, **Aharon Benhamo**, is not an infant, is not in the military, and is not an incompetent person.

2

      2.      This action was commenced on November 2, 2022, with the filing of a Complaint.

      3.      An Amended Complaint was filed on January 31, 2023.

      4.      A Second Amended Complaint was filed on May 12, 2023.

      5.      The Defendant, **Aharon Benhamo,** was properly served with copies of the Summons and Second Amended Complaint on July 10, 2023 (ECF #81).

      6.      The Defendant, **Aharon Benhamo,** has failed to plead or otherwise defend the action.

WHEREFORE, Plaintiff requests that the clerk issue a Certificate of Default against **Aharon Benhamo** in the above-referenced action.

Dated:  Brooklyn, New York
         September 12, 2023

                                      /s/ Brian L. Bromberg
                                      Brian L. Bromberg