UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────────x

GLENN C. ELFE,

                Plaintiff,                No. 22-CV-9385 (JGLC)

    -against-

26 MOTORS CORP.,
KYLE MERRITT,
CHINO GERMINAL LANTIGUA,
JOHN DOE #3 a/k/a MANAGER,
WELLS FARGO BANK, N.A.,
L.J. MARCHESE CHEVROLET, INC., and
MICHELLE BAILEY,
26 MOTORS QUEENS INC d/b/a 26 MOTORS,
26 MOTORS JAMAICA INC. d/b/a 26 MOTORS,
26 MOTORS LONG ISLAND LLC d/b/a 26 MOTORS,
26 MOTORS OF FRANKLIN SQUARE LLC d/b/a 26 MOTORS,
MOSHE POURAD,
YOSEF AYZENCOT and
AHARON BENHAMO,

                Defendants.
─────────────────────────────────────────x

### Request for Certificate of Default

TO:   RUBY J. KRAJICK
       UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF NEW YORK

    Please enter the default of Defendant AHARON BENHAMO, under

Rule 55(a) of the Federal Rules of Civil Procedure, for failure to plead or

otherwise defend the above-captioned action as fully appears from the court

file herein and from the accompanying Declaration of Brian L. Bromberg.

Dated:   Brooklyn, New York
         September 12, 2023

                                                        /s/ Brian L. Bromberg
                                                        Brian L. Bromberg