UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────x

GLENN C. ELFE,

                Plaintiff,            No. 22-CV-9385 (JGLC)

   -against-

26 MOTORS CORP.,
KYLE MERRITT,
CHINO GERMINAL LANTIGUA,
JOHN DOE #3 a/k/a MANAGER,
WELLS FARGO BANK, N.A.,
L.J. MARCHESE CHEVROLET, INC., and
MICHELLE BAILEY,
26 MOTORS QUEENS INC d/b/a 26 MOTORS,
26 MOTORS JAMAICA INC. d/b/a 26 MOTORS,
26 MOTORS LONG ISLAND LLC d/b/a 26 MOTORS,
26 MOTORS OF FRANKLIN SQUARE LLC d/b/a 26 MOTORS,
MOSHE POURAD,
YOSEF AYZENCOT and
AHARON BENHAMO,

                Defendants.
─────────────────────────────────────x

**Certificate of Service**

      I, Brian L. Bromberg, an attorney duly licensed to practice law in the State of New York, hereby state the following under penalty of perjury that the following is true:

      I am not a named party to the action, am over 18 years of age, and reside in Brooklyn, New York.

      That on September 12, 2023, I served the Request for Certificate of Default; Declaration in Support of Certificate of Default; and proposed Clerk's Certificates by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and

custody of the U.S. Postal Service within New York State, via United States First Class Mail addressed to each of the following persons at the last known address set forth after each name:

Aharon Benhamo
330 East 75th Street, Apt 35B
New York, NY 10021

Dated:  Brooklyn, New York
        September 12, 2023

                                                  /s/ Brian L. Bromberg
                                                    Brian L. Bromberg