UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLENN C. ELFE

                Plaintiff,

-against-

26 MOTORS CORP. et al.

                Defendants.

22-CV-9385 (JGLC)

**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

JESSICA G. L. CLARKE, United States District Judge:

This action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute: _____

☐ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

☑ Settlement

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation).
Particular Motion: _____

Dated: September 14, 2023
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge