# BROMBERG LAW OFFICE, P.C.

Brian L. Bromberg (Admitted in NY, NJ & CA)  352 Rutland Road #1
Brooklyn, NY 11225
Phone: (212) 248-7906
Fax:   (212) 248-7908

October 16, 2023

<u>Via ECF</u>
Honorable Jessica G. L. Clarke, U.S.D.J.
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Elfe v 26 Motors Corp, et al,* SDNY Case No. 22-CV-9385 (JGLC)

Dear Judge Clarke:

My office, together with co-counsel, represents the plaintiff, Glenn Elfe, on the above-referenced case. I am writing on behalf of all parties to request a 30-day extension of all deadlines set forth in the case management order. I am making this request, because the parties have a settlement conference scheduled for November 2, 2023, before Magistrate Judge Lehrburger and are trying to keep attorney fees down on this fee-shifting case, so as to make settlement more likely.

Respectfully,
/s/ *Brian L. Bromberg*
Brian L. Bromberg

cc:   All Counsel of Record (Via ECF)

1