# BROMBERG LAW OFFICE, P.C.

Brian L. Bromberg (Admitted in NY, NJ & CA)　　　　　　　　　　　352 Rutland Road #1
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Brooklyn, NY 11225
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Phone: (212) 248-7906
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax:　 (212) 248-7908

**MEMO ENDORSED**

October 16, 2023

<u>Via ECF</u>
Honorable Jessica G. L. Clarke, U.S.D.J.
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

　　Re:　*Elfe v 26 Motors Corp, et al,* SDNY Case No. 22-CV-9385 (JGLC)

Dear Judge Clarke:

My office, together with co-counsel, represents the plaintiff, Glenn Elfe, on the above-referenced case. I am writing on behalf of all parties to request a 30-day extension of all deadlines set forth in the case management order. I am making this request, because the parties have a settlement conference scheduled for November 2, 2023, before Magistrate Judge Lehrburger and are trying to keep attorney fees down on this fee-shifting case, so as to make settlement more likely.

Respectfully,
/s/ *Brian L. Bromberg*
Brian L. Bromberg

　　cc:　All Counsel of Record (Via ECF)

Given the amount of time remaining before the expiry of the discovery deadlines in the Case Management Plan and Scheduling Order, this request is DENIED without prejudice to renew at a later date. The deadline for filing default judgment motions is hereby ADJOURNED.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: October 18, 2023
　　　New York, New York

1