# NICHOLAS GOODMAN & ASSOCIATES, PLLC

**333 PARK AVENUE SOUTH, SUITE 3A**
**NEW YORK, N.Y. 10010**

H. NICHOLAS GOODMAN

PATRICK L. SELVEY, JR.

(212) 227-9003

ALFRED R. FUENTE
*COUNSEL*

CAMILLE M. ABATE
ROBERT P. PREUSS*
*OF COUNSEL*
*ALSO ADMITTED IN NEW JERSEY

October 26, 2023

Via ECF
Honorable Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2023

RE:   *Elfe v 26 Motors Corp, et al*, 22-cv-9385

Dear Judge Lehrburger:

On behalf of Defendants 26 MOTORS CORP., KYLE MERRITT, WELLS FARGO BANK, N.A., L.J. MARCHESE CHEVROLET, INC., MICHELLE BAILEY, 26 MOTORS QUEENS INC. 26 MOTORS JAMAICA INC., 26 MOTORS LONG ISLAND LLC, MOSHE POURAD, and YOSEF AYZENCOT I respectfully request a brief adjournment to submit our settlement submissions up to 5pm on Monday, October 30, 2023.

My partner Patrick Selvey and I are currently engaged in a jury trial in the case of *McLarty v. New York Skating, LLC*, Supreme Court, State of New York, County of Kings, Index #13443/2015. Given the intensive pretrial preparation required and now trial attendance, we have been unable to complete the substantial settlement submissions for the *Elfe* case Your Honor's rules require.

We apologize for any inconvenience and thank you in advance for your consideration.

Sincerely,

NICHOLAS GOODMAN & ASSOCIATES, PLLC

By:   H. Nicholas Goodman

Granted.
SO ORDERED:

10/27/2023
_____
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE