**B**ROMBERG **L**AW **O**FFICE, P.C.

Brian L. Bromberg (Admitted in NY, NJ & CA)　　　　　　　　　　　352 Rutland Road #1
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Brooklyn, NY 11225
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Phone: (212) 248-7906
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax:　  (212) 248-7908

December 29, 2023

**MEMO ENDORSED**

<u>Via ECF</u>
Honorable Jessica G. L. Clarke, U.S.D.J.
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

　　Re:　<u>*Elfe v 26 Motors Corp, et al,* SDNY Case No. 22-CV-9385 (JGLC)</u>

Dear Judge Clarke:

My office, together with co-counsel, represents the plaintiff, Glenn Elfe, in the above-referenced auto-fraud case.

I am writing to ask that Your Honor reopen the case, so that Plaintiff can move to enforce the settlement agreement entered into on the record after a lengthy settlement conference with the Honorable Robert W. Lehrburger, U.S.M.J. In the alternative, I am requesting that Your Honor extend the 60-day order by 30 days, so that Defendants can countersign the written settlement agreement and pay what they owe under the agreement. This relief is necessary, because even though counsel have agreed to the language for the agreement and even though Plaintiff has signed the written settlement agreement and returned it to Defendants, Defendants have failed to provide a counter-signed copy of the agreement.

Wells Fargo has advised that it wished to see an extension of the 60-day order, rather than reopening the case, but I advised that that decision was up to Your Honor.

Respectfully,

/s/ *Brian L. Bromberg*
Brian L. Bromberg

　　cc:　All Counsel of Record (Via ECF)

The deadline for any applications to reopen the case is hereby EXTENDED to January 31, 2024.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: January 2, 2024
　　　　New York, New York