UNITED STATES DISTRICT COURT
SOUTHERN OF NEW YORK

| | |
|---|---|
| GLENN C. ELFE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>26 MOTORS CORP., KYLE MERRITT, CHINO GERMINAL LANTIGUA, JOHN DOE #3 a/k/a MANAGER, WELLS FARGO BANK, N.A., L.J. MARCHESE CHEVROLET, INC., MICHELLE BAILEY, 26 MOTORS QUEENS INC d/b/a 26 MOTORS, 26 MOTORS JAMAICA INC. d/b/a 26 MOTORS, 26 MOTORS LONG ISLAND LLC d/b/a 26 MOTORS, 26 MOTORS OF FRANKLIN SQUARE LLC d/b/a 26 MOTORS, MOSHE POURAD, YOSEF AYZENCOT and AHARON BENHAMO,<br><br>　　　　　Defendants. | Case No. 1:22-cv-09385-RA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |

Pursuant to Rule 4l(a)(2) of the Federal Rules of Civil Procedure, it is hereby **STIPULATED** and **AGREED** by and between the parties and/or their respective counsel that the above-captioned action, having been resolved amicably between the parties, is voluntarily dismissed, with prejudice, in its entirety, with each party to bear its own costs and attorneys' fees.

The undersigned hereby consents to the form and substance of the foregoing Stipulation. A facsimile, copy or PDF image of this Stipulation is deemed as effective and valid as an original for the purposes of filing and judicial endorsement.

| | |
|---|---|
| BROMBERG LAW OFFICE, P.C.<br><br>_/s/ Brian L. Bromberg_<br>Brian L. Bromberg, Esq.<br>352 Ruland Road #1<br>Brooklyn, New York 11225<br>Tel. (212) 248-7906<br>brian.bromberg@gmail.com<br>*Attorneys for Plaintiff* | NICHOLAS GOODMAN & ASSOCIATES, PLLC<br><br>_/s/ H. Nicholas Goodman_<br>H. Nicholas Goodman, Esq.<br>333 Park Avenue South, Suite 3A<br>New York, New York 10010<br>Tel. (212) 227-9003<br>ngoodman@ngoodmanlaw.com<br>*Attorneys for 26 Motors Defendants* |

**REED SMITH LLP**

*David G. Murphy* (signature)

David G. Murphy, Esq.
Diane A. Bettino, Esq.
599 Lexington Avenue, 22nd Floor
New York, New York 10022
Tel. (212) 521-5400
dmurphy@reedsmith.com
*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*

**SO ORDERED**

*Jessica Clarke* (signature)

HON. JESSICA G. L. CLARKE, U.S.D.J.

Dated: February 1, 2024
New York, New York

- 2 -